**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Safe Haven Health Care, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Carefix Management and Consulting, Inc.** <br> **DBA  Safe Haven Hospital of Pocatello** <br> **DBA  Safe Haven Hospital of Treasure Valley** <br> **DBA  Safe Haven Living Center of Pocatello** <br> **DBA  Safe Haven of Kuna** <br> **DBA  Safe Haven of Monticello, Mount Vernon** <br> **DBA  Safe Haven Care Center of Pocatello** <br> **DBA  Bell Mountain Village and Care Center** <br> **DBA  Magic Valley Manor** <br> **DBA  Safe Haven Homes of Bellevue** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1736817** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Mailing address, if different from principal place of business**

**8050 West Northview**
**Boise, ID 83704**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Ada**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.safehavenhealthcare.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Safe Haven Health Care, Inc.**                                    Case number (*if known*) _____
         Name

**7. Describe debtor's business**     A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor    **Safe Haven Health Care, Inc.**                                           Case number *(if known)* _____
     Name

---

**11.  Why is the case filed in *this district?***     *Check all that apply:*

  ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ■ No

  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

  ☐ No

  ☐ Yes.  Insurance agency _____

      Contact name _____

      Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

  ■ Funds will be available for distribution to unsecured creditors.

  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2018**
MM / DD / YYYY

**X** **/s/ Scott Burpee**                                     **Scott Burpee**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen**                   Date **August 10, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@angstman.com**

**7213 ID**
Bar number and State

# SAFE HAVEN HEALTH CARE, INC.

August 10, 2018

### *Resolution authorizing filing of Chapter 11 Bankruptcy*

WHEREAS, the undersigned officer and shareholder Safe Haven Health Care, Inc. (the "Company"), and having complied with all operable provisions of the Company Bylaws; and

WHEREAS, the undersigned having received and reviewed reports furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the undersigned that the Company should be rehabilitated and reorganized under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Scott F. Burpee is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Scott Burpee appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Scott F. Burpee is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Scott F. Burpee to be appropriate.

DATED this 10th day of August, 2018.

Scott F. Burpee, President/Shareholder

**Fill in this information to identify the case:**

Debtor name    **Safe Haven Health Care, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2018**     *X* **/s/ Scott Burpee**
                                          Signature of individual signing on behalf of debtor

                                          **Scott Burpee**
                                          Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Safe Haven Health Care, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF IDAHO**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AACO A-1 HEALTH CARE SERV PO BOX 75111 SEATTLE, WA 98125 | | VENDOR | | | | $100,918.35 |
| AAMCO MEDICAL LLC 9847 S 500 W STE 200 SANDY, UT 84070-2576 | | VENDOR | | | | $63,198.88 |
| BLAINE COUNTY 219 FIRST AVENUE SOUTH SUITE 102 HAILEY, ID 83333 | | VENDOR | | | | $34,193.00 |
| COLONIAL FUNDING NETWORK 120 WEST 45TH NEW YORK, NY 10036 | | VENDOR | | | | $34,167.00 |
| EVOLUTION CAPITAL 120 W 45TH ST 2ND FLOOR NEW YORK, NY 10036 | | CREDITOR | | | | $34,167.00 |
| HANSEN HUNTER AND COMPANY 8930 SW GEMINI DRIVE BEAVERTON, OR 97008 | | VENDOR | | | | $42,355.59 |
| HOLLAND AND HART 800 W MAIN STREET #1750 BOISE, ID 83702 | | VENDOR | | | | $65,252.16 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Safe Haven Health Care, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ID DEPT OF HEALTH AND WELFAR CENTRAL REVENUE UNIT PO BOX 83720 BOISE, ID 83720-0036 | | Medicaid overpayment | | | | $638,013.00 |
| ID DEPT OF HEALTH AND WELFAR CENTRAL REVENUE UNIT PO BOX 83720 BOISE, ID 83720-0036 | | Medicaid overpayment | | | | $233,025.89 |
| INDEPENDENCE REHAB 5314 RIVER RUN DR SUITE 140 PROVO, UT 84604 | | VENDOR | | | | $30,192.28 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19107-3460 | | Taxes | | | | $142,330.41 |
| MCKESSON MEDICAL-SURGICA L 8121 10TH AVENUE N MINNEAPOLIS, MN 55427 | | VENDOR | | | | $28,756.07 |
| MEDSOURCE INCORPORATED 10520 SOUTH 700 EAST SUITE 210 SANDY, UT 84070 | | VENDOR | | | | $26,324.25 |
| NORIDIAN HEALTHCARE SOLUTION PO Box 6722 FARGO, ND 58108-6722 | | Medicare overpayment for Pocatello hospital | | | | $91,488.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Safe Haven Health Care, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| OMEGA HEALTHCARE INVESTORS 200 INTERNATIONAL CIRCLE SUITE 300 HUNT VALLEY, MD 21030-1331 | | Previous landlord (lease agmt terms) | Disputed | | | $7,028,024.59 |
| OMEGA MENTAL HEALTH 5985 W STATE STREET BOISE, ID 83703 | | VENDOR | | | | $41,307.46 |
| PARKER PUBLIC AFFAIRS 599 W BANNOCK ST BOISE, ID 83702 | | VENDOR | | | | $24,000.00 |
| SAGE HEALTH CARE PLLC 413 N ALLUMBAUGH ST STE 101 BOISE, ID 83704 | | VENDOR | | | | $30,660.00 |
| STATE OF IDAHO MEDICAID PO BOX 83720 BOISE, ID 83720-0009 | | VENDOR | | | | $22,244.75 |
| STRATEGIES 360 INC 1505 WESTLAKE AVENUE N SUITE 1000 SEATTLE, WA 98109 | | VENDOR | | | | $38,575.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Safe Haven Health Care, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $    **9,020,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $    **1,214,818.09**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $    **10,234,818.09**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **8,042,786.51**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $    **142,330.41**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **9,128,327.23**

4. Total liabilities ............................................................................................
   Lines 2 + 3a + 3b    $    **17,313,444.15**

**Fill in this information to identify the case:**

Debtor name __**Safe Haven Health Care, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$47,539.49** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Idaho** | **Checking** | **7327** | **$55,164.00** |
| 3.2. | **Bank of Idaho** | **Depository** | **3925** | **$3,782.00** |
| 3.3. | **Bank of Idaho** | **Payroll** | **4162** | **$0.00** |
| 3.4. | **Bank of Idaho** | **Checking Acct** | **0248** | **$3,163.00** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Unprocessed ACH deposits** | **$22,818.30** |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $132,466.79 |
|---|

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: | 484,651.00 | - | 0.00 | = .... | $484,651.00
| face amount | | doubtful or uncollectible accounts | |

11b. Over 90 days old: | 294,434.00 | - | 0.00 | =.... | $294,434.00
| face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $779,085.00

**Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:  % of ownership

| 15.1. | **50% interest in B&B Health Care Properties, LLC** | **50** % | **N/A** | **Unknown** |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83. | $0.00

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various furnishings (various locations)** | $0.00 | Liquidation | $31,460.00 |
| 40. | **Office fixtures**<br>**Various appliances and fixtures (various locations)** | $0.00 | Liquidation | $23,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc Office Equipment** | $0.00 | Liquidation | $15,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $69,460.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1997 Ford Van/Bus (VIN 1FDLE40FVHA58778)** | $0.00 | Comparable sale | $3,000.00 |

Debtor    **Safe Haven Health Care, Inc.**                              Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **Kubota Tractor** | $0.00 | Liquidation | $21,503.30 |
| 47.3. | **2012 Ford Transit Bus** | $0.00 | Comparable sale | $8,000.00 |
| 47.4. | **2012 Ford Transit Bus** | $0.00 | Comparable sale | $8,000.00 |
| 47.5. | **Flat-bed trailer** | $0.00 | Comparable sale | $2,000.00 |
| 47.6. | **Enclosed trailer** | $0.00 | Comparable sale | $2,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                          | $44,503.30 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Safe Haven Homes of Bellevue** **314 S. 7th Street** **Bellevue, ID 83313** | Fee simple | $0.00 | Comparable sale | $360,000.00 |
| 55.2.  **Bell Mountain Village and Care Center** **620 N. 6th Street** **Bellevue, ID 83313** | Fee simple | $0.00 | Comparable sale | $8,300,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Safe Haven Health Care, Inc.**                                   Case number *(if known)* _____
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.3. | **2520 S. 5th Ave.**<br>**Pocatello, ID 83204** | Fee simple | | $0.00 | Comparable sale | $360,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $9,020,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| Potential insurance proceeds from Pocatello facility fire | **Unknown** |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Linens and room decor | $7,123.00 |

Debtor    **Safe Haven Health Care, Inc.**                                   Case number *(If known)* _____
          Name

| | |
|---|---|
| **Therapy Equipment and beds** | $42,075.00 |
| **Bath, Kitchen Equipment, Lifts, Therapy Pool** | $88,590.00 |
| **Appliances, lights, other room furnishings** | $18,920.00 |
| **Spa and Kitchen Equipment** | $12,595.00 |
| **Food stores** | $12,000.00 |
| **Medical supplies** | $8,000.00 |

78.    **Total of Part 11.**                                                            | $189,303.00 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Safe Haven Health Care, Inc.**
          Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $132,466.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $779,085.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $69,460.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,503.30 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $9,020,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $189,303.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,214,818.09 + 91b. | $9,020,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,234,818.09 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Safe Haven Health Care, Inc.**_____

United States Bankruptcy Court for the: __DISTRICT OF IDAHO_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | **ALLIANCE LAUNDRY SYSTEMS**
Creditor's Name

Describe debtor's property that is subject to a lien | **Unknown** | **Unknown**

**ALL EQUIPMENT OF DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, WHICH EQUIPMENT IS FINANCED BY SECURED PARTY, INCLUDING WIHTOUT LIMITATION ALL WASHERS AND DRYERS, WHETHER COIN-OR CARD-OPERATED OR CASHLESS, AND ALL ITEMS OF EQUIPMENT......**

**PO BOX 990
RIPON, WI 54971**
Creditor's mailing address

Describe the lien
**UCC security interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/26/2014**

Last 4 digits of account number
**7898**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **BANK OF IDAHO**
Creditor's Name
**151 NORTH RIDGE, SUITE 240
IDAHO FALLS, ID 83402**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2520 S. 5th Ave.
Pocatello, ID 83204** | **$134,875.57** | **$360,000.00**

Describe the lien
**UCC security interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

Date debt was incurred

---

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 11

Debtor    **Safe Haven Health Care, Inc.**
_____
Name

Case number (if known)
_____

**5/5/2015**

**Last 4 digits of account number**
**0073**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **CASH CAPITAL GROUP, LLC** | **Describe debtor's property that is subject to a lien** | $137,750.00 | $484,651.00 |

Creditor's Name

**90 days or less: Receivables**

**1013 CENTRE RD 403S**
**WILMINGTON, DE 19805**

Creditor's mailing address

**Describe the lien**

**UCC security interest**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6052**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☑ Disputed

**1. CASH CAPITAL GROUP, LLC**
**2. REBECCA TAYLOR**

---

| 2.4 | **CCF LEASING CO** | **Describe debtor's property that is subject to a lien** | $5,077.69 | Unknown |

Creditor's Name

**INCLUDING BUT NOT LIMITED TO BSR QUOTE: SAFE HVEN DATED: 03/25/16 LOCATED AT: 8050 NORTHVIEW, BOISE, IDAHO 83704 BSR INV: 173963: 1 EA DISHWASHER LOW TEMP UPRIGHT STRAIGHT MODEL# AF-ES SERIAL #82727 1 EA DELIVERY & INSTALL (ANY PARTS AT...**

**198 LOCUST ST S**
**TWIN FALLS**
**TWIN FALLS, ID 83301**

Creditor's mailing address

**Describe the lien**

**UCC security interest**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**4/26/2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9417**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 11

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if know)* | |
|--------|----------------------------------|-------------------------|--|
| | Name | | |

---

| 2.5 | **CITIZEN'S COMMUNITY BANK** | | $4,072,002.61 | $8,300,000.00 |
|-----|------------------------------|--|---------------|---------------|

Creditor's Name

**2000 FLANDRO DR
POCATELLO, ID 83201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CITIZEN'S COMMUNITY BANK
2. U.S. SMALL BUSINESS ADMIN**

**Describe debtor's property that is subject to a lien**
**Bell Mountain Village and Care Center
620 N. 6th Street
Bellevue, ID 83313**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CORPORATION SERVICE COMPANY** | | $0.00 | $0.00 |
|-----|--------------------------------|--|-------|-------|

Creditor's Name

**801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/18/2018**
**Last 4 digits of account number**
**6565**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; ...**

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CORPORATION SERVICE COMPANY** | | Unknown | $0.00 |
|-----|--------------------------------|--|---------|-------|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Safe Haven Health Care, Inc.**                                        Case number (if know) _____
_____
Name

Creditor's Name

**All inventory; Chattel Paper; Accounts;
including but not limited to all Receivables,
Equipment, General Intangibles; Furniture;
Fixtures; whether any of the foregoing is
owned now or acquired later; all accessions,
additions, replacements,**

