Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com
         chad@angstman.com

Attorneys for Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 18-01044-JDP |
| SAFE HAVEN HEALTH CARE, INC,, | Chapter 11 |
| Debtor. | |

### EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

The Debtor in the above-entitled matter, Safe Haven Health Care Inc. ("Safe Haven"), by and through its counsel of record, ANGSTMAN JOHNSON, pursuant to 11 USC §363, moves the Court for an order authorizing the Debtor in Possession to use cash collateral. This motion is made and based upon the following facts:

1. The Debtor filed a petition under Chapter 11 of the United States Bankruptcy Code on the 10th day of August, 2018, and continues in possession of its property and the operation of its business as debtor in possession.

2. To the best of Debtor's knowledge, information and belief, creditors which may claim to have liens against the Debtor's cash collateral are listed below in **TABLE 1.** (the "Listed

Creditors"). The amounts owed to these entities, for which they may have a lien in the Debtor's cash collateral as of the petition date, are as follows:

TABLE 1

| CREDITORS | APPX. AMOUNT OWED |
|---|---|
| Alliance Laundry Systems | $2,033.55 |
| Bank of Idaho | $134,875.57 |
| Business Merchant Funding | Unknown |
| Cash Capital Group, LLC | $137,750.00 |
| CCF Leasing Co | $5,077.69 |
| Corporation Service Company | Unknown |
| Eastern Idaho Development | $51,000.00 |
| Empire Funding | $62,250.00 |
| Fundrock, LLC | $90,000.00 |
| Idaho Associates, LLC | Unknown |
| Kubota Credit Corporation | Unknown |
| Pluslux, LLC | Unknown |
| Pocatello Idaho Property, LLC | Unknown |
| Rebecca Taylor | Unknown |
| U.S. Small Business Administration | $2,933,811.00 |
| Yellowstone Capital | $108,750.00 |
| Zions First National Bank | $300,000.00 |

**EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL** – PAGE 2
Matter: 12741-001

3. These creditors likely claim an interest in the cash collateral to be used, or the property used to generate cash collateral. Nevertheless, the Debtor wishes to use that cash collateral to continue operating its business while this Chapter 11 case is pending.

4. In the course of the Debtor's operation, the Debtor projects that it will continue to collect income of approximately $682,707 per month from its healthcare operations for the time period of this Motion which is the cash collateral the Debtor seeks authorization to use.

5. In accordance with the requirements of 11 USC §363(c)(4), such proceeds will be segregated into a separate bank account. However, Debtor is a Heath Care Business with income received from numerous federal agencies and programs, including the U.S. Department of Veterans Affairs, and Department of Health and Human Services Centers for Medicare and Medicaid Services ("Federal Entities"). These entities have special and exhaustive depository authorization requirements to change depository accounts into which to make payments. Getting these authorizations could not be accomplished by the time the Debtor's petition is to be filed to ensure all future payments were deposited in the new segregated Debtor in Possession account. As a result, the Debtor's existing bank account will likely continue to receive payments processed by the Federal Entities post-petition until such time as those deposits can be redirected to the established DIP accounts. Upon receipt of such payments from the Federal Entities, Debtor intends to immediate transfer the funds to the Debtor in Possession account.

6. The Debtor does not have sufficient income to continue its operations without the use of cash collateral, and seeks authorization to use cash collateral on an interim basis and on a continuing basis during 2018 and 2019 to pay operating expenses.

7. By this motion, the Debtor requests authorization to use cash collateral on an emergency basis, pending a final hearing on this motion, to pay the expenses from August 10th,

**EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL** – PAGE 3
Matter: 12741-001

2018, through the date of the final hearing on this Motion, including payroll, independent contractor expenses due and owing immediately. The Debtor wishes to use cash collateral on an emergency interim basis for the expenses outlined on **Exhibit B** attached hereto. Attached hereto as **Exhibit A** is a projected income and expense statement for the full time period covered by this Motion.

8. In addition to the use of cash collateral on an emergency basis pending a final hearing on this motion, the Debtor also seeks authorization to continue the use of cash collateral from and after the date of the final hearing through July 2019 in accordance with the attached budget.

