R. Fred Cooper
Attorney at Law
Idaho State Bar No. 3418
770 South Woodruff Avenue
Idaho Falls, ID 83401
Telephone: (208) 524-2001
Facsimile:  (208) 524-2051

Attorney for Hands of Hope Home Health and Hospice.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In the Matter of | ) | |
|---|---|---|
| | ) | Case No. 18-01044-JDP |
| SAFE HAVEN HEALTH CARE, INC., | ) | |
| | ) | Ch. 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

REQUEST FOR NOTICE

TO:  THE CLERK OF THE COURT; SAFE HAVEN HEALTH CARE, INC., DEBTOR; AND THE OFFICE OF THE U. S. TRUSTEE.

COMES NOW R. Fred Cooper, and hereby gives notice of the entry of his appearance as attorney of record for and on behalf of Hands of Hope Home Health and Hospice, a party in interest, in the above-captioned Chapter 11 proceeding, and hereby requests that copies of any and all further pleadings, orders, documents, hearings and notices, as such may arise or affect said proceedings, be served upon said attorney at the following address:

R. Fred Cooper
770 S. Woodruff
Idaho Falls, ID 83401

DATED this ___5___ day of September, 2018.

R. Fred Cooper
Attorney for Hands of Hope Home Health and Hospice

REQUEST FOR NOTICE - 1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of September, 2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the foregoing document upon the following person(s) by mailing with the necessary postage affixed thereto.

Safe Haven Health Care, Inc.
8050 West Northview
Boise, ID 83704

Matthew Todd Christensen
Angstman Johnson, PLLC
3649 N. Lakeharbor Lane
Boise, ID 83703

Chad Moody
Angstman Johnson
3649 N. Lakeharbor Ln.
Boise, ID 83703

Robert J. Maynes
Maynes Taggart PLLC
PO Box 3005
Idaho Falls, ID 83405

William M. Humphries
Washington Group Plaza IV
800 East Park Boulevard, Ste 600
Boise, ID 83712-7788

Richard M. Madsen
David H. Leigh
RAY QUINNEY & NEBEKER P.C.
36 South State St., 14th Floor
PO Box 45385
Salt Lake City, UT 84145-0385

John F. Kurtz, Jr.
Brent R. Wilson
HAWLEY TROXELL ENNIS
 & HAWLEY LLP
PO Box 1617
Boise, ID 83701

Randall A. Peterman
Alexander P. McLaughlin
GIVENS PURSLEY LLP
601 W. Bannock St.
Boise, ID 83702

_____
Cachea Young

REQUEST FOR NOTICE - 2