# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>Safe Haven Health Care, Inc.,<br>fdba Carefix Management and Consulting, Inc.,<br>dba Safe Haven Hospital of Pocatello,<br>dba Safe Haven Hospital of Treasure Valley,<br>dba Safe Haven Living Center of Pocatello,<br>dba Safe Haven of Kuna,<br>dba Safe Haven of Monticello, Mount Vernon,<br>dba Safe Haven Care Center of Pocatello,<br>dba Bell Mountain Village and Care Center,<br>dba Magic Valley Manor, and<br>dba Safe Haven Homes of Bellevue,<br><br>Debtor. | Case No. 18-01044-JDP<br>Chapter 11 |

## ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT A PATIENT CARE OMBUDSMAN

The voluntary petition in this case was filed on August 10, 2018. It indicates the debtor is a health care business as defined by 11 U.S.C. § 101(27A). 11 U.S.C. § 333(a)(1) requires that, not later than 30 days after the commencement of a chapter 7, 9, or 11 case in which the debtor is a health care business, the Court order the United States Trustee to appoint a patient care ombudsman unless the court finds that the appointment is not necessary for the protection of patients under the specific facts of this case. No such finding has been made in this case. Good cause appearing:

1

IT IS HEREBY ORDERED pursuant to 11 U.S.C. § 333(a)(1) and (2) that the United States

Trustee shall appoint a disinterested person (other than the United States Trustee) to serve

as a patient care ombudsman in this case.

/// End of Text ///

Dated:  September 12, 2018

Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by David W. Newman

2

Assistant U.S. Trustee