HOPKINS RODEN CROCKETT
 HANSEN & HOOPES, PLLC
Gregory L. Crockett, ISBN 1640
428 Park Avenue
Idaho Falls, Idaho 83402
Telephone: 208-523-4445
Facsimile: 208-523-4474
Email: gregcrockett@hopkinsroden.com

Attorneys for Bank of Idaho

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>SAFE HAVEN HEALTH CARE, INC.,<br><br>Debtor. | Case No. 18-01044-JDP<br><br>Chapter 11 |

**MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE AUTOMATIC STAY AND NOTICE**
**(11 U.S.C. § 362)**

COMES NOW, Bank of Idaho (hereinafter "BOI"), a secured creditor, by and through its attorney, Gregory L. Crockett, of the law firm of Hopkins Roden Crockett Hansen & Hoopes, PLLC, Idaho Falls, Idaho, and pursuant to Local Bankruptcy Rule 4001.2, moves this court for relief from the automatic stay of Bankruptcy Code, § 362 (11 U.S.C. § 362), as to property described herein, or in

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 1

the alternative, for adequate protection and in support thereof represents as follows:

1. The above named debtor, SAFE HAVEN HEALTH CARE, INC., filed a Petition under Chapter 11 of the Bankruptcy Code on August 10, 2018.

2. BOI is a banking institution with its principal place of business in Idaho Falls, Idaho.

3. BOI is a party in interest herein and is a secured creditor of the debtor.

4. BOI likewise holds a security interest against the Master Lease Agreement and Nonrecourse Promissory Note of Bancleasing, LLC dated May 4, 2015; wherein the debtor is the Lessee of furniture, fixtures and equipment particularly described in Acceptance Certificates 1-21, 23-25.

5. BOI seeks relief from the stay as to acts against real and personal property owned by debtor described herein as follows:

> Real estate at 2520 S. 5th Avenue, Pocatello, Idaho 83204
>
> Furniture, fixtures and equipment pursuant to a Lease

6. BOI has a first priority security interest in the above-described property ("collateral") which includes all accessions, replacements, products and proceeds thereof.

7. The amount of the debt owed to BOI by the debtor and secured by real estate is the sum of $134,804.83, plus interest from and after

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 2

August 28, 2018. Interest accrues at the rate of $21.6811 per day. The debt is fully secured.

8. The total cumulative value of such property is equal or more than the debt owed to BOI and BOI is fully secured if the subject executory lease is accepted by the Debtor

9. The subject collateral is likely necessary to an effective reorganization.

10. BOI lacks adequate protection and requests adequate protection payments.

11. In accordance with BOI's security interest in said property, BOI is entitled to enforce its rights and remedies under state law to satisfy its indebtedness and the subject Master Lease Agreement.

12. BOI is entitled to immediate relief from the Automatic Stay Order as to all actions under state law to enforce its rights and remedies as against the property set forth and described in herein, or in the alternative, to adequate protection and lease payments in an amount to be determined; but not less the interest on its debt plus lease payments of $7,737.62 per month.

13. BOI is entitled to recover its costs and reasonable attorneys fees incurred and to be incurred herein in accordance with the agreements between the parties, BOI's promissory notes and applicable Idaho law.

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 3

WHEREFORE, BOI prays for the judgment, order and decree of this court, as follows:

1. That the automatic stay order of 11 U.S.C. § 362 be modified and vacated as it relates to the real and personal property collateral described hereinabove;

2. That BOI be granted a waiver of the ten (10) day waiting period provided under Bankruptcy Rule 4001(a)(3).

3. That BOI be awarded its costs and reasonable attorney fees incurred in these proceedings; and

4. That BOI be awarded such other and further relief as the court may deem just and equitable in the premises.

DATED this 17th day of September, 2018.

