BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, WA STATE BAR NO. 44452
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
EMAIL: Bill.Humphries@usdoj.gov

Attorneys for the United States of America on behalf of the U.S. Small Business Administration

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

SAFE HAVEN HEALTH CARE, INC.,

Debtor.

Case No. 18-01044-JDP

Chapter 11

**STIPULATED MOTION TO EXTEND THE DEADLINE FOR SBA TO FILE A COMPLAINT CHALLENGING THE DISCHARGEABILITY OF A DEBT**

COMES NOW the United States of America, on behalf of the U.S. Small Business Administration ("SBA"), and Safe Haven Health Care, Inc. ("Debtor") stipulate to this motion wherein the parties ask the Court to extend the deadline for SBA to file a complaint to determine dischargeability under 11 U.S.C. § 523(c).[1]  A motion to extend the time to file such a complaint is allowed under Federal Rule of Bankruptcy Procedure 4007(c).  The parties request the

---

[1] SBA does not concede that it must file a complaint to assert the nondischargeability of a debt pursuant to 11 U.S.C. § 523(c) or that the deadline in Rule of Bankruptcy Procedure 4007(c) applies.  Rather, pursuant to 11 U.S.C. § 1141(d)(6)(A), SBA takes the position that the requirements of 11 U.S.C. § 523(c) and Federal Rule of Bankruptcy Procedure 4007(c) do not apply to it because Debtor is a corporation and the SBA is a governmental unit.  *See In re Hawker Beechcraft, Inc.*, 515 B.R. 416, 432 (S.D.N.Y. 2014).  Nonetheless, in an abundance of caution SBA files this motion.

STIPULATED MOTION TO EXTEND THE DEADLINE FOR SBA TO FILE A
COMPLAINT CHALLENGING THE DISCHARGEABILITY OF A DEBT - 1

deadline (but only if a deadline applies because 11 U.S.C. § 1141(d)(6)(A) seems not to incorporate a deadline) be extended to the first date set for a Chapter 11 plan confirmation hearing.

The original deadline to file a complaint to determine dischargeability under 11 U.S.C. § 523(c), pursuant to Federal Rule of Bankruptcy Procedure 4007(c), is November 16, 2018. November 16th is sixty days after the first date set for the meeting of creditors under § 341(a), which was set for September 17, 2018. Notice of Chapter 11 Case, ECF No. 14. Therefore, this motion is timely.

DATED this 16th day of November, 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By

        */s/ William M. Humphries*
        WILLIAM M. HUMPHRIES
        ASSISTANT UNITED STATES ATTORNEY

DATED this 16th day of November, 2018.

        ANGSTMAN JOHNSON
        By

        /s/ (email approval) _____
        CHAD R. MOODY, of the firm
        Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2018, the foregoing **STIPULATED MOTION TO EXTEND THE DEADLINE FOR SBA TO FILE A COMPLAINT CHALLENGING THE DISCHARGEABILITY OF A DEBT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Matthew T. Christensen
mtc@angstam.com
*Attorney for Debtor*

Chad Moody
chad@angstam.com
*Attorney for Debtor*

David W. Newman
ustp.region18.bs.ecf@usdoj.gov
*Office of the U.S. Trustee*

Brett Cahoon
brett.r.cahoon@usdoj.gov
*Office of the U.S. Trustee*

Robert J. Maynes
rmaynes@maynestaggart.com
*Attorney for Citizens Community Bank*

R. Fred Cooper
rfclaw@ida.net
*Attorney for Hands of Hope*

Gregory L. Crockett
gregcrockett@hopkinsroden.com
*Attorney for Bank of Idaho*

John J. Janis
johnjanis@aol.com
*Attorney for Betty Grant*

John F. Kurtz
jkurtz@hawleytroxell.com
*Attorney for Omega Healthcare Investors*

John F. Kurtz
jkurtz@hawleytroxell.com
*Attorney for Idaho Associates, LLC*

David H. Leigh
dleigh@rqn.com
*Attorney for ZB, N.A.*

Randall A. Peterman
rap@givenspursley.com
*Attorney for ZB. N.A.*

Janine P. Reynard
jpr@magicvalleylaw.com
*Attorney for Rebecca Taylor*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for Idaho Associates, LLC*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for Omega Healthcare Investors*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for Pocatello Idaho Property, LLC*

STIPULATED MOTION TO EXTEND THE DEADLINE FOR SBA TO FILE A
COMPLAINT CHALLENGING THE DISCHARGEABILITY OF A DEBT - 3

And, I hereby certify that the following listed non-registered CM/ECF participants were served by U.S. Mail, postage prepaid:

Safe Haven Health Care, Inc.
Attn: Scott Burpee, Pres.
8050 West Northview
Boise, ID 83704
*Debtor*

Eastern Idaho Development Corporation
Attn: Samantha Damron, RA and Director
1651 Alvin Ricken Drive
Pocatello, ID 83201

And, on the following Twenty Largest Unsecured Creditors, not already listed above, as set forth by the following:

| | |
|---|---|
| AACO A-1 Health Care Services<br>PO Box 75111<br>Seattle, WA 98125 | AAMCO Medical, LLC<br>9847 S 500 W Ste 200<br>Sandy, UT 84070 |
| Blaine County<br>219 First Avenue South<br>Suite 102<br>Hailey, ID 83333 | Colonial Funding Network<br>120 West 45th<br>New York, NY 10036 |
| Hansen Hunter and Co.<br>8930 SW Gemini Drive<br>Beaverton, OR 98008 | Holland and Hart<br>800 W Main Street #1750<br>Boise, ID 83702 |
| Idaho Dept. of Health & Welfare<br>Central Revenue Unit<br>PO Box 83720<br>Boise, ID 83720-0036 | Independence Rehab<br>5314 River Run Dr., Ste. 140<br>Provo, UT 84604 |
| Evolution Capital<br>120 W 45th St, 2nd Floor<br>New York, NY 10036 | McKesson Medical-Surgical<br>8121 10th Avenue N<br>Minneapolis, MN 55427 |
| MedSource Incorporated<br>10520 South 700 East<br>Suite 210<br>Sandy, UT 84070 | Noridian Healthcare Solution<br>PO Box 6722<br>Fargo, ND 58108-6722 |

STIPULATED MOTION TO EXTEND THE DEADLINE FOR SBA TO FILE A
COMPLAINT CHALLENGING THE DISCHARGEABILITY OF A DEBT - 4

| | |
|---|---|
| Omega Mental Health<br>5985 W State Street<br>Boise, ID 83703 | Sage Health Care PLLC<br>413 Allumbaugh St, Ste 101<br>Boise, ID 83704 |
| State of Idaho Medicaid<br>PO Box 83720<br>Boise, ID 83720-0009 | Strategies 360 Inc.<br>1505 Westlake Avenue North<br>Suite 1000<br>Seattle, WA 98109 |

*/s/ Jessica Black*
 Jessica Black
 Legal Assistant