Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Email: mtc@angstman.com
      chad@angstman.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SAFE HAVEN HEALTH CARE, INC.,<br><br>            Debtor. | Case No. 18-01044-JDP<br><br>Chapter 11 |

## APPLICATION FOR ALLOWANCE OF
## INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC

Walt Denekas, of the firm Sawtooth Forensics, LLC ("Applicant"), applies to the Court

for allowance of fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and

represents to the Court that:

1.      Applicant is the managing member of Sawtooth Forensics, LLC, and makes this

application for allowance of compensation for professional services rendered, and for

reimbursement for actual necessary costs and expenses incurred since the commencement of this

case.

2.      All services for which compensation is requested by your Applicant were

performed for and on behalf of said Debtor in Possession, and not on behalf of any committee,

creditor or other person. Applicant was the only person involved in the services for which

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH
FORENSICS, LLC – PAGE 1
A❖J: Matter: 12741-001

compensation is requested and is specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.      Payment of the fees and costs and the payment of these fees and costs should be made pursuant to the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC as Exhibit "A" filed on January 11, 2019, (Docket No.180).[1]

4.      Applicant has rendered extensive and vital services to the Debtor in Possession in the manner described on the attached **Exhibit A**, which is by this reference made a part hereof.

5.      Because of said services rendered by the Applicant, the Debtor in Possession was able to prepare Monthly Operating Reports, conduct and develop internal and external financial analysis of business operations, planning budgets for ongoing business operations, asset sale transactions, and various motions filed and proposed negotiations in the case. The Applicant's services have been critical in enabling the Debtor in Possession to analyze and develop options for its plan of reorganization, including communicating and collaborating with creditors and counsel on an ongoing basis. The Debtor's operations continue to be ongoing.

6.      Further, the Applicant sustained and incurred expenses and/or costs of Court described and itemized in the statements attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtor.

7.      The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

---

[1]      The Debtor in Possession previously submitted an Application to Employ Sawtooth Forensics, LLC on October 2, 2018, (Doc. No. 75), this Court held a hearing on the application at which the Applicant's role was clarified and certain payment provisions contained in the contract between the Debtor in Possession and the Applicant were modified. The Court entered an Order Granting the Applicant's employment effective October 2, 2018 (Doc. 129). The Debtor in Possession filed its Supplement to Application to Employ Sawtooth Forensics, LLC attaching a revised Contract of Employment which reflected the clarifications and modified payment terms discussed at the hearing.

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 2
A♦J: Matter: 12741-001

8.     The rate of compensation of Applicant was detailed in the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC, as Exhibit "A", (Docket No. 180).  In conformity with that rate, the reasonable value of the services rendered by your Applicant in this case, including costs/expenses and disbursements incurred is $22,040.95.

9.     At the time Debtor's bankruptcy was filed, the Applicant received the sum of $0.

10.     The Debtor in Possession has reviewed this application and approved the application and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $21,300 for time and services rendered on Debtor in Possession's behalf, and $740.95 as and for reimbursement for expenses incurred by Applicant for a total of $22,040.95 as part of the costs and expenses of the representation of the Debtor in Possession in the above-named bankruptcy case.

DATED this 1st day of February, 2019.

> _____
> /s/ Walt Denekas
> WALT DENEKAS, Consultant/ Applicant
> Managing Member, Sawtooth Forensics, LLC

DATED this 31st day of January, 2019.          Approved By:

> _____
> /s/ Scott Burpee
> SCOTT BURPEE
> For Debtor In Possession
> President, Safe Haven Care Inc.,

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 3
A❖J: Matter: 12741-001

## <u>NOTICE OF INTENT TO PRESENT EVIDENCE</u>

Pursuant to Local Bankr. R. 9014.1, the Applicant provides notice that he intends to present evidence at the hearing on this Application.

## <u>ACCOMODATION FILING</u>

This document is being filed by Chad R. Moody as an accommodation to Sawtooth Forensics, LLC and/or Walt Denekas, which are not registered to file electronically with the United States Bankruptcy Court for the District of Idaho.  The signed original of this document will be maintained in Mr. Moody office until this case is closed.

DATED this 1st day of February, 2019.

