Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Email:  mtc@angstman.com
        chad@angstman.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 18-01044-JDP |
|---|---|
| SAFE HAVEN HEALTH CARE, INC., | Chapter 11 |
| Debtor. | |

## SUPPLEMENT TO APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC

Walt Denekas, of the firm Sawtooth Forensics, LLC ("Applicant"), hereby supplements the previously-filed Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC.  (Doc. No. 193) (the "Application").  Applicant respectfully states and represents to the Court that:

1.    The Applicant is a professional person and qualified to act in his advisory and consulting capacity for the Debtor in Possession.  The Applicant's qualifications, training, certifications, and experience demonstrates his skill and experience with clients in the context of a bankruptcy case.  *See* 11 U.S.C. § 330(a)(3).  The Applicant's qualifications include:

  a. The Applicant is a Certified Turnaround Professional and a Certified Fraud Examiner.  Such designations require extensive experience, passing a certification

    examination, and require letters of reference certifying to one's competency. Both of these require extensive knowledge of bankruptcy law and practice.

b.   The Applicant is qualified as to his accounting expertise, being a Certified Management Accountant, holder of an MBA in Finance and Marketing.

c.   The Applicant's experience includes multiple assignments as Financial Analyst, Division Controller and VP-Finance/CFO.

d.   The Applicant's turnaround experience includes over 44 engagements, including 34 engagements as a Managing Director for Carl Marks Advisors, over a period of fifteen years. The Applicant still accepts engagements with Carl Marks Advisors, two of which were completed in 2018.

e.   Carl Marks Advisors is consistently ranked as one of the top turnaround firms in the country. *See* **Exhibit A**.

f.   The Applicant has performed financial advisory services in the Lenox, Inc. bankruptcy case, and functioned as the financial advisor for the lead-up to a bankruptcy of Marketron Broadcast Solutions. The Applicant also represented General Electric Credit Corp. in the receivership of Ochoa Fertilizer Company. In that capacity, the Applicant managed the company finances so that for the first time in company memory, the company had a positive cash flow over its slack season and negotiated the purchase and sale of the company's assets.

2.   When engaged by Carl Marks Advisors to perform similar services, Carl Marks Advisors charges its clients a daily rate between $1,800 and $2,500 per day for the Applicant's time. By comparison, the Debtor in Possession is being billed a net rate of $75.00 per hour.

3. In addition to the services noted in the Application provided to the Debtor in Possession, the Applicant notes that, at the time of the Applicant's employment, the former chief financial officer ("CFO") had recently resigned. The CFO was the only person who knew how to use Debtor-in-Possession's specialized and niche accounting system beyond limited clerical functions. Consequently, to assist the Debtor in Possession in its financial management and its reporting requirements, the Applicant set up an interim accounting system to assist the Debtor in Possession in tracking its finances. In addition to setting up an interim accounting system for reporting purposes, the Applicant analyzed financial data, advised on cash management, and began drafting the initial plan of reorganization, defined the creditor classes, and assessed the potential recovery, drafted an updated cash collateral budget, and acted as an advisor to management for purposes of the bankruptcy process and operations.

4. The Applicant utilizes a timekeeping system called WorkTime that tracks time based on computer usage at 5-second intervals. Time for non-computer activities, such as meetings, travel, phone calls, etc. is entered manually. Each entry is coded for start and stop times, the client, the application, and the document worked on.

5. Revised invoices for September, October, November, and December 2018, along with a revised summary sheet are attached hereto as **Exhibit B**. These revised invoices include detailed timesheets, include expense reports, and reflect corrections to recently identified erroneous entries.

6. Expenses reflected and charged in the attached revised invoices include bankruptcy reference materials and a hard drive, both of which were for the Debtor in Possession. The hard drive was for an essential company laptop, as the hard drive was failing, and it was critical to back-up the laptop completely before the hard drive failed catastrophically. The mileage

SUPPLEMENT TO APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 3
A♦J: Matter: 12741-001

reported was for travel to and from Boise, Idaho to meet with Debtor in Possession's attorneys, attend multiple court hearings, and other related matters concerning the Debtor in Possession operations and bankruptcy case. The date, time, to/from, and business purpose are detailed in notes for each mileage charge. The Applicant does not charge travel time or mileage between his home office and the Debtor in Possession's Bellevue location.