**801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703**
Creditor's mailing address

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**

■ No

☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**         ☐ No

**5/26/2017**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6932**
**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

■ No                         ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                      ☐ Disputed

---

| 2.8 | **CORPORATION SERVICE COMPANY** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All Assets now owned or hereafter acquired
and wherever located, including but not
limited to, the following subcategories of
assets: a. Accounts, including but not limited
to, Promissory Notes; f. Investment Property;
g. Documents; Deposit**

**801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703**
Creditor's mailing address

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**

■ No

☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**         ■ No

**3/27/2017**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8950**
**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

■ No                         ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                      ☐ Disputed

---

| 2.9 | **CORPORATION SERVICE COMPANY** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Accounts, accounts receivable, contracts,
real property leases, notes, bills,
acceptances, chooses in action, chattel
paper, instruments and other
forms of obligations at any time owing to the
Grantor arising out of goods sold or**

**801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 11

Debtor **Safe Haven Health Care, Inc.**                              Case number (if know) _____
_____
Name

UCC security interest
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/09/2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8497**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **EASTERN IDAHO DEVELOPMENT** | **Describe debtor's property that is subject to a lien** | $51,000.00 | Unknown |

Creditor's Name

**All equipment, furniture, and fixtures now
owned or hereinafter acquired.**

**1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201**
_____
Creditor's mailing address

**Describe the lien**
UCC security interest

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**3/17/2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4345**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **EMPIRE FUNDING** | **Describe debtor's property that is subject to a lien** | $62,250.00 | $0.00 |

Creditor's Name

**All assets**

**1022 AVENUE M
BROOKLYN, NY 11230**
_____
Creditor's mailing address

**Describe the lien**
UCC security interest

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**
**0285**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                              page 5 of 11

| Debtor | **Safe Haven Health Care, Inc.** | | Case number *(if know)* | |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **FUNDROCK, LLC** | Describe debtor's property that is subject to a lien | **$90,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts receivable** | | |

**1080 McDonald Avenue
BROOKLYN, NY 11218**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/3/2018**
**Last 4 digits of account number**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **IDAHO ASSOCIATES, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All of Debtor's rights and interest in and to the Lease dated March 1, 2009 by and between Debto and Idaho Associates, LLC, as the same may have been amended, restated, supplemented or otherwise modified from time to time (the "Lease"), ...** | | |

**303 W. MADISON STREET
SUITE 2400
CHICAGO, IL 60606**

Creditor's mailing address

**Describe the lien**

**UCC security interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**03/21/2014**
**Last 4 digits of account number**
**9653**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **KUBOTA CREDIT CORPORATION** | Describe debtor's property that is subject to a lien | **Unknown** | **$21,503.30** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Safe Haven Health Care, Inc.**    Case number (if know)
_____    _____
Name

| | |
|---|---|
| Creditor's Name | **Kubota Tractor** |
| **4400 AMON CARTER BLVD. STE. 100 FORT WORTH, TX 76155** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC security interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **12/2/2015** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7692** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.1 5 | **PLUSLUX, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** **Unknown** |
| | Creditor's Name | **1 PC. WASCOMAT/ELECTROLUX W5180H CO PLUS SF 208-240-/60/1 COMPASS PRO DRYER S/N #65500/0011621; 1 PC. PLUS SERVER S/N# 0700/0000038; COMPASS PRO WASHER S/N#00652/0409609 1 PC. WASCOMAT/ELECTROLUX T5550 NM PLUS G RV RMC BW 120/60/1 COMPASS** | |
| | **461 DOUGHTY BLVD INWOOD, NY 11096** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **UCC security interest** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | **09/04/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **4068** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.1 6 | **POCATELLO IDAHO PROPERTY** | **Describe debtor's property that is subject to a lien** | **Unknown** **Unknown** |
| | Creditor's Name | **The lease and any furnishings, equipment, fixtures, accounts receivable, Certificates of Need, Licenses, Provider Agreements, Certifications and other property of any kind Belonging to Debtor and used in connection with the lease or ....** | |
| | **303 WEST MADISON STREET SUITE 2400 CHICAGO, IL 60606** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **UCC security interest** | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 11

Debtor  **Safe Haven Health Care, Inc.**

Name

Case number (if know)

---

Creditor's email address, if known

**Date debt was incurred**
**09/25/2012**

**Last 4 digits of account number**
**5065**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **REBECCA TAYLOR** | | **Unknown** | **$484,651.00** |

Creditor's Name

**6110 INDIAN TREE LANE**
**POCATELLO, ID 83204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/15/2015**

**Last 4 digits of account number**
**2682**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**90 days or less: Receivables**

**Describe the lien**
**UCC security interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.18 | **U.S. SMALL BUSINESS ADMIN** | | **$2,933,811.00** | **$8,300,000.00** |

Creditor's Name

**1651 ALVIN RICKEN DRIVE**
**POCATELLO, ID 83201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/30/2018**

**Last 4 digits of account number**
**2029**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Bell Mountain Village and Care Center**
**620 N. 6th Street**
**Bellevue, ID 83313**

**Describe the lien**
**UCC security interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Safe Haven Health Care, Inc.**
　　　　　Name

Case number (*if know*) _____

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.5**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **YELLOWSTONE CAPITAL** | **Describe debtor's property that is subject to a lien** | $108,750.00 | $75,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **30 BROAD STREET 14TH FLOOR SUITE 1462 NEW YORK, NY 10004** | **25% of future accounts, contract rights and other obligations arising from or relating ot the payment of monies.** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **4/16/2018** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.2 0 | **ZIONS BANK** | **Describe debtor's property that is subject to a lien** | $147,269.64 | $360,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **1235 S. UTAH AVE Idaho Falls, ID 83402** | **Safe Haven Homes of Bellevue 314 S. 7th Street Bellevue, ID 83313** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **First Mortgage** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **ZIONS FIRST NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $300,000.00 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Safe Haven Health Care, Inc.**                                           Case number (if know)
_____
Name

Creditor's Name

All accounts, leases and other rights to payment, including chattel paper, rent, revenues, income, issues, royalties, profits or other monies arising form real property located at 745 California St, Gooding, ID 83330...

**253 SOUTH MAIN STREET
POCATELLO, ID 83204**

Creditor's mailing address

Describe the lien
**UCC security interest**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**8/2/20012**
Last 4 digits of account number
**9626**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | $8,042,786.51 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BUSINESS MERCHANT FUNDING**<br>**680 CENTRAL AVE**<br>**BALTIMORE, MD 21201** | Line _2.11_ | |
| **CORPORATION SERVICE COMPANY**<br>**801 ADLAI STEVENSON DR**<br>**SPRINGFIELD, IL 62703** | Line _2.21_ | |
| **CT CORPORATION SYSTEM**<br>**330 N BRAND BLVD SUITE 700**<br>**GLENDALE, CA 91203** | Line _2.3_ | |
| **CT LIEN SOLUTIONS**<br>**PO BOX 29071**<br>**GLENDALE, CA 91209-9071** | Line _2.15_ | |
| **DORAN DERWENT PLLC**<br>**5960 TAHOE DR SE STE 101**<br>**GRAND RAPIDS, MI 49546** | Line _2.16_ | |
| **DUSTIN MILESTONE**<br>**MILESTONE LAW FIRM**<br>**1469 W. QUINN ROAD**<br>**POCATELLO, ID 83202** | Line _2.17_ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 11

Debtor    **Safe Haven Health Care, Inc.**                                    Case number (if know)    _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
          Name

**EASTERN IDAHO DEVELOPMENT**
**1651 ALVIN RICKEN DRIVE**                                Line   **2.18**
**POCATELLO, ID 83201**

**Fill in this information to identify the case:**

Debtor name __Safe Haven Health Care, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19107-3460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $142,330.41 | $142,330.41 |
|   | Date or dates debt was incurred<br>**09/30/2016** | Basis for the claim:<br>**Taxes** | | |
|   | Last 4 digits of account number **6817** | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AACO A-1 HEALTH CARE SERV**<br>**PO BOX 75111**<br>**SEATTLE, WA 98125** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,918.35 |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **VENDOR**<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AAMCO MEDICAL LLC**<br>**9847 S 500 W STE 200**<br>**SANDY, UT 84070-2576** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63,198.88 |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **VENDOR**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$495.60**

**ABILITY NETWORK**
PO BOX 856015
MINNEAPOLIS, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,188.13**

**ADA COUNTY PARAMEDICS**
370 N BENJAMIN LN
BOSIE, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.49**

**ADA COUNTY TREASURER**
PO BOX 2868
BOISE, ID 83701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ADRIAN AVILA**
368 E PATAGONIA DR
MERIDIAN, ID 83646-3863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,589.40**

**ADVANTAGE BUSINESS COMMS**
891 PINEWOOD ST
POCATELLO, ID 83202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,187.16**

**AFLAC**
CORPORATE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS, GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,136.29**

**AIR EXCHANGE TECHNOLOGIES**
PO BOX 2862
POCATELLO, ID 83206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.54 |
|---|---|---|---|

**AIRGAS USA LLC**
**PO Box 676015**
**DALLAS, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALBERTO MATIAS RAYMANDO**
**120B 5TH AVE W**
**WENDELL, ID 83355-5020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALLAN BURPEE**
**2330 CLINTON ST B**
**POCATELLO, ID 83204-3658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918.35 |
|---|---|---|---|

**ALLIED PORTABLE X-RAY**
**2043 E CENTER ST**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**ALLYHEALTH**
**1535 CHESTNUT STREET**
**PHILADELPHIA, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALMA CARRILLO**
**PO BOX 691**
**BELLEVUE, ID 83313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALMA HINTZ GUZMAN**
**PO BOX 5845**
**HAILEY, ID 83333-5845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ALMA SANDOVAL**
**PO BOX 527**
**WENDELL, ID 83355-0527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ALYSSA POWELL**
**4647 N BRIGHT ANGEL PL**
**MERIDIAN, ID 83646-3704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMERICA TELLEZ**
**PO BOX 695**
**HAILEY, ID 83333-0695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608.41**

**AMERICAN HEALTHTECH INC**
**PO BOX 745025**
**ATLANTA, GA 30374-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMY MARCUM**
**325 WYOMING STREET**
**GOODING, ID 83330-1350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMYSUE FLEENOR**
**1313 ELMWOOD CIR**
**TWIN FALLS, ID 83301-4842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ANA MIRELES GAMINO**
**2314 W LEMHI STREET**
**BOISE, ID 83705-3519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |
|---|---|---|---|

**ANALYTICAL LABORATORIES, INC**
**1804 N 33RD ST**
**BOSIE, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREA JIMENEZ**
**PO BOX 2263**
**HAILEY, ID 83333-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREA MCCORD**
**2100 W KING ROAD**
**KUNA, ID 83634-1751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDREA PIKES**
**12574 W MUIR RIDGE DR**
**BOISE, ID 83709-8548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGELA FONES**
**PO BOX 812**
**BELLEVUE, ID 83313-0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGELA HARMON**
**1724 S EAGLESON ROAD**
**BOISE, ID 83705-2713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGELA PASQUALE**
**1387 SPURLOCK COURT**
**TWIN FALLS, ID 83301-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Safe Haven Health Care, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ANITA PARKER
2470 WESTMINSTER LANE
BOISE, ID 83704-5852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ANITA WOODBRIDGE
120 5TH AVE E
WENDELL, ID 83355-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.20**

ANYTIME LOCK & KEY INC
6216 FAIRVIEW AVE
BOISE, ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ARACELI PEREZ
1015 N FIR ST TRLR 79
JEROME, ID 83338-1743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ASHLEY CLAYTON
347 S MILNER STREET
HAZELTON, ID 83335-5536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

ASHLEY SANTOS
2322 E 3300 S
JEROME, ID 83338-4006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AUBREY WEAVER
317 22ND AVE WEST
GOODING, ID 83330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$723.51** |
|---|---|---|---|

**AUTOMATED OFFICE SYSTEMS**
**708 N ORCHARD ST**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,005.00** |
|---|---|---|---|

**B & B HEALTH CARE PROPERTIES**
**2891 SHELLY PLACE**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,071.53** |
|---|---|---|---|

**B & G PLUMBING AND HEATING**
**625 WEST CENTER**
**POCATELLO, ID 83204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,330.00** |
|---|---|---|---|

**B AND S LAWN CARE**
**432 LARIAT LANE**
**POCATELLO, ID 83202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.00** |
|---|---|---|---|

**BAKER DONELSON BEARMAN**
**1401 H STREET NW**
**SUITE 500**
**WASHINGTON, DC 20005-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220.05** |
|---|---|---|---|

**BANK OF IDAHO**
**PO BOX 1487**
**IDAHO FALLS, ID 83403-1487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,534.50** |
|---|---|---|---|