9. The amount of cash collateral sought to be used on an interim basis for the remainder of August and part of September 2018 (pending a final hearing on this Motion), is approximately $605,828 per month (average) from the sale of services, as indicated on **Exhibit B**, and continuing thereafter in accordance with the projected operating expenses budget as reflected on **Exhibit A** through the date of the final hearing.

10. If the Debtor is not permitted to use cash collateral to pay operating expenses, the Debtor will be unable to continue its business operation (including paying payroll expenses) and will likely be unable to fund any plan to be proposed hereafter.

11. The Debtor's projected income for August 2018 through July 2019, is included in the line-item budget that is attached hereto as **Exhibit A**.

12. To the extent they claim a pre-petition lien in the Debtor's cash collateral, the Debtor is willing to give the Listed Creditors adequate protection as follows:

    a. By granting said creditors a post-petition lien, to the same extent that they had a lien pre-petition, against the Debtor's post-petition cash collateral.

**EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL** – PAGE 4
Matter: 12741-001

    b. In addition, based on the estimated market value its other collateral, Alliance Laundry Systems, Eastern Idaho Development appears to have an equity cushion to protect its debt.

13. As best as it can be determined by the Debtor, based upon current market conditions and values, the estimated fair market value for all of the collateral which may secure the above-named creditors is in excess of $1,214,818.09 (not including real property which may also secure some of the creditors listed above; this amounts includes all collateral for these creditors, not just post-petition receivables). Some of the collateral securing these parties is accounts receivable. Attached hereto as **Exhibit C** is the Debtor's most current accounts receivable list.

14. If the Court determines the adequate protection proposed by the Debtor is not sufficient, then the Debtor requests that a determination be made as to any additional amount to be paid as adequate protection.

15. A proposed interim Cash Collateral order is attached hereto as **Exhibit D**. The proposed final cash collateral order will be in the same form, with the longer budget attached as approved, rather than the interim budget.

/

/

/

/

/

/

/

**EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL** – PAGE 5
Matter: 12741-001

WHEREFORE, the Debtor in Possession prays that an order be issued granting the debtor in possession the right to use cash collateral on an emergency and continuing basis, namely proceeds from the sale of its services , to pay the ongoing expenses set forth in the budget that is attached hereto and made a part hereof, and that the Debtor be entitled to do so until further order of this Court.

DATED this 10th day of August, 2018.

      /s/  Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2018, I filed the foregoing EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

See attached mailing list

                /s/ Matt Christensen
                Matthew T. Christensen

**EMERGENCY AND CONTINUING MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL** – PAGE 7
Matter: 12741-001

AARCO A-1 HEALTH CARE SERVICE
PO BOX 75111
SEATTLE, WA 9812

AAMCO MEDICAL, LLC
9847 S 500 W STE 200
SANDY, UT 84070-2576

BLAINE COUNTY
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333

COLONIAL FUNDING NETWORK
120 WEST 45TH
NEW YORK, NY 10036

EVOLUTION CAPITAL
120 W 45TH ST 2ND FLOOR
NEW YORK, NY  10036

HANSEN HUNTER AND CO.
8930 SW GEMINI DRIVE
BEAVERTON, OR 97008

HOLLLAND AND HART
800 W MAIN STREET #1750
BOISE, ID 83702

IDAHO DEPT OF HEALTH AND WELFARE
REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036

INDEPENDENCE REHAB
5314 RIVER RUN DR, STE. 140
PROVO, UT 84604

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19107-3460

MCKESSON MEDICAL-SURGICAL
8121 10TH AVENUE N
MINNEAPOLIS, MN 55427

MEDSOURCE INCORPORATED
10520 SOUTH 700 EAST
SUITE 210
SANDY, UT 84070

NORIDIAN HEALTHCARE SOLUTION
PO BOX 6722
FARGO, ND 58108-6722

OMEGA HEALTHCARE INVESTORS
200 INTERNATIONAL CIRCLE
SUITE 300
HUNT VALLEY, MD 21030-1331

OMEGA MENTAL HEALTH
5985 W STATE STREET
BOISE, IDAHO 83703

PARKER PUBLIC AFFAIRS
599 W BANNOCK STREET
BOISE, IDAHO 83702

SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST, STE. 101
BOISE, ID 83704