HOPKINS RODEN CROCKETT
HANSEN & HOOPES, PLLC

By_____
Gregory L. Crockett
Attorneys for Bank of Idaho

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 4

## NOTICE OF PENDING MOTION FOR STAY RELIEF

NOTICE IS HEREBY GIVEN that the stay of actions will terminate by operation of law thirty three (33) days after date of service by mail of this Motion pursuant to 11 U.S.C. § 362 (e) and Rule 9006, of the Bankruptcy Rules. In such case the stay can only be extended if the court, after notice and hearing, which you have to request, is held before the expiration of said thirty three (33) days and the stay is ordered extended by the court. You are further notified in the event no hearing is held within the thirty three (33) days after service by mail of this Motion, that the moving party herein may request, without further notice, an order from the court declaring that the stay against actions against the above described property has been terminated.

NOTICE IS FURTHER HEREBY GIVEN that any party in interest opposing the motion must file and serve an objection thereto not later than seventeen (17) days after the date of service of the motion. The objection shall specifically identify those matters contained in the motion that are at issue and any other basis for opposition to the motion. Absent the filing of a timely objection, the court may grant the relief sought without a hearing. The objection must be served on the moving party and upon all parties receiving service of the motion in accordance with LBR 4001.2(d)(3). A party opposing a motion shall contact the court's calendar clerk to schedule a preliminary hearing. The objection to a motion shall include the notice of such hearing.

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 5

DATED this 17th day of September, 2018.

                          HOPKINS RODEN CROCKETT
                          HANSEN & HOOPES, PLLC

                          By_____
                          Gregory L. Crockett
                          Attorneys for Bank of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, as noted below.

                          _____
                          Gregory L. Crockett

| | |
|---|---|
| Matthew T. Christensen, Esq.<br>Angstman Johnson, PLLC<br>3649 N. Lakeharbor Lane<br>Boise, ID 83703<br>*Attorney for Safe Haven Health Care, Inc.*<br>Email: mtc@angstman.com | ☐ U.S. Mail<br>■ ECF Notice<br>☐ Hand Delivery<br>☐ Facsimile |
| Safe Haven Health Care, Inc.<br>8050 West Northview<br>Boise, ID 83704 | ■ U.S. Mail<br>☐ ECF Notice<br>☐ Hand Delivery<br>☐ Facsimile |
| R. Fred Cooper, Esq.<br>770 S. Woodruff Ave.<br>Idaho Falls, ID 83401<br>*Attorney for Hands of Hope Home Health & Hospice*<br>Email: rfclaw@ida.net | ☐ U.S. Mail<br>■ ECF Notice<br>☐ Hand Delivery<br>☐ Facsimile |

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 6

| | | |
|---|---|---|
| William M. Humphries, Esq.<br>U.S. Attorney's Office<br>District of Idaho<br>Washington Group IV<br>800 E. Park Blvd., Ste. 600<br>Boise, ID  83712<br>*Attorney for Internal Revenue Service & U.S. Small Business Administration*<br>Email: bill.humphries@usdoj.gov | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| John J. Janis, Esq.<br>POB 2582<br>Boise, ID  83701-2582<br>*Attorney for Betty Grant*<br>Email: johnanis@aol.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| John F. Kurtz, Jr., Esq.<br>Hawley Troxell Ennis & Hawley, LLP<br>POB 1617<br>Boise, ID  83701-1617<br>*Attorney for Omega Healthcare, Idaho Associates & Pocatello Idaho Property*<br>Email: jkurtz@hawleytroxel.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| Robert J. Maynes, Esq.<br>Maynes Taggart, PLLC<br>POB 3005<br>Idaho Falls, ID  83403-3005<br>*Attorney for Citizens Community Bank*<br>Email: mayneslaw@hotmail.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| David Henry Leigh, Esq.<br>Ray Quinney & Nebeker, P.C.<br>POB 45385<br>Salt Lake City, UT 84111<br>*Attorney for ZB, N.A.*<br>Email: dleigh@rqn.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| Chad Moody, Esq.<br>Angstman Johnson<br>3649 N. Lakeharbor Ln.<br>Boise, ID  83703<br>*Attorney for Safe Haven Health Care, Inc.*<br>Email: chad@angstman.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 7