_____
/s/ Chad R. Moody
CHAD R. MOODY

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of February, 2019, I filed the foregoing APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Leighton Aiken | laiken@fbfk.law |
| Matthew T. Christensen | mtc@angstman.com |
| R. Fred Cooper | rfclaw@ida.net |
| Greg L. Crockett | gregcrockett@hopkinsroden.com |
| William M. Humphries | bill.humphries@usdoj.gov |
| John J. Janis | johnjanis@aol.com |
| John F. Kurtz | jkurtz@hawleytroxell.com |
| David Henry Leigh | dleigh@rqn.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Robert J. Maynes | mayneslaw@hotmail.com |
| Chad Moody | chad@angstman.com |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Janine P. Reynard | jpr@magicvalleylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brent Wilson | bwilson@hawleytroxell.com |

Any others as listed on the ECF.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants on the attached mailing list via U.S. Mail, postage prepaid.

See attached mailing matrix.

/s/ Chad R. Moody
_____
Chad R. Moody

APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 5
A◆J: Matter: 12741-001

**EXHIBIT A**

**<u>SUMMARY SHEET</u>**

Fees Previously Requested:                    NAME OF APPLICANT:
      $0                                Walter Denekas/Sawtooth Forensics, LLC
Fees Previously Awarded:
      $0                                ROLE IN CASE: Financial Consultant
Expenses Prev. Requested:
      $0                                CURRENT APPLICATION:
Expenses Prev. Awarded:
      $0                                Fees Requested:        $21,300.00
                                             Expenses Requested:  $    740.95
Retainer Paid:  $0                           **Total Requested:     $22,040.95**

| Name of Professional | Current Application | Hourly Rate | Total for Application |
|---|---|---|---|
|  |  |  |  |
| Walter Denekas | 284 hours | $150.00 | $42,600 minus 50% local business discount for a total of: <br><br> $21,300 |

Total Fees:     $21,300.00
Total Costs:    $    740.95
**TOTAL:         $22,040.95**

A♦J; Matter: 12741-001

# EXHIBIT B



PO Box 4953
Hailey, ID 83333
208-481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/12/2018 | 132 |

| BILL TO |
|---------|
| Safe Haven Health Care
620 N. 6th Street
Bellevue, ID 83313 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/12/2018 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy consultation, 9/28 - 10/15/2018 | 55.7 | 150.00 | 8,355.00 |
| Bankrupty consulting, 10/16 - 10/31/2018 | 29.6 | 150.00 | 4,440.00 |
| Local business discount, 50% | | | -6,397.50 |

| | | |
|---|---|---|
| Subtotal | | 6,397.50 |
| 0% Tax | | |
| **Total** | | 6,397.50 |



**SAWTOOTH FORENSICS, LLC**

**CLIENT TIME SHEET**

CLIENT: Safe Haven Health Care

STAFF MEMBER: Walt Donekas

| REFERENCE TO/OR LOCATION | DATE | DESCRIPTION OF SERVICE | FROM | UNTIL | PART TIME | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|---|
| Bell Mountain Village | 9/27/2018 | Bankruptcy Financial Filings | 3:40 PM | 6:50 PM | | 3.2 |
| | 9/28/2018 | | 9:15 AM | 6:35 PM | | 9.3 |
| | 9/29/2018 | | 9:20 AM | 1:24 PM | | 4.1 |
| | 9/30/2018 | | 12:15 PM | 6:17 PM | | 6.0 |
| | 10/1/2018 | | 6:36 PM | 11:01 PM | 30% | 1.3 |
| | 10/1/2018 | | 9:33 AM | 6:31 PM | | 9.0 |
| | 10/2/2018 | | 1:21 PM | 5:16 PM | | 3.9 |
| | 10/3/2018 | | 10:15 PM | 10:48 PM | | 0.6 |
| | 10/3/2018 | | 10:39 AM | 4:14 PM | | 5.6 |
| | 10/4/2018 | | 2:34 PM | 5:03 PM | | 2.5 |
| | 10/8/2018 | | 1:30 PM | 2:56 PM | 15% | 0.2 |
| | 10/11/2018 | | 10:55 PM | 12:55 AM | | 2.0 |
| | 10/12/2018 | | 9:24 AM | 3:24 PM | 65% | 3.9 |
| | 10/15/2018 | | 1:33 PM | 5:45 PM | | 4.2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL HOURS** | | | | | | **55.7** |