7.  The Applicant was asked to assist the Debtor in Possession on September 27, 2018, when the first monthly operating report was already overdue, and there was no one in the company capable of preparing it. Given the critical nature of getting the monthly report submitted, it was impossible or impractical to get prior judicial approval and, given that the monthly operating report was filed, the services provided by the Applicant to the Debtor in Possession between September 27 and October 2, 2018 significantly benefitted the estate.

8.  The Debtor in Possession has reviewed this supplement and approved the substance and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $20,797.50 for time and services rendered on Debtor in Possession's behalf, and $740.95 as and for reimbursement for expenses incurred by Applicant for a total of $21,538.45 as part of the costs and expenses of the representation of the Debtor in Possession in the above-named bankruptcy case.

DATED this 25th day of February, 2019.

/s/ Walter Denekas
WALT DENEKAS, Consultant/ Applicant
Managing Member, Sawtooth Forensics, LLC

SUPPLEMENT TO APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 4
A♦J: Matter: 12741-001

DATED this __25th__ day of January, 2019.     Approved By:

/s/ Scott Burpee
_____
SCOTT BURPEE
For Debtor In Possession
President, Safe Haven Care Inc.,

## ACCOMODATION FILING

This document is being filed by Chad R. Moody as an accommodation to Sawtooth Forensics, LLC and/or Walt Denekas, which are not registered to file electronically with the United States Bankruptcy Court for the District of Idaho. The signed original of this document will be maintained in Mr. Moody office until this case is closed.

DATED this __25th__ day of February, 2019.

/s/   Chad R. Moody
_____
CHAD R. MOODY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __25th__ day of February, 2019, I filed the foregoing APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Leighton Aiken | laiken@fbfk.law |
| Matthew T. Christensen | mtc@angstman.com |
| R. Fred Cooper | rfclaw@ida.net |
| Greg L. Crockett | gregcrockett@hopkinsroden.com |
| William M. Humphries | bill.humphries@usdoj.gov |
| John J. Janis | johnjanis@aol.com |
| John F. Kurtz | jkurtz@hawleytroxell.com |
| David Henry Leigh | dleigh@rqn.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Robert J. Maynes | mayneslaw@hotmail.com |
| Chad Moody | chad@angstman.com |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Janine P. Reynard | jpr@magicvalleylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brent Wilson | bwilson@hawleytroxell.com |

Any others as listed on the ECF.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants on the attached mailing list via U.S. Mail, postage prepaid.

See attached mailing matrix.

/s/ Chad R. Moody
Chad R. Moody

SUPPLEMENT TO APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 6
A❖J: Matter: 12741-001

AACO A-1 HEALTH CARE SERVICE
PO BOX 75111
SEATTLE, WA 9812

AAMCO MEDICAL, LLC
9847 S 500 W STE 200
SANDY, UT 84070-2576

BLAINE COUNTY
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333

COLONIAL FUNDING NETWORK
120 WEST 45TH
NEW YORK, NY 10036

COLONIAL FUNDING NETWORK, INC.
As servicing provider for
EVOLUTION CAPITAL
120 W 45TH STREET 6TH FLOOR
NEW YORK, NY 10036

HANSEN HUNTER AND CO.
8930 SW GEMINI DRIVE
BEAVERTON, OR 97008

HOLLLAND AND HART
800 W MAIN STREET #1750
BOISE, ID 83702

IDAHO DEPT OF HEALTH AND WELFARE
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036

INDEPENDENCE REHAB
5314 RIVER RUN DR, STE. 140
PROVO, UT 84604

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19107-3460

MCKESSON MEDICAL-SURGICAL
Atten: Stephanie Hampton
4345 SOUTHPOINT BLVD
JACKSONVILLE, FL 32216

MEDSOURCE INCORPORATED
10520 SOUTH 700 EAST
SUITE 210
SANDY, UT 84070

NORIDIAN HEALTHCARE SOLUTION
PO BOX 6722
FARGO, ND 58108-6722

~~OMEGA HEALTHCARE INVESTORS~~
~~200 INTERNATIONAL CIRCLE~~
~~SUITE 300~~
~~HUNT VALLEY, MD 21030-1331~~
(Served Via ECF)