**BANK OF IDAHO CASH FLOW**
**1800 CHANNING WAY**
**IDAHO FALLS, ID 83403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,415.80** |
|---|---|---|---|
| | **BANNOCK COUNTY TREASURER**<br>**PO BOX 4626**<br>**POCATELLO, ID 83205-4626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>VENDOR</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BASILIA JOHNSON**<br>**1023 S 9TH STREET**<br>**RUPERT, ID 83350-9121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.48** |
|---|---|---|---|
| | **BEDSIDE X-RAY SERVICE INC.**<br>**5510 ROUND UP STREET**<br>**BOISE, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>VENDOR</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BENJAMIN COOK**<br>**1948 E MEADOW CREEK DR**<br>**MERIDIAN, ID 83646-5682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BENJAMIN WALTON**<br>**201 E PENNSYLVANIA ST**<br>**BOISE, ID 83706-4423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,494.47** |
|---|---|---|---|
| | **BEST WESTERN SAWTOOTH INN**<br>**2653 SOUTH LINCOLN AVENUE**<br>**JEROME, ID 83338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>VENDOR</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BILL PETERSON**<br>**1150 N 9TH E**<br>**MOUNTAIN HOME, ID 83647-2042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Safe Haven Health Care, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,629.08 |
|---|---|---|---|
| | **BINGHAM MEMORIAL HOSPITAL**<br>**98 POPLAR STREET**<br>**BLACKFOOT, ID 83221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,193.00 |
|---|---|---|---|
| | **BLAINE COUNTY**<br>**219 FIRST AVENUE SOUTH**<br>**SUITE 102**<br>**HAILEY, ID 83333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,509.67 |
|---|---|---|---|
| | **BLAINE COUNTY TREASURER**<br>**219 FIRST AVENUE SOUTH**<br>**SUITE 102**<br>**HAILEY, ID 83333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,818.53 |
|---|---|---|---|
| | **BRADY INDUSTRIES**<br>**7055 LINDELL ROAD**<br>**LAS VEGAS, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BRANDON IVEY**<br>**478 3RD AVE W**<br>**WENDELL, ID 83355-5013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __EMPLOYEE__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.99 |
|---|---|---|---|
| | **BRIGGS HEALTHCARE**<br>**PO BOX 1355**<br>**DES MOINES, IA 50306-1355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BRITTANY YAGLA**<br>**PO BOX 4383**<br>**KETCHUM, ID 83340-4383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __EMPLOYEE__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Safe Haven Health Care, Inc.**

Case number *(if known)*

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $879.24 |
|---|---|---|---|

**CABLE ONE**
**PO BOX 78000**
**PHOENIX, AZ 85062-8200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CALLIE RAMIREZ**
**1104 N B ST**
**PARMA, ID 83660-5573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.00 |
|---|---|---|---|

**CANYON CARPET CARE, INC.**
**3250 RIDGE PLACE**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.70 |
|---|---|---|---|

**CAPITAL WATER CORPORATION**
**2626 ELDORADO**
**BOISE, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CARMEN RICE**
**328 4TH AVE W**
**JEROME, ID 83338-1821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.82 |
|---|---|---|---|

**CHALLIS MESSENGER**
**PO BOX 1800**
**IDAHO FALLS, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CHARLES LLOYD JR**
**2450 LONGBOW DR**
**TWIN FALLS, ID 83301-8914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Safe Haven Health Care, Inc.**                                      Case number (if known) _____

Name

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CHRISTINE PRICE**
**1925 E WILSON LANE APT A**
**MERIDIAN, ID 83642-2199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CHRISTOPHER CONNEL**
**159 10TH AVE N**
**TWIN FALLS, ID 83303-6357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,851.61 |
|---|---|---|---|

**CITY OF BELLEVUE**
**115 EAST PINE**
**BELLEVUE, ID 83313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.80 |
|---|---|---|---|

**CLEAR CREEK**
**PO BOX 130**
**KETCHUM, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.24 |
|---|---|---|---|

**CLEARFLY COMMUNICATIONS**
**450 TOWNSEND ST FLR 1 RM 100**
**SAN FRANCISCO, CA 94107-1510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.50 |
|---|---|---|---|

**CLEARWATER LANDSCAPING**
**PO BOX 7690**
**KETCHUM, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.74 |
|---|---|---|---|

**CLOVERDALE PLUMBING COMPANY**
**11627 W. FAIRVIEW**
**BOISE, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **COLBY VANCE** | ☐ Contingent | |
| | **614 ETHAN COURT** | ☐ Unliquidated | |
| | **JEROME, ID 83338** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790.00** |
|---|---|---|---|
| | **COLLEGE OF EASTERN IDAHO** | ☐ Contingent | |
| | **1600 S 25TH E** | ☐ Unliquidated | |
| | **IDAHO FALLS, ID 83404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158.00** |
|---|---|---|---|
| | **COLLEGE OF SOUTHERN IDAHO** | ☐ Contingent | |
| | **PO BOX 1238** | ☐ Unliquidated | |
| | **TWIN FALLS, ID 83303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,167.00** |
|---|---|---|---|
| | **COLONIAL FUNDING NETWORK** | ☐ Contingent | |
| | **120 WEST 45TH** | ☐ Unliquidated | |
| | **NEW YORK, NY 10036** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.49** |
|---|---|---|---|
| | **CONCUR TECHNOLOGIES INC** | ☐ Contingent | |
| | **62157 COLLECTIONS CENTER DR** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **CONNIE RUNYAN** | ☐ Contingent | |
| | **863 MADRONA ST N** | ☐ Unliquidated | |
| | **TWIN FALLS, ID 83301-4234** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __EMPLOYEE__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.00** |
|---|---|---|---|
| | **CONTINUEX CORPORATION** | ☐ Contingent | |
| | **17686 HALLMAN ROAD NW** | ☐ Unliquidated | |
| | **POULSBO, WA 98370** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __VENDOR__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Safe Haven Health Care, Inc.**
_____
Name

Case number (if known) _____

---

**3.80**

**Nonpriority creditor's name and mailing address**

**CORTNEY DAYTON**
**3664 DRUM ROAD**
**HOMEDALE, ID 83628-3602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**COX BUSINESS SERVICES**
**PO BOX 2742**
**OMAHA, NE 68103-2742**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$398.73**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**CRAIG EASTOP**
**PO BOX 2451**
**HAILEY, ID 83333-2451**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**CRAIG LEVITAN**
**PO BOX 2710**
**HAILEY, ID 83333**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$142.16**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**CRANE ALARM SERVICE**
**PO BOX 865**
**NAMPA, ID 83653**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$233.75**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**CULLIGAN OF SOUTHWEST IDAHO**
**110 W 31ST STREET**
**GARDEN CITY, ID 83714**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$446.52**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**CUSTER TELEPHONE COOPERATIVE**
**PO BOX 324**
**CHALLIS, ID 83226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$238.07**

---

| Debtor | Safe Haven Health Care, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CYNTHIA BROOME**
**441 GARDNER AVE**
**TWIN FALLS, ID 83301-7716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CYNTHIA HAAS**
**14192 W CHADFORD DR**
**BOISE, ID 83713-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.89 |
|---|---|---|---|

**DALES**
**685 EAST ANDERSON**
**IDAHO FALLS, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DANIEL ALDAMA**
**511 SUNRISE BLVD N**
**TWIN FALLS, ID 83301-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DARWIN ROYECA**
**617 4TH AVE E**
**GOODING, ID 83330-1402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.50 |
|---|---|---|---|

**DAVE'S ACTION HEATING AIR**
**3712 GARRITY BLVD**
**NAMPA, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAVID FENTON**
**2211 E WARM SPRINGS AVE**
**BOISE, ID 83712-8430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499.60**

**DAVIS EMBROIDERY INC**
**PO BOX 6040**
**KETCHUM, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBORAH MASSIE**
**PO BOX 1933**
**KETCHUM, ID 83340-1933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DEBRA MONTELONGO**
**9919 W RUSTICA STREET**
**BOISE, ID 83709-5301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,026.32**

**DELTA DENTAL OF IDAHO**
**PO BOX 271372**
**SALT LAKE CITY, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DILLON BROWER**
**3706 BUTTERCUP ROAD**
**HAILEY, ID 83333-5260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DIONICA CORDOVA**
**1913 PARK AVE**
**BURLEY, ID 83318-2101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,406.15**

**DIRECT SUPPLY**
**PO BOX 88201**
**MILWAUKEE, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$731.25** |
|---|---|---|---|
| | **DONNA ALFS THERAPY SERVICES**<br>**PO BOX 850**<br>**KETCHUM, ID 83340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>VENDOR</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **EAN BARRY**<br>**6854 W IRVING LANE**<br>**BOISE, ID 83704-8611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ELIZABETH GONZALEZ**<br>**1235 E 1220 N**<br>**RICHFIELD, ID 83349-5117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **EMILEE BOATMAN**<br>**311 1/2 GLENDALE ROAD**<br>**BELLEVUE, ID 83313-5055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ENALYN ROYECA**<br>**617 4TH AVE E**<br>**GOODING, ID 83330-1402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ERIKA RENTERIA**<br>**1815 W ROOSEVELT AVE**<br>**NAMPA, ID 83686-8109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ESTELA CAMPOS**<br>**PO BOX 872**<br>**SHOSHONE, ID 83352-0872** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>EMPLOYEE</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | | $1,368.09

**EVANS PLUMBING INC**
**222 GULF STREAM LANE**
**HAILEY, ID 83333**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | | Unknown

**EVERETT BAXTER**
**101 N FRANKLIN STREET**
**FIRTH, ID 83236-1162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | | $34,167.00

**EVOLUTION CAPITAL**
**120 W 45TH ST 2ND FLOOR**
**NEW YORK, NY 10036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CREDITOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | | $880.00

**EXECUTIVE LAWN CARE**
**12655 W TREVOIT STREET**
**BOISE, ID 83709**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | | $305.00

**EXPRESS PLUMBING SERVICES**
**PO BOX 3354**
**NAMPA, ID 83653**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | | $156.26

**EXPRESS PUBLISHING**
**PO BOX 1013**
**KETCHUM, ID 83340**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | | $1,962.52

**FARMERS BROS COFFEE**
**PO BOX 732855**
**DALLAS, TX 75373-2855**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.14 |
|---|---|---|---|

**FASTSIGNS**
**8239 FRANKLIN ROAD**
**BOISE, ID 83709-0624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FAVIOLA VALDEZ**
**743 MILLER AVE**
**BURLEY, ID 83318-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.71 |
|---|---|---|---|

**FED EX**
**7900 LEGACY DRIVE**
**PLANO, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.00 |
|---|---|---|---|

**FIRE SERVICES OF IDAHO**
**610 MALLARD**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.15 |
|---|---|---|---|

**FIREPLACE OUTFITTERS**
**515 N RIVER STREET**
**HAILEY, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.08 |
|---|---|---|---|

**FIRST HEALTHCARE PRODUCTS**
**6125 LENDELL DRIVE**
**SANBORN, NY 14132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>VENDOR</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FRANCESCA PEREZ**
**PO BOX 2196**
**HAILEY, ID 83333-2196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>EMPLOYEE</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GARY GROSE**
PO BOX 4172
HAILEY, ID 83333-4172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GENEVIVE OLIVAS**
PO BOX 1125
HAILEY, ID 83333-1125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GERALDINE JACKSON**
1311 LAUREN LANE
FILER, ID 83328-4900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$756.67** |
|---|---|---|---|

**GIETZEN ELECTRIC, INC.**
PO BOX 467
BUHL, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GLOREEN FREDERICKS**
2840 W CHERRY LANE APT 206
BOISE, ID 83705-7322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GLORIA GONZALEZ JUAREZ**
470 1ST AVE E
WENDELL, ID 83355-5103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GRACIELA GARCIA**
PO BOX 3662
HAILEY, ID 83333-3662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Safe Haven Health Care, Inc.**
_____      Case number _(if known)_ _____
Name

| | |
|---|---|
| 3.129 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |

**GRETCHEN GAYLE**
**714 W VILLAGE LANE**
**BOISE, ID 83702-6246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$307.00** |

**GROVE MENUS**
**16404 NE 127TH STREET**
**KEARNEY, MO 64060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$10,932.00** |

**HANDS OF HOPE HOME HEALTH**
**1379 EAST 17TH STREET**
**IDAHO FALLS, ID 83404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.132 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |

**HANNAH HARRIS KOLLIE**
**5147 W MORRIS HILL APT 128**
**BOISE, ID 83706-1638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$42,355.59** |

**HANSEN HUNTER AND COMPANY**
**8930 SW GEMINI DRIVE**
**BEAVERTON, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.134 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$7,319.79** |

**HAWLEY TROXELL ENNIS HAWLEY**
**877 MAIN STREET SUITE 1000**
**BOISE, ID 83701-1617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.135 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |

**HAYLEY MILLER**
**269 TETON STREET**
**TWIN FALLS, ID 83301-4930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.136** Nonpriority creditor's name and mailing address

**HEALTH CARE LOGISTICS**
**PO BOX 400**
**CIRCLEVILLE, OH 43113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$695.48**

---

**3.137** Nonpriority creditor's name and mailing address

**HEALTH EQUITY**
**15 W SCENIC POINTE DR**
**DRAPER, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$70.00**

---

**3.138** Nonpriority creditor's name and mailing address

**HEPWORTH TRANSCRIPTION**
**1816 GOVERNMENT ROAD**
**POCATELLO, ID 83204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,870.57**