STATE OF IDAHO MEDICAID
PO BOX 83720
BOISE, ID 83720-0009

STRATEGIES 360 INC
1505 WESTLAKE AVENUE NORTH
SUITE 1000
SEATTLE, WA 98109

ALLIANCE LAUNDRY SYSTEMS
PO BOX 990
RIPON, WI 54971

BANK OF IDAHO
151 NORTH RIDGE, SUITE 240
IDAHO FALLS, ID 83402

BUSINESS MERCHANT FUNDING
680 CENTRAL AVE
BALTIMORE, MD 21201

CASH CAPITAL GROUP, LLC
1013 CENTRE RD, 403S
WILMINGTON, DE 19805

CCF LEASING CO
198 LOCUST ST S
TWIN FALLS, ID 83301

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

EASTERN IDAHO DEVELOPMENT
1651 ALVIN RICKEN DRIVE
POCATELL, ID 83201

EMPIRE FUNDING
1022 AVENUE M
BROOKLYN, NY 11230

FUNDROCK, LLC
1080 MCDONALD AVE
BROOKLYN, NY 11218

IDAHO ASSOCIATES, LLC
303 W MADISON STREET
SUITE 2400
CHICAGO, IL 60606

KUBOTA CREDIT CORPORATION
4400 AMON CARTER BLVD, STE 100
FORT WORTH, TX 76155

| | | |
|---|---|---|
| PLUSLUX, LLC<br>461 DOUGHTY BLVD<br>INWOOD, NY 11096 | POCATELLO IDAHO PROPERTY, LLC<br>303 WEST MADISON STREET<br>SUITE 2400<br>CHICAGO, IL 60606 | REBECCA TAYLOR<br>6110 INDIAN TREE LANE<br>POCATELL, ID 83204 |
| US SMALL BUSINESS ADMINISTRATION<br>1651 ALVIN RICKEN DRIVE<br>POCATELLO, ID 83201 | YELLOWSTONE CAPITAL<br>30 BROAD STREET 14TH FLOOR<br>SUITE 1462<br>NEW YORK, NY 10004 | ZIONS FIRST NATIONAL BANK<br>253 SOUTH MAIN STREET<br>POCATELLO, ID 83204 |
| ZIONS BANK<br>1235 S UTAH AVE<br>IDAHO FALLS, ID 83402 | | |

# EXHIBIT A

| | August | September | October | November | December | January | February | March | April | May | June | July | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash from operations | $ 671,920 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 8,181,695 |
| UPL | $ - | $ 450,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 450,000 |
| Total | $ 671,920 | $ 1,132,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 682,707 | $ 8,631,695 |
| | | | | | | | | | | | | | $ - |
| **Cash from operations** | | | | | | | | | | | | | $ - |
| State Assessment | $ - | $ 150,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 150,000 |
| Payroll | $ 388,700 | $ 388,700 | $ 398,900 | $ 388,700 | $ 388,700 | $ 392,600 | $ 376,000 | $ 376,000 | $ 392,600 | $ 376,000 | $ 376,000 | $ 392,600 | $ 4,635,500 |
| Benefits | $ 34,400 | $ 34,400 | $ 34,400 | $ 34,400 | $ 34,400 | $ 34,400 | $ 34,400 | $ 34,400 | $ 37,840 | $ 37,840 | $ 37,840 | $ 37,840 | $ 426,560 |
| Employee Reimbursements | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 8,609 | $ 103,304 |
| Payroll Services | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000 |
| Out sourced accounting & payro | $ - | $ - | $ - | $ - | $ - | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 98,000 |
| Insurances | $ 31,968 | $ 39,141 | $ 31,968 | $ 31,968 | $ 31,968 | $ 35,164 | $ 35,164 | $ 35,164 | $ 35,164 | $ 35,164 | $ 35,164 | $ 35,164 | $ 413,162 |
| Mortgages | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 54,977 | $ 659,729 |
| Rent | $ 19,185 | $ 18,285 | $ 18,285 | $ 18,285 | $ 18,285 | $ 18,285 | $ 18,285 | $ 18,285 | $ 20,113.50 | $ 20,114 | $ 20,114 | $ 20,114 | $ 227,634 |
| Leased Equipment | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 9,951 | $ 119,418 |
| Utilities | $ 13,700 | $ 13,700 | $ 13,700 | $ 15,000 | $ 16,000 | $ 16,000 | $ 15,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 173,100 |
| Telephone/Internet/Cable | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 75,600 |
| IRS note payment | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| Dietary | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 21,760 | $ 261,120 |
| Doctors | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 26,800 | $ 321,600 |
| Pharmacy | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 6,900 | $ 82,800 |
| Medical Supplies | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 8,362 | $ 100,340 |
| IT/Software | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 6,494 | $ 77,922 |
| Other Supplies | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 7,700 | $ 92,400 |
| Lodging | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 12,000 |
| Plant, Ops | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 120,000 |
| Legal Fees | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| Other Misc. | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| US Trustee | | | $ 6,500 | | | $ 9,750 | | | $ 9,750 | | | $ 9,750 | $ 35,750 |
| Accountant for Reporting | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 24,000 |
| **Total Cash expenses** | $ 678,805 | $ 835,079 | $ 694,605 | $ 679,205 | $ 680,205 | $ 706,052 | $ 678,702 | $ 677,702 | $ 709,321 | $ 682,971 | $ 682,971 | $ 709,321 | $ 8,414,939 |
| Net Cash Flow | $ (6,885) | $ 297,628 | $ (11,899) | $ 3,501 | $ 2,501 | $ (23,345) | $ 4,005 | $ 5,005 | $ (26,614) | $ (264) | $ (264) | $ (26,614) | $ 216,756 |