| | | |
|---|---|---|
| David Wayne Newman<br>Office of the US Trustee US Dept<br>720 Park Blvd., Ste. 220'<br>Boise, ID 83712<br>*Attorney for US Trustee*<br>Email: ustp.region18.bs.ecf@usdoj.gov | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| Randall A. Peterman, Esq.<br>Givens Pursley, LLP<br>601 W. Bannock St.<br>POB 2720<br>Boise, ID 83702<br>*Attorney for ZB, N.A.*<br>Email: rap@givenspursley.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |
| Brent R. Wilson, Esq.<br>Hawley Troxell Ennis & Hawley, LLP<br>POB 1617<br>Boise, ID 83701-1617<br>*Attorney for Omega Healthcare, Idaho Associates & Pocatello Idaho Property*<br>Email: bwilson@hawleytroxell.com | ☐<br>■<br>☐<br>☐ | U.S. Mail<br>ECF Notice<br>Hand Delivery<br>Facsimile |

MOTION FOR ADEQUATE PROTECTION OR RELIEF FROM THE
AUTOMATIC STAY AND NOTICE - 8

**File a Motion:**

18-01044-JDP Safe Haven Health Care, Inc.
Type: bk          Chapter: 11 v           Office: 1 (Boise)
Assets: y         Judge: JDP              Case Flag: PlnDue, DsclsDue, NODISCH

**U.S. Bankruptcy Court**

**District of Idaho**

Notice of Electronic Filing

The following transaction was received from Gregory L Crockett entered on 9/17/2018 at 1:23 PM MDT and filed on 9/17/2018
**Case Name:** Safe Haven Health Care, Inc.
**Case Number:** 18-01044-JDP
**Document Number:** 58

**Docket Text:**
Motion for Adequate Protection *or Relief from the Automatic Stay and Notice* Filed by Creditor Bank of Idaho (Crockett, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Motion for Adequate Protection or Relief from the Automatic Stay and Notice (DOC019xBF91F).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1086198020 [Date=9/17/2018] [FileNumber=9567759-0
] [5874ea4d4f4822c1eb48f837afea2eea862c55d657c4afc1e0d95aeedc0cb6986cd
31b2ccd40182756f0b8c6bd0db5a9050ec1841df097c43edbf0edd4eabefc]]

**18-01044-JDP Notice will be electronically mailed to:**

Matthew Todd Christensen on behalf of Debtor Safe Haven Health Care, Inc.
mtc@angstman.com, mtcecf@gmail.com;govai@angstman.com;megan@angstman.com;ecf@angstman.com;atty_christensen@bluestylus.com

R Fred Cooper on behalf of Creditor Hands of Hope Home Health and Hospice
rfclaw@ida.net, rfredcooperlaw@gmail.com

Gregory L Crockett on behalf of Creditor Bank of Idaho
gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

William M Humphries on behalf of Creditor Internal Revenue Service
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

William M Humphries on behalf of Creditor U.S. Small Business Administration
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

John J Janis on behalf of Creditor Betty Grant
johnjanis@aol.com

John F Kurtz, Jr on behalf of Creditor Idaho Associates, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Omega Healthcare Investors, Inc.
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Pocatello Idaho Property, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

David Henry Leigh on behalf of Creditor ZB, N.A.
dleigh@rqn.com, dburton@rqn,com;docket@rqn.com

Robert J Maynes on behalf of Creditor Citizens Community Bank
mayneslaw@hotmail.com, rosie.mayneslaw@gmail.com;maynestaggartecf@gmail.com;maynestaggart@gmail.com

Chad Moody on behalf of Debtor Safe Haven Health Care, Inc.
chad@angstman.com, govai@angstman.com;megan@angstman.com;ecf@angstman.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Randall A Peterman on behalf of Creditor ZB, N.A.
rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com

Janine Patrice Reynard on behalf of Creditor Rebecca Taylor
jpr@magicvalleylaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Idaho Associates, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Omega Healthcare Investors, Inc.
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Pocatello Idaho Property, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

**18-01044-JDP Notice will not be electronically mailed to:**

Matthew Christensen
Angstman Johnson & Associates, PLLC
3649 N. Lakeharbor Lane
Boise, ID 83703