# SAWTOOTH FORENSICS, LLC

## CLIENT TIME SHEET

**CLIENT:** Safe Haven Health Care

**STAFF MEMBER:** Walt Denekas

| REFERENCE TO/OR LOCATION | DATE | DESCRIPTION OF SERVICE | FROM | UNTIL | PART TIME | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|---|
| Bell Mountain Village | 10/16/2018 | Bankruptcy Filings | 3:25 PM | 5:45 PM | | 2.3 |
| | 10/18/2018 | | 9:50 AM | 3:57 PM | 70% | 4.3 |
| | 10/19/2018 | | 10:47 AM | 5:34 PM | | 6.8 |
| | 10/21/2018 | | 8:24 AM | 9:06 AM | | 0.7 |
| | 10/23/2018 | | 10:52 AM | 12:43 AM | | 13.9 |
| | | | 9:45 AM | 11:16 AM | 10% | 0.2 |
| | 10/29/2018 | | 12:29 PM | 2:11 PM | 60% | 1.0 |
| | 10/30/2018 | | 7:59 PM | 8:30 PM | | 0.5 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL HOURS** | | | | | | 29.6 |



# Invoice

**SAWTOOTH FORENSICS, LLC**

PO Box 4953
Hailey, ID 83333
208-481-2358

| DATE | INVOICE # |
|------|-----------|
| 12/21/2018 | 139 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/20/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy consulting 11/1/2-18-11/30/2018 | 48.3 | 150.00 | 7,245.00 |
| 50% Local business discount | | | -3,622.50 |
| Out-of-pocket expenses per attached | | | 353.44 |

| | | Subtotal | 3,975.94 |
|---|---|----------|----------|
| | | 0% Tax | |
| | | **Total** | 3,975.94 |

SAWTOOTH FORENSICS, LLC

**CLIENT TIME SHEET**

CLIENT: Safe Haven Health Care

STAFF MEMBER: Walt Denekas

REFERENCE TO/OR LOCATION

| DATE | DESCRIPTION OF SERVICE | FROM | UNTIL | PART TIME | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 11/5/2018 | Bankruptcy advisory services | 5:44 PM | 6:10 PM | | 0.4 |
| 11/6/2018 | | 7:22 PM | 8:13 PM | | 0.9 |
| 11/12/2018 | | 7:45 AM | 5:55 PM | | 10.2 |
| | | 12:26 PM | 2:16 PM | | 1.8 |
| | | 3:22 PM | 4:27 PM | | 1.1 |
| 11/15/2018 | | 2:30 PM | 3:26 PM | | 0.9 |
| 11/16/2018 | | 11:11 AM | 4:46 PM | | 5.6 |
| 11/21/2018 | | 3:04 PM | 3:56 PM | | 0.9 |
| 11/26/2018 | | 10:01 AM | 10:47 AM | | 0.8 |
| | | 1:26 PM | 6:11 PM | | 4.8 |
| 11/27/2018 | | 10:10 AM | 6:10 PM | | 8.0 |
| 11/28/2018 | | 12:52 PM | 2:51 PM | | 2.0 |
| 11/29/2018 | | 10:14 AM | 7:04 PM | | 8.8 |
| 11/30/2018 | | 12:11 PM | 2:24 PM | | 2.2 |
| | | | | | |
| | | | | | |
| | **TOTAL HOURS** | | | | 48.3 |

Open    ID: 35859685

**Policy:** Personal

## Safe Haven-2018-09,-10,-11

$353.⁴⁴

 **Walt Denekas (wmdtravel@att.net)**

Date
**Oct 2, 2018 to Nov 27, 2018**

**Client**

Safe Haven Health Care

| DATE | MERCHANT | | MILEAGE | OTHER | TOTAL |
|------|----------|---|---------|-------|-------|
| Oct 2 | American Express[3] | ▣ [1] | | $38.10 | $38.10 |
| Nov 6 | 297 mi @ $0.545 / mi[2] | | + $161.87 | | $161.87 |
| Nov 27 | 281.6 mi @ $0.545 / mi[1] | | + $153.47 | | $153.47 |
| | | | **$315.34** | **$38.10** | **$353.44** |

Notes

[1] BR hearing, Boise
[2] Atty Boise
[3] Bankruptcy manual

## Report History & Comments

 Dec 21, 2018 4:16 PM PDT
You reopened this report

 Dec 21, 2018 4:13 PM PDT
You submitted this report (automatically closed due to submit-only policy) to **wmdenekas@att.net** , saying **'Safe Haven expenses-Sept-Nov'**

 Sep 27, 2018 9:24 PM PDT
You created this report

## Receipt Thumbnails

12/21/2018, 5:16 PM

https://www.expensify.com/printablereport.php?promptPrint=true&repor...