OMEGA MENTAL HEALTH
5985 W STATE STREET
BOISE, IDAHO 83703

PARKER PUBLIC AFFAIRS
599 W BANNOCK STREET
BOISE, IDAHO 83702

SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST, STE. 101
BOISE, ID 83704

STATE OF IDAHO MEDICAID
PO BOX 83720
BOISE, ID 83720-0009

STRATEGIES 360 INC
1505 WESTLAKE AVENUE NORTH
SUITE 1000
SEATTLE, WA 98109

~~US SMALL BUSINESSS ADMIN~~
~~1651 ALVIN RICKEN DRIVE~~
~~POCATELLO, ID 83201~~
(Served Via ECF)

ALLIANCE LAUNDRY SERVICES
PO BOX 990
RIPON, WI 54971

BANK OF IDAHO
399 N. CAPITAL AVENUE
IDAHO FALLS, ID 83402

BUSINESS MERCHANT FUNDING
680 CENTRAL AVE
BALTIMORE, MD 21201

CASH CAPITAL GROUP
C/O NORTHWEST REGISTERED AGENT
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NEW YORK 12207

CCF LEASING CO
198 LOCUST ST S
TWIN FALLS, ID 83301

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

EASTERN IDAHO DEVELOPMENT
1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201

EMPIRE FUNDING
323 SUNNY ISLES BLVD, STE. 501
SUNNY ISLES BCH, FL 33160-4675

FUNDROCK, LLC
1008 MATTLIND WAY
MILFORD, DE 19963

IDAHO ASSOCIATES, LLC
303 W MADISON STREET
SUITE 2400
CHICAGO, IL 60606

KUBOTA CREDIT CORPORATION
1000 KUBOTA DRIVE
GRAPEVINE, TX 76051

PLUSLUX, LLC
461 DOUGHTY BLVD
INWOOD, NY 11096

POCATELLO IDAHO PROPERTY
303 WEST MADISON STREET
SUITE 2400
CHICAGO, IL 60606

ZIONS FIRST NATIONAL BANK
253 SOUTH MAIN STREET
POCATELLO, ID 83204

YELLOWSTONE CAPITAL
1 EVERTRUST PLAZA, 14TH FLOOR
JERSEY CITY, NEW JERSEY  07302

ZIONS BANK
1235 S UTAH AVE
IDAHO FALLS, ID 83402

Carl Marks Advisors honored as outstanding turnaround firm in Turnaro...    https://carlmarks.com/carl-marks-advisors-honored-as-outstanding-turna...

## EXHIBIT A



## NEWS

Our news coverage, press releases and awards.

December 4, 2015 • Carl Marks Advisors

## CARL MARKS ADVISORS HONORED AS OUTSTANDING TURNAROUND FIRM IN TURNAROUNDS & WORKOUTS' SPECIAL REPORT

**NEW YORK, December 4, 2015** – Carl Marks Advisors, a leading consulting and investment banking advisor to middle market companies, today announced that the firm has been recognized as an Outstanding Turnaround Firm for exceptional restructuring and advisory expertise it has brought to 2015 transactions, including in the energy, consumer/retail, grocery, and regional/community banking sector. This is according to *Turnarounds & Workouts'* latest Special Report (November) that honors the top 12 Outstanding Turnaround Firms for 2015.

Noteworthy Carl Marks Advisors engagements on 2015 transactions, as highlighted in *Turnarounds & Workouts'* Special Report, include:

- CRO of **Cal Dive** through operation and sale
- CRO and investment banker to **Joe's Jeans** during restructuring and sale
- CRO to **Associated Wholesalers** during sale and estate wind down
- Financial Advisor to **American Bancorporation** debtor during 363 sale

"We are honored to be recognized by our peers and colleagues for our achievements, which speaks to the quality and experience of our teams, as well as our ability and track record of bringing creative solutions to complex restructurings in the middle market," said Duff Meyercord, Managing Partner of Carl Marks Advisors. "Our teams have exhibited great success across multiple sectors, and we expect to be very active going into 2016 including in the oil & gas, education and healthcare sector."

Carl Marks Advisors Partners, whose proven leadership and industry experience contributed to the successful conclusion of above mentioned transactions, include: Chris Wu, Doug Booth, Duff Meyercord, Evan Tomaskovic, Jette Campbell, Joe D'Angelo, Keith Daniels, Marc Pfefferle, Mark Claster and Warren Feder.