---

**3.139** Nonpriority creditor's name and mailing address

**HERENDI GUARDARRAMA**
**747 S BLISS ST TRLR 27**
**WENDELL, ID 83355-5282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140** Nonpriority creditor's name and mailing address

**HIGH DESERT REFRIGERATION**
**1407 FERN STREET**
**NAMPA, ID 83686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$502.59**

---

**3.141** Nonpriority creditor's name and mailing address

**HOLLAND AND HART**
**800 W MAIN STREET #1750**
**BOISE, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$65,252.16**

---

**3.142** Nonpriority creditor's name and mailing address

**ID DEPT OF HEALTH AND WELFAR**
**CENTRAL REVENUE UNIT**
**PO BOX 83720**
**BOISE, ID 83720-0036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$845.00**

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$638,013.00** |
|---|---|---|---|

**ID DEPT OF HEALTH AND WELFAR
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:** __Medicaid overpayment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,025.89** |
|---|---|---|---|

**ID DEPT OF HEALTH AND WELFAR
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

**Basis for the claim:** __Medicaid overpayment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.73** |
|---|---|---|---|

**IDAHO DOCTORS HOSPITAL
350 N MERIDIAN
BLACKFOOT, ID 83221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,985.06** |
|---|---|---|---|

**IDAHO POWER
1221 W IDAHO STREET
BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.20** |
|---|---|---|---|

**IDAHO SUNSHINE MEDIA
PO BOX 2711
HAILEY, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**ILIAD MEDIA GROUP
21361 HIGHWAY 30
TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$337.46** |
|---|---|---|---|

**IMAGEWORX
51 RUNWAY ROAD
LEVITTOWN, PA 19057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | |
|---|---|---|
| | Name | Case number (*if known*) |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**INDEED**
**PO BOX 660367**
**DALLAS, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,192.28** |
|---|---|---|---|

**INDEPENDENCE REHAB**
**5314 RIVER RUN DR SUITE 140**
**PROVO, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,585.00** |
|---|---|---|---|

**INJURY CARE EMS**
**4850 N ROSEPOINT WAY STE 100**
**BOISE, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.39** |
|---|---|---|---|

**INTERMOUNTAIN GAS CO**
**PO BOX 64**
**BOISE, ID 83732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,667.87** |
|---|---|---|---|

**IPFS CORPORATION**
**201 W NORTH RIVER DR #301**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,433.12** |
|---|---|---|---|

**J DAWN WILSON**
**9553 RIVERSIDE ROAD**
**CALDWELL, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMIE SANDOVAL**
**530 5TH AVE W**
**WENDELL, ID 83355-5024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**JAMIE WILLIAMS**
**1371 SW 8TH AVE**
**ONTARIO, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JANA CLEAVER**
**708 9TH AVE E**
**JEROME, ID 83338-2111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JANET HUDELSON**
**1771 BORAH AVE E**
**TWIN FALLS, ID 83301-4909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JANN FOLK**
**431 JACKSON STREET**
**KIMBERLY, ID 83341-1742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JASMINE MARQUEZ**
**PO BOX 227**
**BELLEVUE, ID 83313-0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JENNIFER GARCIA**
**1727 HANSEN AVE**
**BURLEY, ID 83318-2531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JESSICA HARRIS**
**832 NEBRASKA STREET**
**GOODING, ID 83330-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164** | Nonpriority creditor's name and mailing address

**JOANNE TRAMMEL**
**2481 E 3400 N**
**TWIN FALLS, ID 83301-0227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165** | Nonpriority creditor's name and mailing address

**JOE MORAN**
**PO BOX 113**
**BELLEVUE, ID 83313-0113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.166** | Nonpriority creditor's name and mailing address

**JOHN WINGATE**
**5723 S FRUITHILL AVE**
**BOISE, ID 83709-5166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.167** | Nonpriority creditor's name and mailing address

**JONAH RONO**
**3225 S MILAN PLACE**
**MERIDIAN, ID 83642-8164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.168** | Nonpriority creditor's name and mailing address

**JONES SEW AND VAC**
**655 1ST STREET**
**IDAHO FALLS, ID 83401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

$248.69

---

**3.169** | Nonpriority creditor's name and mailing address

**JOSEFINA VEGA**
**243 S 400 W**
**JEROME, ID 83338-6032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170** | Nonpriority creditor's name and mailing address

**JOSEPH VOSS**
**2319 W STATE STREET**
**BOISE, ID 83702-3162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JUANA GOMEZ**
**1429 E 3025 S**
**WENDELL, ID 83355-5290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JULIETA GOMEZ**
**574 4TH AVE W**
**WENDELL, ID 83355-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JUNKO SMITH**
**14585 S DELACROIX DR**
**DRAPER, UT 84020-2519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KARA KINAS**
**325 WYOMING STREET**
**GOODING, ID 83330-1350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KARALEE THOMPSON**
**210 TEENA STREET**
**GARDEN CITY, ID 83714-4864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KATELYN BETTINGER**
**4608 N BUCKBOARD AVE**
**BOISE, ID 83713-9567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**KATELYN DENISON**
**712 W 5TH STREET**
**SHOSHONE, ID 83352-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Safe Haven Health Care, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KAYLE CHILD**
**2680 ROCK CREEK ROAD**
**HANSEN, ID 83334-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**KEITH E. DAVIS, M.D.**
**PO BOX 563**
**SHOSHONE, ID 83352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KELLEY MCCUSKER**
**717 N POND STREET**
**BOISE, ID 83706-2026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KELSEY BARKER**
**PO BOX 321**
**BELLEVUE, ID 83313-0321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KERI MCPARTLAN**
**11430 W CELESTIAL DRIVE**
**STAR, ID 83669-5658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KIMBERLY HUNT**
**PO BOX 738**
**JEROME, ID 83338-5483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KRISANA BAHR**
**1924 NORTHERN SKY DR**
**TWIN FALLS, ID 83301-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Safe Haven Health Care, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

KYLA KINAS
325 WYOMING STREET
GOODING, ID 83330-1350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.40**

LABORATORY CORPORATION
PO BOX 12140
BURLINGTON, NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.25**

LANGUAGE LINE SERVICES
PO BOX 202564
NAMPA, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

LAREY ADAMS
630 N 100 E
JEROME, ID 83338-5114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364.48**

LARSON-MILLER INC
3414 E GREENHURST
NAMPA, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

LATISHA BOWMAN
806 E 1ST STREET
EMMETT, ID 83617-3106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

LAURA BENAVIDEZ
211 LEMHI LOOP
BUHL, ID 83316-5564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LAURIE ADAMSON**
**PO BOX 310**
**CAREY, ID 83320-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LAURIE KOUTSKY**
**PO BOX 1979**
**HAILEY, ID 83333-1979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.20**

**LES SCHWAB**
**505 N 5TH AVE**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LESLIE MOORE**
**PO BOX 3025**
**HAILEY, ID 83333-3025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LETICIA JIMENEZ**
**1522 E 3100 S**
**WENDELL, ID 83355-3253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00**

**LIBERTY SPRAYING LLC**
**150 JEROME STREET**
**WENDELL, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LIZA DOYOG**
**1220 F STREET**
**RUPERT, ID 83350-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **LUIS FONSECA** <br> **9239 W ZUNI DR** <br> **BOISE, ID 83704-2952** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** EMPLOYEE | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **LUIS RUIZ** <br> **PO BOX 150** <br> **HEYBURN, ID 83336-0150** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** EMPLOYEE | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97.50** |
|---|---|---|
| **MAGIC VALLEY ELECTRIC** <br> **395 RAILWAY STREET** <br> **JEROME, ID 83338** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** VENDOR | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,707.00** |
|---|---|---|
| **MANAGEMENT NORTHWEST** <br> **916 WYNDEMERE DRIVE** <br> **BOISE, ID 83702** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** VENDOR | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,960.00** |
|---|---|---|
| **MANUEL LOPEZ** <br> **1180 LOCUST ST N** <br> **TWIN FALLS, ID 83301** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** VENDOR | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **MARCO CORTEZ** <br> **3320 FLOWING WELLS DR** <br> **HAILEY, ID 83333-8642** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** EMPLOYEE | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.205**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **MARIA ALCARAZ** <br> **509 W 9TH STREET** <br> **BURLEY, ID 83318-1104** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** EMPLOYEE | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARIA JUAREZ**
**PO BOX 2158**
**HAILEY, ID 83333-2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARIA MENDOZA CORDOVA**
**17 S 600 W TRLR 17**
**BURLEY, ID 83318-5056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARIA PALOMERA**
**1429 E 3025 S**
**WENDELL, ID 83355-5290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARIELA ARTEAGA**
**924 9TH STREET**
**RUPERT, ID 83350-1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARY HENDERSON**
**9220 W CASCADE STREET**
**BOISE, ID 83704-9756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARYLEN SIERRA**
**PO BOX 2993**
**KETCHUM, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,349.12** |
|---|---|---|---|

**MASSMUTUAL FINANCIAL GROUP**
**PO BOX 1583**
**HARTFORD, CT 06144-1583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Safe Haven Health Care, Inc.**
_____
Name

Case number *(if known)* _____

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MAURITA HAYWORTH**
**PO BOX 3511**
**IDAHO FALLS, ID 83403-3511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MAYRA TREJO**
**702 16TH STREET**
**RUPERT, ID 83350-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,756.07** |
|---|---|---|---|

**MCKESSON MEDICAL-SURGICAL**
**8121 10TH AVENUE N**
**MINNEAPOLIS, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.92** |
|---|---|---|---|

**MED-PASS, INC.**
**ONE REYNOLDS WAY**
**DAYTON, OH 45430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.86** |
|---|---|---|---|

**MEDLINE INDUSTRIES INC.**
**3 LAKES DRIVE**
**NORTHFIELD, IL 60093-2753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,324.25** |
|---|---|---|---|

**MEDSOURCE INCORPORATED**
**10520 SOUTH 700 EAST**
**SUITE 210**
**SANDY, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,226.96** |
|---|---|---|---|

**MEDWAY MEDICAL INC.**
**1837 S 4130 W #B**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MELANIE HELTON**
**83 TOPONCE DR**
**POCATELLO, ID 83204-4718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MELISSA GAGE**
**647 FAWN BROOK COURT APT 133**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|---|

**MERIDIAN FAMILY MEDICINE**
**1110 CALL CREEK DRIVE STE 7**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.11 |
|---|---|---|---|

**Met Life**
**400 Horizonal Way, Ste. 100**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MIA STENNES**
**6137 S TETON PEAK WAY**
**BOISE, ID 83716-7026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAEL HOEFER**
**14192 W CHADFORD DR**
**BOISE, ID 83713-1263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAELA MAUL**
**106 NEBRASKA ST**
**GOODING, ID 83330-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MICHELLE FISK
426 W 200 N
PAUL, ID 83347-8752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

MINERT AND ASSOCIATES
623 E SCHILLER LANE
MERIDIAN, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MIRIAM GARCIA
PO BOX 2199
HAILEY, ID 83333-2199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MISTI NEWSON
11153 W HICKORY DALE DR
BOISE, ID 83713-1027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MISTY STRAIT
251 MARIPOSA CIR
SHOSHONE, ID 83352-6000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$645.79**

MOFFATT THOMAS
877 W MAIN STREET STE 1000
BOISE, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

MONICA AVERETT
5528 W HILL ROAD
BOISE, ID 83703-2948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** EMPLOYEE

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.234** | Nonpriority creditor's name and mailing address

**MOOD MEDIA**
PO BOX 71070
CHARLOTTE, NC 28272-1070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$99.66**

---

**3.235** | Nonpriority creditor's name and mailing address

**MOWER OFFICE SYSTEMS**
227 5TH AVE EAST
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$170.64**

---

**3.236** | Nonpriority creditor's name and mailing address

**NANCY ALVARADO**
1759 E 2900 S
WENDELL, ID 83355-3028

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237** | Nonpriority creditor's name and mailing address

**NANCY LUEVANOS**
934 YALE AVE
BURLEY, ID 83318-1140

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238** | Nonpriority creditor's name and mailing address

**NATIONAL ENTERTAINMENT TECH**
PO BOX 648
MARSHFIELD, MO 65706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.239** | Nonpriority creditor's name and mailing address

**NATIONAL STAFFING SOLUTIONS**
PO BOX 637924
CINCINNATI, OH 45263-7924

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$4,297.98**

---

**3.240** | Nonpriority creditor's name and mailing address

**NEW TECH SECURITY**
PO BOX 551
JEROME, ID 83338

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$377.50**

---

Debtor    **Safe Haven Health Care, Inc.**

Name    Case number *(if known)*

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.55** |
|---|---|---|---|

**NICKOLE MULLEN**
**9684 E MAUGHAN ROAD**
**LAVA HOT SPRINGS, ID 83246-1526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NOELIA PASILLAS**
**2130 LAURELWOOD DR**
**HAILEY, ID 83333-7601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,724.66** |
|---|---|---|---|

**NORCO INC.**
**PO BOX 413124**
**SALT LAKE CITY, UT 84141-3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,488.00** |
|---|---|---|---|

**NORIDIAN HEALTHCARE SOLUTION**
**PO Box 6722**
**FARGO, ND 58108-6722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Medicare overpayment for Pocatello hospital**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,028,024.59** |
|---|---|---|---|