# EXHIBIT B

**EMERGENCY INTERIM BUDGET**

|  | August | September |
|---|---|---|
| Cash from operations | $ 671,920 | $ 682,707 |
| UPL | $  - | $ 450,000 |
| Total | $ 671,920 | $ 1,132,707 |
|  |  |  |
| **Cash from operations** |  |  |
| Payroll | $ 388,700 | $ 220,263 |
| Benefits | $ 34,400 | $ 19,493 |
| Employee Reimbursements | $ 8,609 | $ 4,878 |
| Payroll Services | $ 5,000 | $ 2,833 |
| Insurances | $ 31,968 | $ 22,180 |
| Rent | $ 19,185 | $ 10,362 |
| Leased Equipment | $ 9,951 | $ 5,639 |
| Utilities | $ 13,700 | $ 7,763 |
| Telephone/Internet/Cable | $ 6,300 | $ 3,570 |
| Dietary | $ 21,760 | $ 12,331 |
| Doctors | $ 26,800 | $ 15,187 |
| Pharmacy | $ 6,900 | $ 3,910 |
| Medical Supplies | $ 8,362 | $ 4,738 |
| IT/Software | $ 6,494 | $ 3,680 |
| Other Supplies | $ 7,700 | $ 4,363 |
| Plant, Ops | $ 10,000 | $ 5,667 |
| **Total Cash expenses** | **$ 605,828** | **$ 346,857** |

Note: Sept column assumes a final cash collateral hearing on 9/17/18.

# EXHIBIT C

Date: Jul 24, 2018
Time: 13:23:51 MT
User: Angela Pasquale

**Safe Haven Health Care Llc - Pocatello, Id**
**Corporate A/R Aging by Service Date**
**June 2018 - including cash to July 2018**