Date:      Oct 2
Merchant:  American Express
Total:     $38.10
Category:  Other
Comment:   Bankruptcy manual

Documents

12/21/2018, 5:16 PM



# Invoice

PO Box 4953
Hailey, ID 83333
208-481-2358

| DATE | INVOICE # |
|------|-----------|
| 1/5/2019 | 140 |

### BILL TO

Safe Haven Health Care
N. 6th Street
Bellevue, ID

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 2/4/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy advisory services | 150.4 | 150.00 | 22,560.00 |
| 50% local business discount | | | -11,280.00 |
| Expenses per attached report | | | 387.51 |

| | | |
|---|---|---|
| Subtotal | | 11,667.51 |
| 0% Tax | | |
| **Total** | | 11,667.51 |



SAWTOOTH
FORENSICS, LLC

**CLIENT TIME SHEET**

Safe Haven Health Care, Inc _____                    Advisor: Walt Denekas

| REFERENCE | DATE | DESCRIPTION OF SERVICE | FROM | UNTIL | PART TIME | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|---|
| Safe Haven Health Care | 12/3/2018 | Bankruptcy filings | 7:53 AM | 9:54 AM | 10% | 0.2 |
| | | | 10:14 AM | 6:16 PM | | 8.0 |
| | 12/4/2018 | | 3:55 PM | 10:18 PM | | 6.4 |
| | 12/5/2018 | | 2:36 PM | 7:21 PM | | 4.8 |
| | 12/6/2018 | | 8:50 AM | 5:39 PM | | 8.8 |
| | 12/7/2018 | | 9:22 AM | 6:12 PM | | 8.8 |
| | 12/9/2018 | | 12:09 PM | 2:03 PM | | 1.9 |
| | 12/10/2018 | | 4:39 PM | 6:56 PM | | 2.3 |
| | 12/11/2018 | | 9:10 AM | 6:21 PM | | 9.2 |
| | 12/12/2018 | | 9:50 AM | 2:41 PM | | 4.9 |
| | | | 8:05 PM | 1:06 AM | | 2.0 |
| | 12/13/2018 | | 5:38 PM | 11:44 PM | | 6.1 |
| | | | 5:38 PM | 11:44 PM | | 6.1 |
| | 12/14/2018 | | 8:57 AM | 2:07 PM | | 5.2 |
| | 12/15/2018 | | 2:28 PM | 6:05 PM | 60% | 2.2 |
| | 12/16/2018 | | 4:06 PM | 5:26 PM | | 1.3 |
| | 12/17/2018 | | 9:35 AM | 1:03 AM | | 15.5 |
| | 12/18/2018 | | 7:15 AM | 12:09 PM | | 4.9 |
| | | | 2:13 PM | 3:38 PM | | 1.4 |
| | 12/19/2018 | | 6:55 AM | 4:35 PM | | 9.7 |
| | 12/20/2018 | | 10:41 AM | 6:56 PM | | 8.3 |
| | 12/21/2018 | | 8:20 AM | 2:11 PM | | 5.9 |
| | | | 3:23 PM | 6:05 PM | | 2.7 |
| | 12/22/2018 | | 7:30 PM | 8:16 PM | | 0.8 |
| | 12/24/2018 | | 11:45 AM | 12:59 PM | 10% | 0.1 |
| | 12/23/2018 | | 2:34 PM | 6:40 PM | 35% | 1.4 |
| | 12/27/2019 | | 11:23 AM | 8:36 PM | | 9.2 |
| | 12/28/2018 | | 10:48 AM | 12:14 PM | | 1.4 |
| | | | 3:03 PM | 6:16 PM | | 3.2 |
| | 12/30/2018 | | 6:08 PM | 7:44 PM | | 1.6 |
| | 12/31/2018 | | 10:16 AM | 4:31 PM | | 6.3 |
| | | | | | | |
| | | | | | | |
| | | | | **TOTAL HOURS** | | 150.4 |

https://www.expensify.com/printablereport.php?promptPrint=true&repor...

**Open**    ID: 39238682

**Policy:** Personal

## Safe Haven 2018-12

$387.<sup>51</sup>

 **Walt Denekas (wmdtravel@att.net)**

Date
Dec 19, 2018 to Dec 20, 2018

**Client**

Safe Haven

| DATE | MERCHANT | | MILEAGE | OFFICE SUPPLIES | TOTAL |
|------|----------|---|---------|-----------------|-------|
| Dec 19, 2018 | 297 mi @ $0.545 / mi[3] | + | $161.87 | | $161.87 |
| Dec 19, 2018 | Target[2] | ⊞±1 | | $57.23 | $57.23 |
| Dec 20, 2018 | 309 mi @ $0.545 / mi[1] | + | $168.41 | | $168.41 |
| | | | **$330.28** | **$57.23** | **$387.51** |

Notes

± The information on this receipt was manually entered. Please verify for authenticity.
[1] Mtg. w/ Omega
[2] External backup hard drive
[3] BR hearing & Boise facility auction