*Turnarounds & Workouts'* Special Report recognizes business professionals for their outstanding achievements in working on bankruptcies, corporate renewals, financings, turnarounds, and restructurings. Honorees are selected by the publication's editorial staff based upon recent engagements as well as nominations received from leading restructuring professionals nationwide. *Turnarounds & Workouts* tracks distressed businesses in the U.S. and Canada, and releases annual lists of outstanding firms and professionals engaged in the bankruptcy, corporate renewal, investment, turnaround and restructuring industries.

© 2019 Carl Marks & Co. Inc. All rights reserved.

Carl Marks Advisors honored as outstanding turnaround firm in Turnaro...   https://carlmarks.com/carl-marks-advisors-honored-as-outstanding-turna...

CARL MARKS® and CARL MARKS—CREATING VALUE ® are registered trademarks of Carl Marks & Co. Inc.

2/10/2019, 10:56 PM

## EXHIBIT B

### REVISED SUMMARY SHEET

Fees Previously Requested:
  $0
Fees Previously Awarded:
  $0
Expenses Prev. Requested:
  $0
Expenses Prev. Awarded:
  $0

Retainer Paid:  $0

NAME OF APPLICANT:
Walter Denekas/Sawtooth Forensics, LLC

ROLE IN CASE: Financial Consultant

CURRENT APPLICATION:

Fees Requested:  $20,797.50
Expenses Requested:  $ 740.95
**Total Requested:**  **$21,538.45**

| Name of Professional | Current Application | Hourly Rate | Total for Application |
|---|---|---|---|
| | | | |
| Walter Denekas | 277.3 hours (9-2018 thru Dec. 2018) | $150.00 | $41,595 minus 50% local business discount for a total of: $20,797.50 |

Total Fees: $20,797.50
Total Costs: $ 740.95
**TOTAL:**  **$22,040.95**

**Attached:** Invoices for September 2018 thru December 2018

A♦J; Matter: 12741-001



# Invoice

| | |
|---|---|
| PO Box 4953 | |
| Hailey, ID 83333 | |
| 208-481-2358 | |

| DATE | INVOICE # |
|---|---|
| 11/12/2018 | 132R |

BILL TO

Safe Haven Health Care
620 N. 6th Street
Bellevue, ID 83313

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/12/2018 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy consultation,9/27-9-/30,2018 | 23.7 | 150.00 | 3,555.00 |
| Bankrupty consulting, 10/1-10/15. 2018 | 28.9 | 150.00 | 4,335.00 |
| Bankrupty consulting, 10/16-31/2018 | 29.6 | 150.00 | 4,440.00 |
| Local vendor discount, 50% | | | -6,165.00 |

| | |
|---|---|
| Subtotal | 6,165.00 |
| 0% Tax | |
| **Total** | 6,165.00 |



SAWTOOTH
FORENSICS, LLC

**CLIENT TIME SHEET**

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|-----------|------------------------|-----------------------------------|
| 27-Sep-18 | 3:40 PM | 6:50 PM | | Discussions with S. Burpee re. UST report | 3.2 |
| 28-Sep-18 | 9:15 AM | 6:35 PM | | Download August bank transactions<br>Allocate between pre- and post-petition transactions<br>Create Excel file to generate financial statements for<br>Aug. UST MOR from  bank records | 9.3 |
| 29-Sep-18 | 9:20 AM | 1:01 PM | | August financial statements in Excel.<br>Review UST MOR forms for needed data | 3.7 |
| 30-Sep-18 | 12:15 PM | 7:45 PM | | Draft Sawtooth Forensics - Safe Haven consulting agreement<br>Set up Quicken for Safe Haven | 7.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 23.7 |
| | | | | **CARRY-FORWARD** | 0.0 |
| | | | | **TOTAL HOURS** | 23.7 |