**OMEGA HEALTHCARE INVESTORS**
**200 INTERNATIONAL CIRCLE**
**SUITE 300**
**HUNT VALLEY, MD 21030-1331**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous landlord (lease agmt terms)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,307.46** |
|---|---|---|---|

**OMEGA MENTAL HEALTH**
**5985 W STATE STREET**
**BOISE, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,571.08** |
|---|---|---|---|

**OMNICARE MEDICAL SUPPLIES**
**4153 PIONEER DR**
**WALLED LAKE, MI 48390**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**OPTIMA HEALTHCARE SOLUTIONS**
**PO BOX 531734**
**ATLANTA, GA 30353-1734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,982.66** |
|---|---|---|---|

**OPTIMAL INTEGRATED HEALTH**
**1751 DELMAR STREET**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,165.80** |
|---|---|---|---|

**ORKIN IDAHO SAWYER INC**
**107 W 43RD STREET**
**GARDEN CITY, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |
|---|---|---|---|

**PARKER PUBLIC AFFAIRS**
**599 W BANNOCK ST**
**BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PATRICIA STIMSON**
**548 W IDAHO AVE**
**MERIDIAN, ID 83642-2542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,768.38** |
|---|---|---|---|

**POINTCLICKCARE TECHNOLOGIES**
**PO BOX 674802**
**DETROIT, MI 48267-4802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,926.92** |
|---|---|---|---|

**PORTNEUF MEDICAL CENTER**
**777 HOSPITAL WAY**
**POCATELLO, ID 83201-5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.25** |
|---|---|---|---|

**PRO CARE INC.**
**104 E FAIRVIEW AVE**
**MERIDIAN, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,170.00** |
|---|---|---|---|

**PROGRESSIVE COMMERCIAL**
**6300 WILSON MILLS ROAD**
**MAYFIELD VILLAGE, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.13** |
|---|---|---|---|

**PSI ENVIROMENTAL SYSTEMS**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.08** |
|---|---|---|---|

**PURCHASE POWER**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$298.50** |
|---|---|---|---|

**PV BUSINESS SOLUTIONS**
**3600 SOUTH STATE ROAD 7**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,625.00** |
|---|---|---|---|

**RATUS PLLC**
**2365 E GALA ST STE #2**
**MERIDIAN, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00** |
|---|---|---|---|

**RELIANT BEHAVIORAL HEALTH**
**1220 SW MORRISON ST STE 600**
**PORTLAND, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Safe Haven Health Care, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**REVECA VILLAGOMEZ**
**720 W 7TH STREET**
**SHOSHONE, ID 83352-5167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RICK ROUTT**
**2749 PAINTBRUSH DR**
**TWIN FALLS, ID 83301-7571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ROBIN LANDRETH**
**1430 E SHELLBROOK DRIVE**
**MERIDIAN, ID 83642-4059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ROBYN SISSON**
**832 NEBRASKA STREET**
**GOODING, ID 83330-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RODRIGO MOLINA**
**PO BOX 3622**
**KETCHUM, ID 83340-3622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ROVELYN VENNER**
**19592 QUEENS CROWN ROAD**
**CAREY, ID 83320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __EMPLOYEE__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**RUSSO WINDOW WASHING, INC.**
**355 E AVE D**
**WENDELL, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __VENDOR__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.269**

**Nonpriority creditor's name and mailing address**
RUTH ADAMSON
808 DAYBREAK DR
POCATELLO, ID 83201-5170

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.270**

**Nonpriority creditor's name and mailing address**
RUTH CRISSMAN
87 CLEAR CREEK DR
BOISE, ID 83716

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271**

**Nonpriority creditor's name and mailing address**
SAFETY FIRST
1708 TARGHEE DR
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.272**

**Nonpriority creditor's name and mailing address**
SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST STE 101
BOISE, ID 83704

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No  ☐ Yes

**$30,660.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**
SANDRA PHILLIPS
8534 W GALACTIC COURT
BOISE, ID 83709-7882

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.274**

**Nonpriority creditor's name and mailing address**
SARA MAYS
330 OCHSNER AVE
GOODING, ID 83330-1162

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275**

**Nonpriority creditor's name and mailing address**
SARAH BODILY
16630 N LIVERPOOL LANE
NAMPA, ID 83687-9441

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.276**

**Nonpriority creditor's name and mailing address**

SARMC TV LABS
PO BOX 31001
PASADENA, CA 91110-0001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$8,496.31**

---

**3.277**

**Nonpriority creditor's name and mailing address**

SCOTT BURPEE
609 N 7TH STREET
BELLEVUE, ID 83313-5100

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278**

**Nonpriority creditor's name and mailing address**

SEAN PERKINS
6727 W DENTON LANE
BOISE, ID 83704-9275

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279**

**Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES
7207 W FRANKLIN ROAD
BOISE, ID 83709

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$3,877.40**

---

**3.280**

**Nonpriority creditor's name and mailing address**

SELECTHEALTH
PO BOX 27368
SALT LAKE CITY, UT 84127-0368

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$21,698.60**

---

**3.281**

**Nonpriority creditor's name and mailing address**

SELINA AYALA
478 3RD AVE W
WENDELL, ID 83355-5013

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EMPLOYEE

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282**

**Nonpriority creditor's name and mailing address**

SEN TECHNOLOGIES
PO BOX 190526
BOISE, ID 83719

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$2,949.04**

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,417.10** |
|---|---|---|---|

**SENIOR CARE CONSULTING**
**14960 W SIPHON RD**
**POCATELLO, ID 83202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHAREE CARLSON**
**3007 S 1900 E**
**WENDELL, ID 83355-3324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHAWN SAMSON**
**1806 N BUCKLER WAY**
**KUNA, ID 83634-3376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHELLIE WOODWORTH**
**730 S 4TH AVE**
**POCATELLO, ID 83201-6503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHELLY MOTZNER**
**340 1ST AVE E**
**WENDELL, ID 83355-5102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __EMPLOYEE__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,012.90** |
|---|---|---|---|

**SHILO AUTOMATIC SPRINKLERS**
**1224 11TH AVENUE NORTH**
**NAMPA, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.97** |
|---|---|---|---|

**SHRED-IT USA BOISE**
**23166 NETWORK PLACE**
**CHICAGO, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHYAN COLLINS**
**3274 E 3225 N**
**TWIN FALLS, ID 83301-0551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**SIRINITI TECHSOURCE INC**
**1156 EAST CENTER**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,173.08** |
|---|---|---|---|

**SLATER AND ASSOCIATES INS**
**PO BOX 1469**
**TUALATIN, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SOLEDAD VARGAS**
**600 N HIGHWAY 75**
**SHOSHONE, ID 83352-5403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$941.00** |
|---|---|---|---|

**ST LUKES**
**PO BOX 1012**
**BOISE, ID 83701-1012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$977.71** |
|---|---|---|---|

**ST MARIES GAZETTE RECORD**
**610 MAIN AVENUE**
**SAINT MARIES, ID 83861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STACEY HOMER**
**4089 E FLORENCE DR APT 102**
**MERIDIAN, ID 83642-6311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Safe Haven Health Care, Inc.**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,373.87** |

3.297
**Nonpriority creditor's name and mailing address**
**STAPLES BUSINESS ADVANTAGE**
**PO BOX 660409**
**DALLAS, TX 75266-0409**

As of the petition filing date, the claim is: *Check all that apply.*    **$3,373.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.298
**Nonpriority creditor's name and mailing address**
**STATE OF IDAHO MEDICAID**
**PO BOX 83720**
**BOISE, ID 83720-0009**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,244.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.299
**Nonpriority creditor's name and mailing address**
**STATEFIRE**
**240 WEST 3680 SOUTH**
**SALT LAKE CITY, UT 84115**

As of the petition filing date, the claim is: *Check all that apply.*    **$582.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.300
**Nonpriority creditor's name and mailing address**
**STEALHEAD LANDSCAPE INC**
**424 VALLEY VIEW CIRCLE**
**JEROME, ID 83338**

As of the petition filing date, the claim is: *Check all that apply.*    **$149.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.301
**Nonpriority creditor's name and mailing address**
**STEPHANIE WALTERS**
**5503 W CREEK EDGE DR**
**GARDEN CITY, ID 83714-1340**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

3.302
**Nonpriority creditor's name and mailing address**
**STEPHEN VORHIES**
**416 E 49TH ST APT C 105**
**GARDEN CITY, ID 83714-1420**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

3.303
**Nonpriority creditor's name and mailing address**
**STEVE AYERS**
**863 MADRONA ST N**
**TWIN FALLS, ID 83301-4234**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.304**

Nonpriority creditor's name and mailing address

**STEVE WILSTEAD**
**5750N BROOKLET PL**
**BOISE, ID 83713-1352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.305**

Nonpriority creditor's name and mailing address

**STRATEGIES 360 INC**
**1505 WESTLAKE AVENUE N**
**SUITE 1000**
**SEATTLE, WA 98109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

**$38,575.00**

---

**3.306**

Nonpriority creditor's name and mailing address

**SWEETS SEPTIC TANK BACKHOE**
**403 S RAIL STREET WEST**
**SHOSHONE, ID 83352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,516.03**

---

**3.307**

Nonpriority creditor's name and mailing address

**TAMARA SALEEN**
**421 CHESTNUT LOOP**
**BELLEVUE, ID 83313-6067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.308**

Nonpriority creditor's name and mailing address

**TECHNOLOGY SOLUTIONS**
**7905 W USTICK ROAD STE A**
**BOISE, ID 83704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,015.06**

---

**3.309**

Nonpriority creditor's name and mailing address

**TERESA LAZARO**
**901 ZION STREET**
**BURLEY, ID 83318-4916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.310**

Nonpriority creditor's name and mailing address

**TERRISA GILBERT**
**2607 HILLCREST WAY**
**NAMPA, ID 83686-6371**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMPLOYEE**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130.65** |
|---|---|---|---|

**THE APPLIANCE SERVICES CO**
**PO BOX 3849**
**HAILEY, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$183.82** |
|---|---|---|---|

**THE CHALLIS MESSENGER**
**310 MAIN**
**CHALLIS, ID 83226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**THE SENIOR CONNECTION**
**PO BOX 28**
**HAILEY, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,698.24** |
|---|---|---|---|

**THE SILVER CREEK HOTEL**
**721 NORTH MAIN STREET**
**BELLEVUE, ID 83313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,389.10** |
|---|---|---|---|

**THOMPSONS**
**1707 BROADWAY AVE**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TIA CAMERON**
**1010 WILLOW LANE**
**POCATELLO, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **EMPLOYEE**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$558.92** |
|---|---|---|---|

**TIMES -NEWS**
**132 Fairfield St W**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **VENDOR**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Safe Haven Health Care, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**3.318**

**Nonpriority creditor's name and mailing address**
**TOREUP**
**288 LOCUST STREET SOUTH**
**TWIN FALLS, ID 83303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$448.20**

---

**3.319**

**Nonpriority creditor's name and mailing address**
**TRANSAMERICA LIFE INSURANCE**
**4333 Edgewood Road NE**
**CEDAR RAPIDS, IA 52499**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$5,490.00**

---

**3.320**

**Nonpriority creditor's name and mailing address**
**TREASURE VALLEY COFFEE**
**11875 W PRESIDENT DR**
**BOISE, ID 83713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$84.80**

---

**3.321**

**Nonpriority creditor's name and mailing address**
**TREASURE VALLEY LABORATORY**
**PO BOX 2693**
**SPOKANE, WA 99220-2693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$7.31**

---

**3.322**

**Nonpriority creditor's name and mailing address**
**TRINIDAD BRIDGE**
**PO BOX 245**
**KUNA, ID 83634-0245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.323**

**Nonpriority creditor's name and mailing address**
**TRIXI SANCHEZ**
**PO BOX 186**
**HAMMETT, ID 83627-0186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.324**

**Nonpriority creditor's name and mailing address**
**TYLER ROWBURY**
**1104 N B ST**
**PARMA, ID 83660-5573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Safe Haven Health Care, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.04

**UNITED HERITAGE LIFE INSUR**
**PO BOX 7777**
**MERIDIAN, ID 83680-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**URSULA HULBERT**
**PO BOX 5835**
**HAILEY, ID 83333-5835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.57

**VALLEY CO-OPS INC**
**1833 S LINCOLN AVE**
**JEROME, ID 83338-6138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,703.53

**VALLEY OFFICE LEASING**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,414.85

**VALLEY OFFICE SYSTEMS**
**320 JEFFERSON AVE**
**POCATELLO, ID 83201-3946**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**VELIA GAUMER**
**259 1ST AVE E**
**WENDELL, ID 83355-5129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**VICTORIA LINDERMAN**
**2016 RIVERCREST DR APT 207**
**TWIN FALLS, ID 83301-3091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EMPLOYEE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Safe Haven Health Care, Inc.**                    Case number *(if known)*
Name

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,380.48 |

**VIKING AUTOMATIC SPRINKLER**
**3245 NW FRONT AVE**
**PORTLAND, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,911.72 |