Page #1

Status: Both    Buckets: PCC Default    Payer Types: All

| Facility | Payer | Total Future Cash + 06/18 | Current 06/18 | 30 05/18 | 60 04/18 | 90 03/18 | 120 02/18 | 150 01/18 | 180 12/17 | 210 + 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bell Mountain Village & Care Center | INS | ($100.00) | $0.00 | $0.00 | $0.00 | ($100.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | IXA | $14,237.50 | $2,847.50 | $2,680.00 | $1,005.00 | $7,705.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCA | $24,614.08 | $19,866.71 | $2,711.07 | $1,983.38 | $0.00 | $52.92 | ($6,618.40) | $0.00 | $6,618.40 |
| | MCB | $2,280.08 | $0.00 | $310.58 | $51.76 | $667.65 | $417.77 | $832.32 | $0.00 | $0.00 |
| | MCD-ID | $71,113.07 | $64,741.56 | $4,889.88 | $1,702.48 | $0.00 | $0.00 | ($526.44) | $0.00 | $305.59 |
| | MCP | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCR | $992.04 | $0.00 | $0.00 | $1,424.76 | $0.00 | $0.00 | ($175.13) | $0.00 | ($257.59) |
| | MR | $257.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $257.59 |
| | MXA | $4,920.85 | $0.00 | $0.00 | $0.00 | $3,852.50 | $1,068.35 | $0.00 | $0.00 | $0.00 |
| | PL | ($3,019.80) | ($18.00) | $1,186.30 | ($297.09) | $4.89 | $0.00 | $0.00 | ($3,874.02) | ($1,776.00) |
| | PP | ($6,536.39) | $0.00 | ($846.50) | ($1,044.00) | ($1,392.00) | $0.00 | $0.00 | ($3,588.89) | $0.00 |
| | PXA | ($346.53) | $0.00 | $335.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($5,244.72) | $4,898.19 |
| | **TOTAL** | **$108,512.49** | **($18.00)** | **$88,363.39** | **$12,112.83** | **$4,826.29** | **$10,838.04** | **$1,539.04** | **($6,487.65)** | **($12,707.63)** | **$10,046.18** |
| Bell Mountain Village - ALF | MCD-ID AL | $532.04 | $0.00 | $624.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($92.17) | $0.00 |
| | PP | ($21,774.77) | $0.00 | $2,630.00 | ($12,669.66) | ($877.40) | ($1,764.35) | ($256.36) | ($6,384.30) | ($2,452.70) |
| | **TOTAL** | **($21,242.73)** | **$0.00** | **$3,254.21** | **($12,669.66)** | **($877.40)** | **($1,764.35)** | **($256.36)** | **($6,476.47)** | **($2,452.70)** |
| Bellevue House Assisted Living | MCD-HRT | $1,292.08 | $0.00 | $0.00 | $1,292.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCD-ID AL | $9,821.79 | $10,630.62 | $144.15 | $20.40 | ($864.58) | $288.60 | ($278.18) | ($119.22) | $0.00 |
| | PL | $1,708.05 | $1,305.53 | $100.63 | $100.63 | $100.63 | $100.63 | $0.00 | $0.00 | $0.00 |
| | PP | ($834.54) | $635.15 | $0.00 | $13.00 | $0.00 | $0.00 | $0.00 | ($1,482.69) | $0.00 |
| | **TOTAL** | **$11,987.38** | **$12,571.30** | **$1,536.86** | **$134.03** | **($763.95)** | **$389.23** | **($278.18)** | **($1,601.91)** | **$0.00** |
| Magic Valley Manor | MCD-HRT | $2,361.06 | $0.00 | $2,907.18 | $156.30 | $26.05 | $5.21 | $0.00 | ($733.68) | $0.00 |
| | MCD-ID AL | $38,301.17 | $28,781.64 | $8,352.04 | $142.23 | $70.94 | ($592.48) | ($1,290.04) | $2,197.12 | $639.72 |
| | MCD-PCS | $187.24 | $0.00 | $0.00 | $0.00 | ($73.80) | $351.69 | ($90.65) | $0.00 | $0.00 |
| | PL | ($159.85) | $165.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | ($15,543.56) | $1,962.00 | ($324.85) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | ($335.75) | ($2,973.97) | ($1,908.29) | ($2,576.39) | $2,371.23 | ($582.50) | ($11,499.89) | $0.00 |
| | **TOTAL** | **$25,146.06** | **$30,908.64** | **$7,960.40** | **($1,609.76)** | **($2,553.20)** | **$2,135.65** | **($1,963.19)** | **($10,036.45)** | **$639.72** |

Date: Jul 24, 2018
Time: 13:23:53 MT
User: Angela Pasquale

Safe Haven Health Care Llc - Pocatello, Id
Corporate A/R Aging by Service Date
June 2018 - including cash to July 2018