## Report History & Comments

 Jan 5, 2019 9:15 PM PDT
You reopened this report

 Jan 5, 2019 9:12 PM PDT
You submitted this report (automatically closed due to submit-only policy) to wmdenekas@att.net , saying 'Safe Haven Expenses, Dec. 2018'

 Dec 21, 2018 3:02 PM PDT
You created this report

## Receipt Thumbnails



| | |
|---|---|
| Date: | Dec 19, 2018 |
| Merchant: | Target |
| Total: | $57.23 |
| Category: | Office Supplies |
| Comment: | External backup hard d... |

Documents

AACO A-1 HEALTH CARE SERVICE
PO BOX 75111
SEATTLE, WA 9812

AAMCO MEDICAL, LLC
9847 S 500 W STE 200
SANDY, UT 84070-2576

BLAINE COUNTY
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333

COLONIAL FUNDING NETWORK
120 WEST 45TH
NEW YORK, NY 10036

COLONIAL FUNDING NETWORK, INC.
As servicing provider for
EVOLUTION CAPITAL
120 W 45TH STREET 6TH FLOOR
NEW YORK, NY 10036

HANSEN HUNTER AND CO.
8930 SW GEMINI DRIVE
BEAVERTON, OR 97008

HOLLLAND AND HART
800 W MAIN STREET #1750
BOISE, ID 83702

IDAHO DEPT OF HEALTH AND WELFARE
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036

INDEPENDENCE REHAB
5314 RIVER RUN DR, STE. 140
PROVO, UT 84604

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19107-3460

MCKESSON MEDICAL-SURGICAL
Atten: Stephanie Hampton
4345 SOUTHPOINT BLVD
JACKSONVILLE, FL 32216

MEDSOURCE INCORPORATED
10520 SOUTH 700 EAST
SUITE 210
SANDY, UT 84070

NORIDIAN HEALTHCARE SOLUTION
PO BOX 6722
FARGO, ND 58108-6722

~~OMEGA HEALTHCARE INVESTORS~~
~~200 INTERNATIONAL CIRCLE~~
~~SUITE 300~~
~~HUNT VALLEY, MD 21030-1331~~
(Served Via ECF)

OMEGA MENTAL HEALTH
5985 W STATE STREET
BOISE, IDAHO 83703

PARKER PUBLIC AFFAIRS
599 W BANNOCK STREET
BOISE, IDAHO 83702

SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST, STE. 101
BOISE, ID 83704

STATE OF IDAHO MEDICAID
PO BOX 83720
BOISE, ID 83720-0009

STRATEGIES 360 INC
1505 WESTLAKE AVENUE NORTH
SUITE 1000
SEATTLE, WA 98109

~~US SMALL BUSINESSS ADMIN~~
~~1651 ALVIN RICKEN DRIVE~~
~~POCATELLO, ID 83201~~
(Served Via ECF)

ALLIANCE LAUNDRY SERVICES
PO BOX 990
RIPON, WI 54971

BANK OF IDAHO
399 N. CAPITAL AVENUE
IDAHO FALLS, ID 83402

BUSINESS MERCHANT FUNDING
680 CENTRAL AVE
BALTIMORE, MD 21201

CASH CAPITAL GROUP
C/O NORTHWEST REGISTERED AGENT
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NEW YORK 12207

CCF LEASING CO
198 LOCUST ST S
TWIN FALLS, ID 83301

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

EASTERN IDAHO DEVELOPMENT
1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201

EMPIRE FUNDING
323 SUNNY ISLES BLVD, STE. 501
SUNNY ISLES BCH, FL 33160-4675

FUNDROCK, LLC
1080 MCDONALD AVE
BROOKLYN, NY 11218

IDAHO ASSOCIATES, LLC
303 W MADISON STREET
SUITE 2400
CHICAGO, IL 60606

KUBOTA CREDIT CORPORATION
1000 KUBOTA DRIVE
GRAPEVINE, TX 76051

PLUSLUX, LLC
461 DOUGHTY BLVD
INWOOD, NY 11096

POCATELLO IDAHO PROPERTY
303 WEST MADISON STREET
SUITE 2400
CHICAGO, IL 60606

ZIONS FIRST NATIONAL BANK
253 SOUTH MAIN STREET
POCATELLO, ID 83204

YELLOWSTONE CAPITAL
1 EVERTRUST PLAZA, 14TH FLOOR
JERSEY CITY, NEW JERSEY  07302

ZIONS BANK
1235 S UTAH AVE
IDAHO FALLS, ID 83402