**CLIENT TIME SHEET**

Client:
Advisor: Walt Denekas

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|-----------|------------------------|----------------------------------|
| 1-Oct-18 | 9:33 AM | 10:48 AM | | Explaining the bankruptcy process to S. Burpee<br>STF-SHHC consulting agreement | 1.3 |
| | 11:43 AM | 6:31 PM | | Finalize draft of STF-SHHC consulting agreement<br>Reconcile bank accounts between Quicken and bank stmts<br>Add non-bank accounts into Quicken (A/R, A/P, loans, accr. taxes, etc.)<br>Generate Quicken reports required for Aug MOR<br>Collect revenue data & enter into Quicken | 6.8 |
| 2-Oct-18 | 1:34 PM | 5:15 PM | | Financial statement analysis (Excel)<br>Update STF-SHHc consulting agreement<br>Multiple edits & updates to Quicken accts | 3.7 |
| 3-Oct-18 | 10:42 AM | 4:07 PM | | Create and review Quicken reports needed for Aug. UST MOR | 5.4 |
| 4-Oct-18 | 2:59 PM | 5:00 PM | | Reconcile transfers between bank accounts<br>Segregate transfers from client receipts | 2.0 |
| 8-Oct-18 | 11:15 PM | 11:29 PM | | With S. Burpee & A. Pasquale reviewing assets & liabilities | 0.2 |
| 9-Oct-18 | 9:46 AM | 10:13 AM | | Research converting Quicken to QuickBooks | 0.5 |
| 11-Oct-18 | 10:55 PM | 11:35 PM | | Conference call with new accountant | 0.7 |
| 12-Oct-18 | 10:39 AM | 3:14 PM | | Create A/P analysis workbook ()Excel)<br>Update Quicken for new bank transactions. | 4.6 |
| 15-Oct-18 | 1:33 PM | 2:08 PM | | Meetings at Safe Haven | 0.6 |
| | 2:30 PM | 5:45 PM | | A/P analysis:  Petition date, Aug month-end, Sept. MOR | 3.3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL HOURS, THIS PAGE | | 28.9 |
| | | | CARRY-FORWARD | | 23.7 |
| | | | TOTAL HOURS | | 52.6 |



SAWTOOTH
FORENSICS, LLC

## CLIENT TIME SHEET

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|-----------|------------------------|----------------------------------|
| 16-Oct-18 | 3:25 PM | 5:45 PM | | Discussion re. creditor classes with S. Burpee<br>Update Excel fin stmts in preparation for Sept. MOR | 2.3 |
| 18-Oct-18 | 9:51 AM | 2:23 PM | | A/P analysis<br>Sept. revenue analysis<br>Preliminary Sept. financial reports from Quicken | 4.5 |
| 19-Oct-18 | 11:00 AM | 5:34 PM | | Analyzie Sept. A/R, revenue & collections<br>Prelim. Sept. financial statements<br>Review holding account (suspense acct) transactions | 6.6 |
| 21-Oct-18 | 8:24 AM | 9:06 AM | | Convert UST PDF MOR into fillable forms | 0.7 |
| | 10:52 AM | 12:43 AM | | September UST MOR | 13.9 |
| 23-Oct-18 | 10:48 AM | 11:06 AM | | Quick updates to Quicken reports | 0.3 |
| 30-Oct-18 | 2:24 PM | 3:10 PM | | Update Excel fin stmts | 0.8 |
| | 7:59 PM | 8:30 PM | | Call w/ C. Moody re. Plan for Reorganization | 0.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 29.6 |
| | | | | **CARRY-FORWARD** | 52.6 |



# Invoice

PO Box 4953
Hailey, ID 83333
208-481-2358

| DATE | INVOICE # |
|------|-----------|
| 12/21/2018 | 139R |

BILL TO

Safe Haven Health Care
Bellevue, ID

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/20/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy consulting 11/1/2-18-11/30/2018 | 50.4 | 150.00 | 7,560.00 |
| 50% Local business discount | | | -3,780.00 |
| Out-of-pocket expenses per attached | | | 353.44 |

| | Subtotal | 4,133.44 |
|---|----------|----------|
| | 0% Tax | |
| | **Total** | 4,133.44 |