**VISION TECHNOLOGY LLC**
**977 W 100 N**
**BLACKFOOT, ID 83221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**WENDY RUSSELL**
**726 E SEGUNDO STREET**
**MERIDIAN, ID 83646-5675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**WESLEY NITCHALS**
**7341 S GLENRIDGE VIEW DR**
**BOISE, ID 83709-6833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,614.88 |

**WEST BOISE SEWER DISTRICT**
**7608 USTICK ROAD**
**BOISE, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |

**WESTERN MONITORING COMPANY**
**PO BOX 865**
**NAMPA, ID 83653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**WILLIAM CRIDER**
**559 TERRACE DR**
**BURLEY, ID 83318-5421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __EMPLOYEE__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Safe Haven Health Care, Inc.**                                    Case number *(if known)* _____
          Name

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIAM VERA**
**205 WILSON AVE**
**POCATELLO, ID 83201-5152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __EMPLOYEE__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681.88** |
|---|---|---|---|

**WINDY CITY ARTS**
**1911 ELECTRA LAN**
**HAILEY, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,045.68** |
|---|---|---|---|

**WIPFLI LLP**
**PO BOX 3160**
**MILWAUKEE, WI 53201-3160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**YESCO OUTDOOR MEDIA**
**PO BOX 3811**
**SEATTLE, WA 98124-3811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.89** |
|---|---|---|---|

**YOST BUSINESS SYSTEMS**
**685 E ANDERSON ST**
**IDAHO FALLS, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __VENDOR__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,385.42** |
|---|---|---|---|

**ZIONS BANK**
**1235 S. UTAH AVE**
**IDAHO FALLS, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __CREDITOR__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **PRN Funding, LLC**<br>**c/o Singerman Mills**<br>**3333 Richmond Road, Ste 370**<br>**Cleveland, OH 44122** | Line  __3.239__<br><br>☐ Not listed. Explain ____ | _ |

---

Debtor    **Safe Haven Health Care, Inc.**                                    Case number (if known) _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 142,330.41 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,128,327.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,270,657.64 |

**Fill in this information to identify the case:**

Debtor name    **Safe Haven Health Care, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | SCOTT BURPEE | 609 NORTH 7TH STREET<br>BELLEVUE, ID 83313 | CORPORATION SERVICE COMPANY | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | SCOTT BURPEE | 609 North 7th St<br>BELLEVUE, ID 83313 | REBECCA TAYLOR | ■ D   **2.17**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | SCOTT BURPEE | 609 N. 7th Street<br>BELLEVUE, ID 83313 | YELLOWSTONE CAPITAL | ■ D   **2.19**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | SCOTT BURPEE | 609 N. 7th Street<br>BELLEVUE, ID 83313 | EMPIRE FUNDING | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | SCOTT F. BURPEE | 609 N. 7th Street<br>BELLEVUE, ID 83313 | KUBOTA CREDIT CORPORATION | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## United States Bankruptcy Court
### District of Idaho

In re  **Safe Haven Health Care, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SCOTT BURPEE**<br>**609 N 7TH STREET**<br>**BELLEVUE, ID 83313-5100** | | | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 10, 2018**

Signature  **/s/ Scott Burpee**

**Scott Burpee**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re **Safe Haven Health Care, Inc.** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 10, 2018** _____

**/s/ Scott Burpee** _____

**Scott Burpee**/**President**
Signer/Title

AACO A-1 HEALTH CARE SERV
PO BOX 75111
SEATTLE, WA 98125


AAMCO MEDICAL LLC
9847 S 500 W STE 200
SANDY, UT 84070-2576


ABILITY NETWORK
PO BOX 856015
MINNEAPOLIS, MN 55485


ADA COUNTY PARAMEDICS
370 N BENJAMIN LN
BOSIE, ID 83704


ADA COUNTY TREASURER
PO BOX 2868
BOISE, ID 83701


ADRIAN AVILA
368 E PATAGONIA DR
MERIDIAN, ID 83646-3863


ADVANTAGE BUSINESS COMMS
891 PINEWOOD ST
POCATELLO, ID 83202


AFLAC
CORPORATE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS, GA 31999


AIR EXCHANGE TECHNOLOGIES
PO BOX 2862
POCATELLO, ID 83206

AIRGAS USA LLC
PO Box 676015
DALLAS, TX 75267-6015


ALBERTO MATIAS RAYMANDO
120B 5TH AVE W
WENDELL, ID 83355-5020


ALLAN BURPEE
2330 CLINTON ST B
POCATELLO, ID 83204-3658


ALLIANCE LAUNDRY SYSTEMS
PO BOX 990
RIPON, WI 54971


ALLIED PORTABLE X-RAY
2043 E CENTER ST
POCATELLO, ID 83201


ALLYHEALTH
1535 CHESTNUT STREET
PHILADELPHIA, PA 19102


ALMA CARRILLO
PO BOX 691
BELLEVUE, ID 83313


ALMA HINTZ GUZMAN
PO BOX 5845
HAILEY, ID 83333-5845


ALMA SANDOVAL
PO BOX 527
WENDELL, ID 83355-0527

ALYSSA POWELL
4647 N BRIGHT ANGEL PL
MERIDIAN, ID 83646-3704


AMERICA TELLEZ
PO BOX 695
HAILEY, ID 83333-0695


AMERICAN HEALTHTECH INC
PO BOX 745025
ATLANTA, GA 30374-5025


AMY MARCUM
325 WYOMING STREET
GOODING, ID 83330-1350


AMYSUE FLEENOR
1313 ELMWOOD CIR
TWIN FALLS, ID 83301-4842


ANA MIRELES GAMINO
2314 W LEMHI STREET
BOISE, ID 83705-3519


ANALYTICAL LABORATORIES, INC
1804 N 33RD ST
BOSIE, ID 83703


ANDREA JIMENEZ
PO BOX 2263
HAILEY, ID 83333-2630


ANDREA MCCORD
2100 W KING ROAD
KUNA, ID 83634-1751

ANDREA PIKES
12574 W MUIR RIDGE DR
BOISE, ID 83709-8548


ANGELA FONES
PO BOX 812
BELLEVUE, ID 83313-0812


ANGELA HARMON
1724 S EAGLESON ROAD
BOISE, ID 83705-2713


ANGELA PASQUALE
1387 SPURLOCK COURT
TWIN FALLS, ID 83301-2003


ANITA PARKER
2470 WESTMINSTER LANE
BOISE, ID 83704-5852


ANITA WOODBRIDGE
120 5TH AVE E
WENDELL, ID 83355-5124


ANYTIME LOCK   KEY INC
6216 FAIRVIEW AVE
BOISE, ID 83704


ARACELI PEREZ
1015 N FIR ST TRLR 79
JEROME, ID 83338-1743


ASHLEY CLAYTON
347 S MILNER STREET
HAZELTON, ID 83335-5536

ASHLEY SANTOS
2322 E 3300 S
JEROME, ID 83338-4006


AUBREY WEAVER
317 22ND AVE WEST
GOODING, ID 83330


AUTOMATED OFFICE SYSTEMS
708 N ORCHARD ST
BOISE, ID 83706


B   B HEALTH CARE PROPERTIES
2891 SHELLY PLACE
POCATELLO, ID 83201


B   G PLUMBING AND HEATING
625 WEST CENTER
POCATELLO, ID 83204


B AND S LAWN CARE
432 LARIAT LANE
POCATELLO, ID 83202


BAKER DONELSON BEARMAN
1401 H STREET NW
SUITE 500
WASHINGTON, DC 20005-2140


BANK OF IDAHO
151 NORTH RIDGE, SUITE 240
IDAHO FALLS, ID 83402


BANK OF IDAHO
PO BOX 1487
IDAHO FALLS, ID 83403-1487

BANK OF IDAHO CASH FLOW
1800 CHANNING WAY
IDAHO FALLS, ID 83403


BANNOCK COUNTY TREASURER
PO BOX 4626
POCATELLO, ID 83205-4626


BASILIA JOHNSON
1023 S 9TH STREET
RUPERT, ID 83350-9121


BEDSIDE X-RAY SERVICE INC.
5510 ROUND UP STREET
BOISE, ID 83709


BENJAMIN COOK
1948 E MEADOW CREEK DR
MERIDIAN, ID 83646-5682


BENJAMIN WALTON
201 E PENNSYLVANIA ST
BOISE, ID 83706-4423


BEST WESTERN SAWTOOTH INN
2653 SOUTH LINCOLN AVENUE
JEROME, ID 83338


BILL PETERSON
1150 N 9TH E
MOUNTAIN HOME, ID 83647-2042


BINGHAM MEMORIAL HOSPITAL
98 POPLAR STREET
BLACKFOOT, ID 83221

```
BLAINE COUNTY
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333


BLAINE COUNTY TREASURER
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333


BRADY INDUSTRIES
7055 LINDELL ROAD
LAS VEGAS, NV 89118


BRANDON IVEY
478 3RD AVE W
WENDELL, ID 83355-5013


BRIGGS HEALTHCARE
PO BOX 1355
DES MOINES, IA 50306-1355


BRITTANY YAGLA
PO BOX 4383
KETCHUM, ID 83340-4383


BUSINESS MERCHANT FUNDING
680 CENTRAL AVE
BALTIMORE, MD 21201


CABLE ONE
PO BOX 78000
PHOENIX, AZ 85062-8200


CALLIE RAMIREZ
1104 N B ST
PARMA, ID 83660-5573
```

CANYON CARPET CARE, INC.
3250 RIDGE PLACE
TWIN FALLS, ID 83301


CAPITAL WATER CORPORATION
2626 ELDORADO
BOISE, ID 83704


CARMEN RICE
328 4TH AVE W
JEROME, ID 83338-1821


CASH CAPITAL GROUP, LLC
1013 CENTRE RD 403S
WILMINGTON, DE 19805


CCF LEASING CO
198 LOCUST ST S
TWIN FALLS
TWIN FALLS, ID 83301


CHALLIS MESSENGER
PO BOX 1800
IDAHO FALLS, ID 83401


CHARLES LLOYD JR
2450 LONGBOW DR
TWIN FALLS, ID 83301-8914


CHRISTINE PRICE
1925 E WILSON LANE APT A
MERIDIAN, ID 83642-2199


CHRISTOPHER CONNEL
159 10TH AVE N
TWIN FALLS, ID 83303-6357

CITIZEN'S COMMUNITY BANK
2000 FLANDRO DR
POCATELLO, ID 83201


CITY OF BELLEVUE
115 EAST PINE
BELLEVUE, ID 83313


CLEAR CREEK
PO BOX 130
KETCHUM, ID 83340


CLEARFLY COMMUNICATIONS
450 TOWNSEND ST FLR 1 RM 100
SAN FRANCISCO, CA 94107-1510


CLEARWATER LANDSCAPING
PO BOX 7690
KETCHUM, ID 83340


CLOVERDALE PLUMBING COMPANY
11627 W. FAIRVIEW
BOISE, ID 83713


COLBY VANCE
614 ETHAN COURT
JEROME, ID 83338


COLLEGE OF EASTERN IDAHO
1600 S 25TH E
IDAHO FALLS, ID 83404


COLLEGE OF SOUTHERN IDAHO
PO BOX 1238
TWIN FALLS, ID 83303

COLONIAL FUNDING NETWORK
120 WEST 45TH
NEW YORK, NY 10036


CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693


CONNIE RUNYAN
863 MADRONA ST N
TWIN FALLS, ID 83301-4234


CONTINUEX CORPORATION
17686 HALLMAN ROAD NW
POULSBO, WA 98370


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR.
SPRINGFIELD, IL 62703


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703


CORTNEY DAYTON
3664 DRUM ROAD
HOMEDALE, ID 83628-3602


COX BUSINESS SERVICES
PO BOX 2742
OMAHA, NE 68103-2742


CRAIG EASTOP
PO BOX 2451
HAILEY, ID 83333-2451

CRAIG LEVITAN
PO BOX 2710
HAILEY, ID 83333


CRANE ALARM SERVICE
PO BOX 865
NAMPA, ID 83653


CT CORPORATION SYSTEM
330 N BRAND BLVD SUITE 700
GLENDALE, CA 91203


CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071


CULLIGAN OF SOUTHWEST IDAHO
110 W 31ST STREET
GARDEN CITY, ID 83714


CUSTER TELEPHONE COOPERATIVE
PO BOX 324
CHALLIS, ID 83226


CYNTHIA BROOME
441 GARDNER AVE
TWIN FALLS, ID 83301-7716


CYNTHIA HAAS
14192 W CHADFORD DR
BOISE, ID 83713-1236


DALES
685 EAST ANDERSON
IDAHO FALLS, ID 83401

DANIEL ALDAMA
511 SUNRISE BLVD N
TWIN FALLS, ID 83301-4350


DARWIN ROYECA
617 4TH AVE E
GOODING, ID 83330-1402


DAVE'S ACTION HEATING AIR
3712 GARRITY BLVD
NAMPA, ID 83687


DAVID FENTON
2211 E WARM SPRINGS AVE
BOISE, ID 83712-8430


DAVIS EMBROIDERY INC
PO BOX 6040
KETCHUM, ID 83340


DEBORAH MASSIE
PO BOX 1933
KETCHUM, ID 83340-1933


DEBRA MONTELONGO
9919 W RUSTICA STREET
BOISE, ID 83709-5301


DELTA DENTAL OF IDAHO
PO BOX 271372
SALT LAKE CITY, UT 84127


DILLON BROWER
3706 BUTTERCUP ROAD
HAILEY, ID 83333-5260

DIONICA CORDOVA
1913 PARK AVE
BURLEY, ID 83318-2101


DIRECT SUPPLY
PO BOX 88201
MILWAUKEE, WI 53288-0201


DONNA ALFS THERAPY SERVICES
PO BOX 850
KETCHUM, ID 83340


DORAN DERWENT PLLC
5960 TAHOE DR SE STE 101
GRAND RAPIDS, MI 49546


DUSTIN MILESTONE
MILESTONE LAW FIRM
1469 W. QUINN ROAD
POCATELLO, ID 83202


EAN BARRY
6854 W IRVING LANE
BOISE, ID 83704-8611


EASTERN IDAHO DEVELOPMENT
1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201