Page # 2

| Facility | Payer | Total + 06/18 | Future Cash | Current 06/18 | 30 05/18 | 60 04/18 | 90 03/18 | 120 02/18 | 150 01/18 | 180 12/17 | 210 + 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Safe Haven Hospital of Treasure Valley | | | | | | | | | | | |
| | CO | $92,774.95 | $0.00 | $10,824.00 | $20,971.50 | $8,794.50 | $15,344.32 | $4,585.37 | $4,210.90 | $10,527.91 | $17,516.45 |
| | DHW | $55,700.00 | $0.00 | $38,700.00 | $16,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $800.00 | $0.00 |
| | INS | $86,435.26 | $0.00 | $20,300.00 | $27,872.91 | $16,800.00 | ($1,078.20) | $0.00 | $4,200.00 | $16,940.55 | $1,400.00 |
| | MCA-H | $50,849.26 | $0.00 | $44,100.00 | $5,239.98 | $1,509.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCD-H | $18,447.99 | $0.00 | $7,446.55 | $4,805.03 | $4,830.21 | $689.70 | $676.50 | $0.00 | $0.00 | $0.00 |
| | MCM | $2,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $780.00 | $0.00 | $1,600.00 | $0.00 | $0.00 |
| | MCP | $870.00 | $0.00 | $0.00 | $0.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| | MR-H | $9,000.00 | $0.00 | $5,250.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MXA | $2,618.50 | ($61.50) | $0.00 | $1,340.00 | $0.00 | $1,340.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | $254,517.09 | $0.00 | $1,033.00 | $9,236.96 | $9,895.91 | $14,184.79 | $7,492.12 | $25,330.00 | $170,135.32 | $17,208.99 |
| | PXA | $21,562.00 | $0.00 | $0.00 | $2,680.00 | $2,680.00 | $0.00 | $2,920.00 | $4,020.00 | $7,946.00 | $1,316.00 |
| | SHC | $6,650.00 | $0.00 | $2,850.00 | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | VA | $52,464.48 | $0.00 | $3,500.00 | $4,200.00 | $11,200.00 | $9,100.00 | $0.00 | $9,100.00 | $15,189.12 | $175.36 |
| | TOTAL | $654,269.53 | ($61.50) | $134,003.55 | $100,096.38 | $56,159.90 | $40,360.61 | $15,673.99 | $48,460.90 | $221,538.90 | $38,036.80 |

Date: Jul 24, 2018
Time: 13:23:53 MT
User: Angela Pasquale

**Safe Haven Health Care Llc - Pocatello, Id**
**Corporate A/R Aging by Service Date**
**June 2018 - including cash to July 2018**