SAWTOOTH
FORENSICS, LLC

**CLIENT TIME SHEET**

Client:
Advisor:  Walt Denekas

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. Increments) |
|---|---|---|---|---|---|
| 5-Nov-18 | 5:44 PM | 6:10 PM | | Phone call w/ S. Burpee | 0.4 |
| | 7:22 PM | 8:23 PM | | Update Quicken for Oct. bank transactions | 1.0 |
| | | | | Reconcile inter-account transfer | |
| 6-Nov-18 | 7:40 AM | 5:55 PM | | Meetingt w/ attorneys | 10.3 |
| | | | | Discussion afterwood w/ S. Burpee | |
| | | | | Round trip travel to Boise | |
| 7-Nov-18 | 10:03 AM | 10:41 AM | | Quicken updates | 0.6 |
| 12-Nov-18 | 12:26 PM | 2:20 PM | | Classify Oct. bank transactions | 1.9 |
| | | | | Reconcile inter-acct transfers | |
| | | | | Reconcile bank accts with Quicken | |
| | 3:22 PM | 5:05 PM | | Update Excel analysis files | 1.7 |
| 15-Nov-18 | 2:30 PM | 5:00 PM | | Conf. call with attorneys | 2.5 |
| 16-Nov-18 | 3:13 PM | 4:25 PM | | Review Boise hospital purchase & sale agreement | 1.2 |
| | | | | Resolve some corrupt transactions in Quicken | |
| 19-Nov-18 | 11:11 AM | 1:31 PM | | Add note information to Safe Haven WorkTime records | 2.3 |
| | 1:51 PM | 4:45 PM | | Phone call with Siriniti | 2.9 |
| 21-Nov-18 | 2:50 PM | 4:21 PM | | Minor Quicken updates:  vendor naming consistency, | 1.5 |
| | | | | program settings, report and display preferences | |
| | | | | new categories | |
| 26-Nov-18 | 10:03 AM | 10:47 AM | | Review and edit Quicken payroll transactions | 0.7 |
| | 11:23 AM | 11:55 AM | | Categorize Oct. transactions to UST MOR report categories | 0.5 |
| | | | | Resolve unmatched inter-account transfers | |
| | 1:18 PM | 6:11 PM | | Continuation of above | 4.9 |
| 27-Nov-18 | 10:10 AM | 6:10 PM | | Bankruptcy hearing, incl, RT travel time, Sun Valley to Boise | 8.0 |
| 28-Nov-18 | 12:52 PM | 2:51 PM | | October MOR | 2.0 |
| 29-Nov-18 | 10:14 AM | 10:59 AM | | Update Dropbox folders | 0.8 |
| | 12:22 PM | 12:42 PM | | Update Dropbox folders | 0.3 |
| | 2:43 PM | 7:04 PM | | October MOR | 4.4 |
| 30-Nov-18 | 12:11 PM | 2:38 PM | | October MOR | 2.5 |
| | | | | New collateral budget | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS** | 50.4 |

**Open**    **ID:** 35859685                                                                                    **Policy:** Personal

## Safe Haven-2018-09,-10,-11                                                                        $353.<sup>44</sup>

 **Walt Denekas** (wmdtravel@att.net)

Date
**Oct 2, 2018 to Nov 27, 2018**

**Client**

Safe Haven Health Care

| DATE | MERCHANT | | MILEAGE | OTHER | TOTAL |
|------|----------|---|---------|-------|-------|
| Oct 2 | American Express[3] | 🚗1 | | $38.10 | $38.10 |
| Nov 6 | 297 mi @ $0.545 / mi[2] | + | $161.87 | | $161.87 |
| Nov 27 | 281.6 mi @ $0.545 / mi[1] | + | $153.47 | | $153.47 |
| | | | **$315.34** | **$38.10** | **$353.44** |

**Notes**

[1] BR hearing, Boise
[2] Ally Boise
[3] Bankruptcy manual

## Report History & Comments

 Dec 21, 2018 4:16 PM PDT
You reopened this report

 Dec 21, 2018 4:13 PM PDT
You submitted this report (automatically closed due to submit-only policy) to  wmdenekas@att.net , saying 'Safe Haven expenses-Sept-Nov'

 Sep 27, 2018 9:24 PM PDT
You created this report

## Receipt Thumbnails

https://www.expensify.com/printablereport.php?promptPrint=true&repor...