ELIZABETH GONZALEZ
1235 E 1220 N
RICHFIELD, ID 83349-5117


EMILEE BOATMAN
311 1/2 GLENDALE ROAD
BELLEVUE, ID 83313-5055

EMPIRE FUNDING
1022 AVENUE M
BROOKLYN, NY 11230


ENALYN ROYECA
617 4TH AVE E
GOODING, ID 83330-1402


ERIKA RENTERIA
1815 W ROOSEVELT AVE
NAMPA, ID 83686-8109


ESTELA CAMPOS
PO BOX 872
SHOSHONE, ID 83352-0872


EVANS PLUMBING INC
222 GULF STREAM LANE
HAILEY, ID 83333


EVERETT BAXTER
101 N FRANKLIN STREET
FIRTH, ID 83236-1162


EVOLUTION CAPITAL
120 W 45TH ST 2ND FLOOR
NEW YORK, NY 10036


EXECUTIVE LAWN CARE
12655 W TREVOIT STREET
BOISE, ID 83709


EXPRESS PLUMBING SERVICES
PO BOX 3354
NAMPA, ID 83653

EXPRESS PUBLISHING
PO BOX 1013
KETCHUM, ID 83340


FARMERS BROS COFFEE
PO BOX 732855
DALLAS, TX 75373-2855


FASTSIGNS
8239 FRANKLIN ROAD
BOISE, ID 83709-0624


FAVIOLA VALDEZ
743 MILLER AVE
BURLEY, ID 83318-1222


FED EX
7900 LEGACY DRIVE
PLANO, TX 75024


FIRE SERVICES OF IDAHO
610 MALLARD
POCATELLO, ID 83201


FIREPLACE OUTFITTERS
515 N RIVER STREET
HAILEY, ID 83333


FIRST HEALTHCARE PRODUCTS
6125 LENDELL DRIVE
SANBORN, NY 14132


FRANCESCA PEREZ
PO BOX 2196
HAILEY, ID 83333-2196

FUNDROCK, LLC
1080 McDonald Avenue
BROOKLYN, NY 11218


GARY GROSE
PO BOX 4172
HAILEY, ID 83333-4172


GENEVIVE OLIVAS
PO BOX 1125
HAILEY, ID 83333-1125


GERALDINE JACKSON
1311 LAUREN LANE
FILER, ID 83328-4900


GIETZEN ELECTRIC, INC.
PO BOX 467
BUHL, ID 83316


GLOREEN FREDERICKS
2840 W CHERRY LANE APT 206
BOISE, ID 83705-7322


GLORIA GONZALEZ JUAREZ
470 1ST AVE E
WENDELL, ID 83355-5103


GRACIELA GARCIA
PO BOX 3662
HAILEY, ID 83333-3662


GRETCHEN GAYLE
714 W VILLAGE LANE
BOISE, ID 83702-6246

GROVE MENUS
16404 NE 127TH STREET
KEARNEY, MO 64060


HANDS OF HOPE HOME HEALTH
1379 EAST 17TH STREET
IDAHO FALLS, ID 83404


HANNAH HARRIS KOLLIE
5147 W MORRIS HILL APT 128
BOISE, ID 83706-1638


HANSEN HUNTER AND COMPANY
8930 SW GEMINI DRIVE
BEAVERTON, OR 97008


HAWLEY TROXELL ENNIS HAWLEY
877 MAIN STREET SUITE 1000
BOISE, ID 83701-1617


HAYLEY MILLER
269 TETON STREET
TWIN FALLS, ID 83301-4930


HEALTH CARE LOGISTICS
PO BOX 400
CIRCLEVILLE, OH 43113


HEALTH EQUITY
15 W SCENIC POINTE DR
DRAPER, UT 84020


HEPWORTH TRANSCRIPTION
1816 GOVERNMENT ROAD
POCATELLO, ID 83204

```
HERENDI GUARDARRAMA
747 S BLISS ST TRLR 27
WENDELL, ID 83355-5282


HIGH DESERT REFRIGERATION
1407 FERN STREET
NAMPA, ID 83686


HOLLAND AND HART
800 W MAIN STREET #1750
BOISE, ID 83702


ID DEPT OF HEALTH AND WELFAR
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036


IDAHO ASSOCIATES, LLC
303 W. MADISON STREET
SUITE 2400
CHICAGO, IL 60606


IDAHO DOCTORS HOSPITAL
350 N MERIDIAN
BLACKFOOT, ID 83221


IDAHO POWER
1221 W IDAHO STREET
BOISE, ID 83702


IDAHO SUNSHINE MEDIA
PO BOX 2711
HAILEY, ID 83333


ILIAD MEDIA GROUP
21361 HIGHWAY 30
TWIN FALLS, ID 83301
```

IMAGEWORX
51 RUNWAY ROAD
LEVITTOWN, PA 19057


INDEED
PO BOX 660367
DALLAS, TX 75266-0367


INDEPENDENCE REHAB
5314 RIVER RUN DR SUITE 140
PROVO, UT 84604


INJURY CARE EMS
4850 N ROSEPOINT WAY STE 100
BOISE, ID 83713


INTERMOUNTAIN GAS CO
PO BOX 64
BOISE, ID 83732


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19107-3460


IPFS CORPORATION
201 W NORTH RIVER DR #301
SPOKANE, WA 99201


J DAWN WILSON
9553 RIVERSIDE ROAD
CALDWELL, ID 83607


JAMIE SANDOVAL
530 5TH AVE W
WENDELL, ID 83355-5024

JAMIE WILLIAMS
1371 SW 8TH AVE
ONTARIO, OR 97914


JANA CLEAVER
708 9TH AVE E
JEROME, ID 83338-2111


JANET HUDELSON
1771 BORAH AVE E
TWIN FALLS, ID 83301-4909


JANN FOLK
431 JACKSON STREET
KIMBERLY, ID 83341-1742


JASMINE MARQUEZ
PO BOX 227
BELLEVUE, ID 83313-0227


JENNIFER GARCIA
1727 HANSEN AVE
BURLEY, ID 83318-2531


JESSICA HARRIS
832 NEBRASKA STREET
GOODING, ID 83330-1635


JOANNE TRAMMEL
2481 E 3400 N
TWIN FALLS, ID 83301-0227


JOE MORAN
PO BOX 113
BELLEVUE, ID 83313-0113

JOHN WINGATE
5723 S FRUITHILL AVE
BOISE, ID 83709-5166


JONAH RONO
3225 S MILAN PLACE
MERIDIAN, ID 83642-8164


JONES SEW AND VAC
655 1ST STREET
IDAHO FALLS, ID 83401


JOSEFINA VEGA
243 S 400 W
JEROME, ID 83338-6032


JOSEPH VOSS
2319 W STATE STREET
BOISE, ID 83702-3162


JUANA GOMEZ
1429 E 3025 S
WENDELL, ID 83355-5290


JULIETA GOMEZ
574 4TH AVE W
WENDELL, ID 83355-5019


JUNKO SMITH
14585 S DELACROIX DR
DRAPER, UT 84020-2519


KARA KINAS
325 WYOMING STREET
GOODING, ID 83330-1350

KARALEE THOMPSON
210 TEENA STREET
GARDEN CITY, ID 83714-4864


KATELYN BETTINGER
4608 N BUCKBOARD AVE
BOISE, ID 83713-9567


KATELYN DENISON
712 W 5TH STREET
SHOSHONE, ID 83352-5414


KAYLE CHILD
2680 ROCK CREEK ROAD
HANSEN, ID 83334-5256


KEITH E. DAVIS, M.D.
PO BOX 563
SHOSHONE, ID 83352


KELLEY MCCUSKER
717 N POND STREET
BOISE, ID 83706-2026


KELSEY BARKER
PO BOX 321
BELLEVUE, ID 83313-0321


KERI MCPARTLAN
11430 W CELESTIAL DRIVE
STAR, ID 83669-5658


KIMBERLY HUNT
PO BOX 738
JEROME, ID 83338-5483

KRISANA BAHR
1924 NORTHERN SKY DR
TWIN FALLS, ID 83301-3918


KUBOTA CREDIT CORPORATION
4400 AMON CARTER BLVD.
STE. 100
FORT WORTH, TX 76155


KYLA KINAS
325 WYOMING STREET
GOODING, ID 83330-1350


LABORATORY CORPORATION
PO BOX 12140
BURLINGTON, NC 27216-2140


LANGUAGE LINE SERVICES
PO BOX 202564
NAMPA, ID 83686


LAREY ADAMS
630 N 100 E
JEROME, ID 83338-5114


LARSON-MILLER INC
3414 E GREENHURST
NAMPA, ID 83686


LATISHA BOWMAN
806 E 1ST STREET
EMMETT, ID 83617-3106


LAURA BENAVIDEZ
211 LEMHI LOOP
BUHL, ID 83316-5564

```
LAURIE ADAMSON
PO BOX 310
CAREY, ID 83320-0310


LAURIE KOUTSKY
PO BOX 1979
HAILEY, ID 83333-1979


LES SCHWAB
505 N 5TH AVE
POCATELLO, ID 83201


LESLIE MOORE
PO BOX 3025
HAILEY, ID 83333-3025


LETICIA JIMENEZ
1522 E 3100 S
WENDELL, ID 83355-3253


LIBERTY SPRAYING LLC
150 JEROME STREET
WENDELL, ID 83355


LIZA DOYOG
1220 F STREET
RUPERT, ID 83350-1245


LUIS FONSECA
9239 W ZUNI DR
BOISE, ID 83704-2952


LUIS RUIZ
PO BOX 150
HEYBURN, ID 83336-0150
```