Page # 3

| Payer | | TotalFuture Cash + 06/18 | Current 06/18 | 30 05/18 | 60 04/18 | 90 03/18 | 120 02/18 | 150 01/18 | 180 12/17 | 210 + 11/17 |
|---|---|---|---|---|---|---|---|---|---|---|
| County | CO | $92,774.95 | $0.00 | $10,824.00 | $20,971.50 | $8,794.50 | $15,344.32 | $4,585.37 | $4,210.90 | $10,527.91 | $17,516.45 |
| Dept of Health & Welfare | DHW | $55,700.00 | $0.00 | $38,700.00 | $16,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $800.00 | $0.00 |
| Insurance | INS | $86,335.26 | $0.00 | $20,300.00 | $27,872.91 | $16,800.00 | ($1,178.20) | $0.00 | $4,200.00 | $16,940.55 | $1,400.00 |
| Insurance Co-Insurance A | IXA | $14,237.50 | $0.00 | $2,847.50 | $2,680.00 | $1,005.00 | $7,705.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medicare A | MCA | $24,614.08 | $0.00 | $19,866.71 | $2,711.07 | $1,983.38 | $0.00 | $52.92 | ($6,618.40) | $0.00 | $6,618.40 |
| Medicare A Hospital | MCA-H | $50,849.26 | $0.00 | $44,100.00 | $5,239.98 | $1,509.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medicare B | MCB | $2,280.08 | $0.00 | $0.00 | $310.58 | $51.76 | $667.65 | $417.77 | $832.32 | $0.00 | $0.00 |
| Medicaid Hosp | MCD-H | $18,447.99 | $0.00 | $7,446.55 | $4,805.03 | $4,830.21 | $689.70 | $676.50 | $0.00 | $0.00 | $0.00 |
| Hart Medicaid AL | MCD-HRT | $3,653.14 | $0.00 | $0.00 | $4,199.26 | $156.30 | $26.05 | $5.21 | $0.00 | ($733.68) | $0.00 |
| Medicaid | MCD-ID | $71,113.07 | $0.00 | $64,741.56 | $4,889.88 | $1,702.48 | $0.00 | $0.00 | ($526.44) | $0.00 | $305.59 |
| Medicaid AL | MCD-ID AL | $48,655.00 | $0.00 | $40,036.47 | $8,496.19 | $162.63 | ($793.64) | ($303.88) | ($1,568.22) | $0.00 | $639.72 |
| Medicaid PCS | MCD-PCS | $187.24 | $0.00 | $0.00 | $0.00 | $0.00 | ($73.80) | $351.69 | ($90.65) | $1,985.73 | $0.00 |
| Managed Care Coinsurance from MedicaidMCM | | $2,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $780.00 | $0.00 | $1,600.00 | $0.00 | $0.00 |
| Managed Care Coinsurance from Private | MCP | $970.00 | $0.00 | $0.00 | $450.00 | $100.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| Managed Care with Rugs | MCR | $992.04 | $0.00 | $0.00 | $0.00 | $1,424.76 | $0.00 | $0.00 | ($175.13) | $0.00 | ($257.59) |
| Medicare Replacement | MR | $257.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $257.59 |
| Medicare Replacement Hospital | MR-H | $9,000.00 | $0.00 | $5,250.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medicaid Co-Insurance A | MXA | $7,539.35 | ($61.50) | $0.00 | $1,340.00 | $0.00 | $5,192.50 | $1,068.35 | $0.00 | $0.00 | $0.00 |
| Patient Liability | PL | ($1,471.60) | ($18.00) | $3,224.65 | $962.08 | ($196.46) | $105.52 | $100.63 | $0.00 | ($3,874.02) | ($1,776.00) |
| Private Pay | PP | $209,827.83 | ($335.75) | $5,413.65 | $6,071.67 | $6,956.62 | $9,339.00 | $8,099.00 | $24,491.14 | $147,179.55 | $14,756.29 |
| Private Co-Insurance A | PXA | $21,215.47 | $0.00 | $0.00 | $2,680.00 | $2,680.00 | $0.00 | $2,920.00 | $4,020.00 | $2,701.28 | $6,214.19 |
| Select Health Commercial | SHC | $6,650.00 | $0.00 | $2,850.00 | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Veterans Administration | VA | $52,464.48 | $0.00 | $3,500.00 | $4,200.00 | $11,200.00 | $9,100.00 | $0.00 | $9,100.00 | $15,189.12 | $175.36 |
| **TOTAL** | | **$778,672.73** | **($415.25)** | **$269,101.09** | **$109,036.81** | **$59,510.46** | **$47,004.10** | **$17,973.56** | **$39,475.52** | **$190,716.44** | **$46,270.00** |

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 18-01104-JDP |
| SAFE HAVEN HEALTH CARE, INC., ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| _____ ) | |

## **(PROPOSED) ORDER GRANTING EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

THIS MATTER came before the court for a preliminary hearing on the Debtor's *Emergency and Continuing Motion for Authorization to Use Cash Collateral* (Docket No. ___) on the ___ day of August, 2018, after notice being given to the twenty largest unsecured creditors and other parties in interest. Appearing at the hearing on behalf of the Debtor was Matthew T. Christensen of Angstman Johnson.

The Court, having reviewed and considered the Debtor's motion, being fully advised of the merits of said motion, and good cause appearing therefore, hereby enters its Order as follows:

IT IS HEREBY ORDERED that effective August 10, 2018, the Debtor is authorized the interim use of cash collateral.

IT IS FURTHER ORDERED that said cash collateral shall be used to pay only the expenses outlined on the attached Exhibit B.

IT IS FURTHER ORDERED that the secured parties identified in the Motion shall maintain their adequate protection liens on all post-petition collateral to the same extent as existed pre-petition to the extent of cash collateral actually used by the Debtor.

IT IS FURTHER ORDERED that the Debtor operate in compliance with the U.S. Trustee's Guidelines.

IT IS FURTHER ORDERED that proceeds shall be segregated into a separate bank account in accordance with the requirements of 11 U.S.C. §363(c)(4).

IT IS FURTHER ORDERED that Debtor's Motion for Use of Cash Collateral shall be and the same is hereby scheduled for a final hearing on the ___ day of _____, 2018, at _____ a.m./p.m. in Boise, Idaho.

//end of text//


Order submitted by:  Matthew T. Christensen, attorney for the Debtor