Date:       Oct 2
Merchant:   American Express
Total:      $38.10
Category:   Other
Comment:    Bankruptcy manual


Documents

12/21/2018, 5:16 PM



**SAWTOOTH FORENSICS, LLC**

PO Box 4953
Hailey, ID 83333
208-481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/5/2019 | 140 |

BILL TO

Safe Haven Health Care
N. 6th Street
Bellevue, ID

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 2/4/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy advisory services, 12/1-12/31, 2018 | 144.7 | 150.00 | 21,705.00 |
| 50% local business discount | | | -10,852.50 |
| Expenses per attached report | | | 387.51 |

| | | |
|---|---|---|
| Subtotal | | 11,240.01 |
| 0% Tax | | |
| **Total** | | 11,240.01 |



**CLIENT TIME SHEET**

Client: Safe haven Health Care
Advisor: Walt Denekas

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 3-Dec-18 | 8:42 AM | 9:04 AM | | Edit time records | 0.4 |
| | 10:29 AM | 1:19 PM | | November A/P analysis | 2.8 |
| | | | | Update bank accts in Quicken | |
| | | | | Categorize bank accounts per UST MOR categories | |
| | | | | Begin new cash collateral budget | |
| | 2:03 PM | 6:16 PM | | Continuation of above | 4.2 |
| 4-Dec-18 | 9:33 AM | 10:23 AM | | Carry over Oct. data in Nov. UST MOR | 0.9 |
| | | | | Update prior periods and opening balance sheet for | |
| | | | | based on better understanding of company acctg. System. | |
| | 4:19 PM | 10:18 PM | | Quicken reports required for MOR | 6.0 |
| 5-Dec-18 | 2:40 PM | 7:21 PM | | Update UST MOR template for new expense categories | 4.7 |
| | | | | Reconcile Quicken to bank accounts | |
| 6-Dec-18 | 8:50 AM | 1:18 PM | | Cash collateral budget | 4.5 |
| | | | | Update ability to adjust from cash to accrual reporting | |
| | | | | Start filling in Nov. MOR bank forms | |
| | | | | Segregate Boise facility revenue and expense from total | |
| | | | | to prepare go-forward budget w/o Boise. | |
| | 3:45 PM | 5:39 PM | | Cash collateral budget | 1.9 |
| | | | | Segregate Boise facility revenue and expense from total | |
| | | | | to prepare go-forward budget w/o Boise. | |
| 7-Dec-18 | 1:15 AM | 1:45 AM | | Create list of uncategorized transactions for A. Pasqualte | 0.5 |
| | 9:30 AM | 5:53 PM | | Update cash collateral budget for Boise sale | 8.4 |
| | | | | Segregate Boise payroll from consolidated for go-fwd budget | |
| | | | | Input & review Nov accrued/Dec paid payroll & tax accruals | |
| 9-Dec-18 | 12:10 PM | 2:03 PM | | Continue work on new cash collateral budget | 1.9 |
| | | | | Draft notes to new cash collateral budget | |
| 10-Dec-18 | 10:35 AM | 10:53 AM | | Record-keeping for UST report | 0.3 |
| | 4:45 PM | 6:56 PM | | Account roll-forward analysis | 2.2 |
| | | | | Continue work on cash collateral budget | |
| | | | | Update payroll transactions for final Nov. P/R paid on 12/10 | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 38.6 |
| | | | | **CARRY-FORWARD** | |
| | | | | **TOTAL HOURS** | 38.6 |



SAWTOOTH
FORENSICS, LLC

**CLIENT TIME SHEET**

**Client:** Safe Haven Health Care
**Advisor:** Walt Denekas

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. Increments) |
|---|---|---|---|---|---|
| 11-Dec-18 | 9:13 AM | 6:19 PM | | Match check registers in company A/P to Quicken and bank statements | 9.1 |
| | | | | Convert bank and company PDF reports to Excel for analysis | |
| | | | | Update payee & categories in Quicken per A/P check registers | |
| 12-Dec-18 | 9:50 AM | 2:41 PM | | Phone calls re. unmatched transfers | 4.9 |
| | | | | Continue work on new cash collateral budget | |
| | 8:05 PM | 11:23 PM | | Work with new software to convert PDF to Excel | 3.3 |
| 13-Dec-18 | 9:34 AM | 1:58 PM | | Update balance sheet for acctg. Changes | 4.4 |
| | | | | Update payroll for final P/R as paid | |
| | 2:19 PM | 2:42 PM | | Draft plan for reconstructing pre-petition financial statements | 0.4 |
| | 5:48 PM | 11:37 PM | | Track down imbalance in G/L | 5.8 |
| | | | | Continued work on new cash collateral budget | |
| 14-Dec-18 | 8:57 AM | 2:07 PM | | Revisions to MOR post attorney review | 5.2 |
| 15-Dec-18 | 2:28 PM | 5:25 PM | | Update UST MOR template for new categories. | 3.0 |
| | | | | Automate calculations in UST MOR forms and add cross checks | |
| 16-Dec-18 | 3:05 PM | 5:16 PM | | Update files in Dropbox | 2.2 |
| | | | | Find and resolve unmatched bank transfers | |
| | | | | Summarize bank transactions for Nov. MOR | |
| 17-Dec-18 | 10:00 AM | 12:30 AM | | Nov. fin. Stmts in prep for Nov MOR | 14.5 |
| 18-Dec-18 | 7:15 AM | 12:09 PM | | Auction for sale of Boise hospital | 4.9 |
| | 2:13 PM | 3:38 PM | | Update to cash collateral budget | 1.4 |
| | 4:00 PM | 6:30 PM | | 2.5 hrs. travel time omitted from prior report | |
| 19-Dec-18 | 6:55 AM | 4:35 PM | | Meeting w/ Omega regarding settlement. | 9.7 |
| | | | | Incl. RT travel time, Sun Valley to Boise | |
| 20-Dec-18 | 10:41 AM | 6:56 PM | | Prepare Nov. UST MOR | 8.3 |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 76.9 |
| | | | | **CARRY-FORWARD** | 38.6 |
| | | | | **TOTAL HOURS** | 115.5 |