MAGIC VALLEY ELECTRIC
395 RAILWAY STREET
JEROME, ID 83338


MANAGEMENT NORTHWEST
916 WYNDEMERE DRIVE
BOISE, ID 83702


MANUEL LOPEZ
1180 LOCUST ST N
TWIN FALLS, ID 83301


MARCO CORTEZ
3320 FLOWING WELLS DR
HAILEY, ID 83333-8642


MARIA ALCARAZ
509 W 9TH STREET
BURLEY, ID 83318-1104


MARIA JUAREZ
PO BOX 2158
HAILEY, ID 83333-2158


MARIA MENDOZA CORDOVA
17 S 600 W TRLR 17
BURLEY, ID 83318-5056


MARIA PALOMERA
1429 E 3025 S
WENDELL, ID 83355-5290


MARIELA ARTEAGA
924 9TH STREET
RUPERT, ID 83350-1310

MARY HENDERSON
9220 W CASCADE STREET
BOISE, ID 83704-9756


MARYLEN SIERRA
PO BOX 2993
KETCHUM, ID 83340


MASSMUTUAL FINANCIAL GROUP
PO BOX 1583
HARTFORD, CT 06144-1583


MAURITA HAYWORTH
PO BOX 3511
IDAHO FALLS, ID 83403-3511


MAYRA TREJO
702 16TH STREET
RUPERT, ID 83350-1222


MCKESSON MEDICAL-SURGICAL
8121 10TH AVENUE N
MINNEAPOLIS, MN 55427


MED-PASS, INC.
ONE REYNOLDS WAY
DAYTON, OH 45430


MEDLINE INDUSTRIES INC.
3 LAKES DRIVE
NORTHFIELD, IL 60093-2753


MEDSOURCE INCORPORATED
10520 SOUTH 700 EAST
SUITE 210
SANDY, UT 84070

MEDWAY MEDICAL INC.
1837 S 4130 W #B
SALT LAKE CITY, UT 84104


MELANIE HELTON
83 TOPONCE DR
POCATELLO, ID 83204-4718


MELISSA GAGE
647 FAWN BROOK COURT APT 133
TWIN FALLS, ID 83301


MERIDIAN FAMILY MEDICINE
1110 CALL CREEK DRIVE STE 7
POCATELLO, ID 83201


Met Life
400 Horizonal Way, Ste. 100
Irving, TX 75063


MIA STENNES
6137 S TETON PEAK WAY
BOISE, ID 83716-7026


MICHAEL HOEFER
14192 W CHADFORD DR
BOISE, ID 83713-1263


MICHAELA MAUL
106 NEBRASKA ST
GOODING, ID 83330-1152


MICHELLE FISK
426 W 200 N
PAUL, ID 83347-8752

MINERT AND ASSOCIATES
623 E SCHILLER LANE
MERIDIAN, ID 83642


MIRIAM GARCIA
PO BOX 2199
HAILEY, ID 83333-2199


MISTI NEWSON
11153 W HICKORY DALE DR
BOISE, ID 83713-1027


MISTY STRAIT
251 MARIPOSA CIR
SHOSHONE, ID 83352-6000


MOFFATT THOMAS
877 W MAIN STREET STE 1000
BOISE, ID 83702


MONICA AVERETT
5528 W HILL ROAD
BOISE, ID 83703-2948


MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC 28272-1070


MOWER OFFICE SYSTEMS
227 5TH AVE EAST
TWIN FALLS, ID 83301


NANCY ALVARADO
1759 E 2900 S
WENDELL, ID 83355-3028

NANCY LUEVANOS
934 YALE AVE
BURLEY, ID 83318-1140


NATIONAL ENTERTAINMENT TECH
PO BOX 648
MARSHFIELD, MO 65706


NATIONAL STAFFING SOLUTIONS
PO BOX 637924
CINCINNATI, OH 45263-7924


NEW TECH SECURITY
PO BOX 551
JEROME, ID 83338


NICKOLE MULLEN
9684 E MAUGHAN ROAD
LAVA HOT SPRINGS, ID 83246-1526


NOELIA PASILLAS
2130 LAURELWOOD DR
HAILEY, ID 83333-7601


NORCO INC.
PO BOX 413124
SALT LAKE CITY, UT 84141-3124


NORIDIAN HEALTHCARE SOLUTION
PO Box 6722
FARGO, ND 58108-6722


OMEGA HEALTHCARE INVESTORS
200 INTERNATIONAL CIRCLE
SUITE 300
HUNT VALLEY, MD 21030-1331

```
OMEGA MENTAL HEALTH
5985 W STATE STREET
BOISE, ID 83703


OMNICARE MEDICAL SUPPLIES
4153 PIONEER DR
WALLED LAKE, MI 48390


OPTIMA HEALTHCARE SOLUTIONS
PO BOX 531734
ATLANTA, GA 30353-1734


OPTIMAL INTEGRATED HEALTH
1751 DELMAR STREET
POCATELLO, ID 83201


ORKIN IDAHO SAWYER INC
107 W 43RD STREET
GARDEN CITY, ID 83714


PARKER PUBLIC AFFAIRS
599 W BANNOCK ST
BOISE, ID 83702


PATRICIA STIMSON
548 W IDAHO AVE
MERIDIAN, ID 83642-2542


PLUSLUX, LLC
461 DOUGHTY BLVD
INWOOD, NY 11096


POCATELLO IDAHO PROPERTY
303 WEST MADISON STREET
SUITE 2400
CHICAGO, IL 60606
```

POINTCLICKCARE TECHNOLOGIES
PO BOX 674802
DETROIT, MI 48267-4802


PORTNEUF MEDICAL CENTER
777 HOSPITAL WAY
POCATELLO, ID 83201-5175


PRN Funding, LLC
c/o Singerman Mills
3333 Richmond Road, Ste 370
Cleveland, OH 44122


PRO CARE INC.
104 E FAIRVIEW AVE
MERIDIAN, ID 83642


PROGRESSIVE COMMERCIAL
6300 WILSON MILLS ROAD
MAYFIELD VILLAGE, OH 44143


PSI ENVIROMENTAL SYSTEMS
PO BOX 60248
LOS ANGELES, CA 90060-0248


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


PV BUSINESS SOLUTIONS
3600 SOUTH STATE ROAD 7
MIRAMAR, FL 33023


RATUS PLLC
2365 E GALA ST STE #2
MERIDIAN, ID 83642

REBECCA TAYLOR
6110 INDIAN TREE LANE
POCATELLO, ID 83204


RELIANT BEHAVIORAL HEALTH
1220 SW MORRISON ST STE 600
PORTLAND, OR 97205


REVECA VILLAGOMEZ
720 W 7TH STREET
SHOSHONE, ID 83352-5167


RICK ROUTT
2749 PAINTBRUSH DR
TWIN FALLS, ID 83301-7571


ROBIN LANDRETH
1430 E SHELLBROOK DRIVE
MERIDIAN, ID 83642-4059


ROBYN SISSON
832 NEBRASKA STREET
GOODING, ID 83330-1635


RODRIGO MOLINA
PO BOX 3622
KETCHUM, ID 83340-3622


ROVELYN VENNER
19592 QUEENS CROWN ROAD
CAREY, ID 83320


RUSSO WINDOW WASHING, INC.
355 E AVE D
WENDELL, ID 83355

RUTH ADAMSON
808 DAYBREAK DR
POCATELLO, ID 83201-5170


RUTH CRISSMAN
87 CLEAR CREEK DR
BOISE, ID 83716


SAFETY FIRST
1708 TARGHEE DR
TWIN FALLS, ID 83301


SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST STE 101
BOISE, ID 83704


SANDRA PHILLIPS
8534 W GALACTIC COURT
BOISE, ID 83709-7882


SARA MAYS
330 OCHSNER AVE
GOODING, ID 83330-1162


SARAH BODILY
16630 N LIVERPOOL LANE
NAMPA, ID 83687-9441


SARMC TV LABS
PO BOX 31001
PASADENA, CA 91110-0001


SCOTT BURPEE
609 N 7TH STREET
BELLEVUE, ID 83313-5100

SCOTT BURPEE
609 NORTH 7TH STREET
BELLEVUE, ID 83313


SCOTT BURPEE
609 North 7th St
BELLEVUE, ID 83313


SCOTT BURPEE
609 N. 7th Street
BELLEVUE, ID 83313


SCOTT F. BURPEE
609 N. 7th Street
BELLEVUE, ID 83313


SEAN PERKINS
6727 W DENTON LANE
BOISE, ID 83704-9275


SECURITAS SECURITY SERVICES
7207 W FRANKLIN ROAD
BOISE, ID 83709


SELECTHEALTH
PO BOX 27368
SALT LAKE CITY, UT 84127-0368


SELINA AYALA
478 3RD AVE W
WENDELL, ID 83355-5013


SEN TECHNOLOGIES
PO BOX 190526
BOISE, ID 83719

SENIOR CARE CONSULTING
14960 W SIPHON RD
POCATELLO, ID 83202


SHAREE CARLSON
3007 S 1900 E
WENDELL, ID 83355-3324


SHAWN SAMSON
1806 N BUCKLER WAY
KUNA, ID 83634-3376


SHELLIE WOODWORTH
730 S 4TH AVE
POCATELLO, ID 83201-6503


SHELLY MOTZNER
340 1ST AVE E
WENDELL, ID 83355-5102


SHILO AUTOMATIC SPRINKLERS
1224 11TH AVENUE NORTH
NAMPA, ID 83687


SHRED-IT USA BOISE
23166 NETWORK PLACE
CHICAGO, IL 60673-1252


SHYAN COLLINS
3274 E 3225 N
TWIN FALLS, ID 83301-0551


SIRINITI TECHSOURCE INC
1156 EAST CENTER
POCATELLO, ID 83201

SLATER AND ASSOCIATES INS
PO BOX 1469
TUALATIN, OR 97062


SOLEDAD VARGAS
600 N HIGHWAY 75
SHOSHONE, ID 83352-5403


ST LUKES
PO BOX 1012
BOISE, ID 83701-1012


ST MARIES GAZETTE RECORD
610 MAIN AVENUE
SAINT MARIES, ID 83861


STACEY HOMER
4089 E FLORENCE DR APT 102
MERIDIAN, ID 83642-6311


STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS, TX 75266-0409


STATE OF IDAHO MEDICAID
PO BOX 83720
BOISE, ID 83720-0009


STATEFIRE
240 WEST 3680 SOUTH
SALT LAKE CITY, UT 84115


STEALHEAD LANDSCAPE INC
424 VALLEY VIEW CIRCLE
JEROME, ID 83338

STEPHANIE WALTERS
5503 W CREEK EDGE DR
GARDEN CITY, ID 83714-1340


STEPHEN VORHIES
416 E 49TH ST APT C 105
GARDEN CITY, ID 83714-1420


STEVE AYERS
863 MADRONA ST N
TWIN FALLS, ID 83301-4234


STEVE WILSTEAD
5750N BROOKLET PL
BOISE, ID 83713-1352


STRATEGIES 360 INC
1505 WESTLAKE AVENUE N
SUITE 1000
SEATTLE, WA 98109


SWEETS SEPTIC TANK BACKHOE
403 S RAIL STREET WEST
SHOSHONE, ID 83352


TAMARA SALEEN
421 CHESTNUT LOOP
BELLEVUE, ID 83313-6067


TECHNOLOGY SOLUTIONS
7905 W USTICK ROAD STE A
BOISE, ID 83704


TERESA LAZARO
901 ZION STREET
BURLEY, ID 83318-4916

TERRISA GILBERT
2607 HILLCREST WAY
NAMPA, ID 83686-6371


THE APPLIANCE SERVICES CO
PO BOX 3849
HAILEY, ID 83333


THE CHALLIS MESSENGER
310 MAIN
CHALLIS, ID 83226


THE SENIOR CONNECTION
PO BOX 28
HAILEY, ID 83333


THE SILVER CREEK HOTEL
721 NORTH MAIN STREET
BELLEVUE, ID 83313


THOMPSONS
1707 BROADWAY AVE
BOISE, ID 83706


TIA CAMERON
1010 WILLOW LANE
POCATELLO, ID 83201


TIMES -NEWS
132 Fairfield St W
TWIN FALLS, ID 83301


TOREUP
288 LOCUST STREET SOUTH
TWIN FALLS, ID 83303

TRANSAMERICA LIFE INSURANCE
4333 Edgewood Road NE
CEDAR RAPIDS, IA 52499


TREASURE VALLEY COFFEE
11875 W PRESIDENT DR
BOISE, ID 83713


TREASURE VALLEY LABORATORY
PO BOX 2693
SPOKANE, WA 99220-2693


TRINIDAD BRIDGE
PO BOX 245
KUNA, ID 83634-0245


TRIXI SANCHEZ
PO BOX 186
HAMMETT, ID 83627-0186


TYLER ROWBURY
1104 N B ST
PARMA, ID 83660-5573


U.S. SMALL BUSINESS ADMIN
1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201


UNITED HERITAGE LIFE INSUR
PO BOX 7777
MERIDIAN, ID 83680-7777


URSULA HULBERT
PO BOX 5835
HAILEY, ID 83333-5835

VALLEY CO-OPS INC
1833 S LINCOLN AVE
JEROME, ID 83338-6138


VALLEY OFFICE LEASING
PO BOX 41602
PHILADELPHIA, PA 19101-1602


VALLEY OFFICE SYSTEMS
320 JEFFERSON AVE
POCATELLO, ID 83201-3946


VELIA GAUMER
259 1ST AVE E
WENDELL, ID 83355-5129


VICTORIA LINDERMAN
2016 RIVERCREST DR APT 207
TWIN FALLS, ID 83301-3091


VIKING AUTOMATIC SPRINKLER
3245 NW FRONT AVE
PORTLAND, OR 97210


VISION TECHNOLOGY LLC
977 W 100 N
BLACKFOOT, ID 83221


WENDY RUSSELL
726 E SEGUNDO STREET
MERIDIAN, ID 83646-5675


WESLEY NITCHALS
7341 S GLENRIDGE VIEW DR
BOISE, ID 83709-6833

WEST BOISE SEWER DISTRICT
7608 USTICK ROAD
BOISE, ID 83704


WESTERN MONITORING COMPANY
PO BOX 865
NAMPA, ID 83653


WILLIAM CRIDER
559 TERRACE DR
BURLEY, ID 83318-5421


WILLIAM VERA
205 WILSON AVE
POCATELLO, ID 83201-5152


WINDY CITY ARTS
1911 ELECTRA LAN
HAILEY, ID 83333


WIPFLI LLP
PO BOX 3160
MILWAUKEE, WI 53201-3160


YELLOWSTONE CAPITAL
30 BROAD STREET 14TH FLOOR
SUITE 1462
NEW YORK, NY 10004


YESCO OUTDOOR MEDIA
PO BOX 3811
SEATTLE, WA 98124-3811


YOST BUSINESS SYSTEMS
685 E ANDERSON ST
IDAHO FALLS, ID 83401

```
ZIONS BANK
1235 S. UTAH AVE
IDAHO FALLS, ID 83402


ZIONS FIRST NATIONAL BANK
253 SOUTH MAIN STREET
POCATELLO, ID 83204
```

# United States Bankruptcy Court
## District of Idaho

In re   **Safe Haven Health Care, Inc.**
_____
Debtor(s)

Case No. _____
Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Safe Haven Health Care, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 10, 2018**
_____
Date

**/s/ Matthew T. Christensen**
_____
**Matthew T. Christensen 7213**
Signature of Attorney or Litigant
Counsel for   **Safe Haven Health Care, Inc.**
**ANGSTMAN JOHNSON**
**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**