**SAWTOOTH FORENSICS, LLC**

**CLIENT TIME SHEET**

**Client:  Safe haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | PART TIME | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 21-Dec-18 | 8:20 AM | 2:04 PM | | Prepare Nov. UST MOR | 5.7 |
| | 4:58 PM | 5:58 PM | | Time sheets & invoices | 1.0 |
| 22-Dec-18 | 7:45 PM | 8:09 PM | | Review specific claims for classification to creditor classes | 0.4 |
| 24-Dec-18 | 12:24 PM | 12:42 PM | | Nov. invoice | 0.3 |
| 26-Dec-18 | 3:48 PM | 5:13 PM | | System maintenence related to Quicken software Quicken files | 1.4 |
| 27-Dec-18 | 12:01 PM | 8:36 PM | | Claims analysis, classification, estimate of proceeds | 8.6 |
| 28-Dec-18 | 10:48 AM | 12:14 PM | | Additional work on claims | 1.4 |
| | 3:03 PM | 3:27 PM | | Additional work on claims workbook | 0.4 |
| | 4:09 PM | 6:16 PM | | New collateral budget | 2.1 |
| 30-Dec-18 | 6:13 PM | 7:44 PM | | QuickBooks installation and setup Quicken Converter installation & setup | 1.5 |
| 31-Dec-18 | 10:16 AM | 4:31 PM | | Assess feasibility of converting to QuickBooks | 6.3 |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 29.2 |
| | | | | **CARRY-FORWARD** | 115.5 |
| | | | | **TOTAL HOURS** | 144.7 |

**Open**    **ID:** 39238682

**Policy:** Personal

## Safe Haven 2018-12

$387.51

 **Walt Denekas (wmdtravel@att.net)**

Date
**Dec 19, 2018 to Dec 20, 2018**

**Client**

Safe Haven

| | DATE | MERCHANT | | MILEAGE | OFFICE SUPPLIES | TOTAL |
|---|---|---|---|---|---|---|
| | Dec 19, 2018 | 297 mi @ $0.545 / mi[3] | + | $161.87 | | $161.87 |
| | Dec 19, 2018 | Target[2] | | | $57.23 | $57.23 |
| | Dec 20, 2018 | 309 mi @ $0.545 / mi[1] | + | $168.41 | | $168.41 |
| | | | | $330.28 | $57.23 | $387.51 |

Notes

[L] The information on this receipt was manually entered. Please verify for authenticity.
[1] Mlg w/ Omega
[2] External backup hard drive
[3] BR hearing & Boise facility auction

## Report History & Comments

 Jan 5, 2019 9:15 PM PDT
You reopened this report

 Jan 5, 2019 9:12 PM PDT
You submitted this report (automatically closed due to submit-only policy) to wmdenekas@att.net , saying 'Safe Haven Expenses, Dec. 2018'

 Dec 21, 2018 3:02 PM PDT
You created this report

## Receipt Thumbnails

1/5/2019, 10:15 PM



Date:       Dec 19, 2018
Merchant:   Target
Total:      $57.23
Category:   Office Supplies
Comment:    External backup hard d...

Documents