Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 18-01044-JDP |
|---|---|
| SAFE HAVEN HEALTH CARE, INC., | Chapter 11 |
| Debtor. | |

**STIPULATION FOR ENTRY OF ORDER APPROVING APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC**

The Debtor in Possession, Safe Haven Health Care, Inc., by and through its counsel of record, ANGSTMAN JOHNSON, Walt Denekas, managing member of applicant, Sawtooth Forensics, LLC, and the United States Trustee, by and through its counsel of record, David Newman, having met and conferred on the pending Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Doc. No. 193), Acting United States Trustee's Objection to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Doc.. No. 196), and Supplement to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC, (Doc. No. 214), hereby stipulate to the entry of the Order attached hereto as Exhibit "A."  Walt Denekas agrees that future fee applications shall comply with the United States Trustee's fee application guidelines and provide adequate detail.  *See* 28 C.F.R. 58 Appendix A.

DATED this  21st  day of March, 2019.

        /s/ Walt Denekas
WALT DENEKAS
Consultant/ Applicant Managing Member, Sawtooth Forensics, LLC

DATED this  21st  day of March, 2019.

        /s/ Scott Burpee
SCOTT BURPEE
For Debtor in Possession
President, Safe Haven Care Inc.

DATED this  21st  day of March, 2019.

        /s/ Chad R. Moody
CHAD R. MOODY
Attorney for Debtor in Possession

DATED this  21st  day of March, 2019.

        /s/ David W. Newman
DAVID W. NEWMAN
Attorney for Acting United States Trustee

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 18-01044-JDP |
| SAFE HAVEN HEALTH CARE, INC., ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| _____ ) | |

### ORDER APPROVING APPLICATION FOR ALLOWANCE
### OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC

THIS MATTER came before the court for a hearing on the Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Doc. No. 193) (the "Application"), Acting United States Trustee's Objection to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Doc.. No. 196), and Supplement to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC, (Doc. No. 214) (the "Supplement") on February 27, 2019 (the "Hearing").  The Hearing was continued to March 25, 2019, to allow counsel for the Debtor and United States Trustee to meet and confer to resolve certain issues concerning the Application and Supplement.  After the Hearing, counsel for the Debtor, United States Trustee, and the applicant having met and conferred, stipulated to entry of this Order.

The Court having reviewed the Application and the full itemization of fees and costs, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Application is approved and Sawtooth Forensics, LLC is granted a payment for fees in the amount of $18,412.50 (which represents the amount of $20,797.50 for fees requested in Application less $2,385.00 requested fees for work completed before the date the Application was filed), and costs in the amount of

$740.95, for a total payment in the amount of $19,153.45.  The Debtor is authorized to pay the approved fees and costs as outlined in any approved cash collateral budget.  Approval of this amount does not constitute final approval of the hourly rates described in the Application or final approval of counsel's fees and costs requested.  The Court's approval of this application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with the Court's consideration of counsel's final fee application in this case.

    IT IS FURTHER ORDERED that the continued hearing for further consideration of the Application presently scheduled for March 25, 2019 at 1:30pm is hereby vacated.

    // end of text //


Order submitted by:
Chad R. Moody
Attorney for Debtor in Possession



Approved as to form by:

/s/ David W. Newman
David W. Newman
Attorney for Acting United States Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2019, I filed the foregoing STIPULATION FOR ENTRY OF ORDER APPROVING APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Leighton Aiken | laiken@fbfk.law |
| Matthew T. Christensen | mtc@angstman.com |
| R. Fred Cooper | rfclaw@ida.net |
| Greg L. Crockett | gregcrockett@hopkinsroden.com |
| William M. Humphries | bill.humphries@usdoj.gov |
| John J. Janis | johnjanis@aol.com |
| John F. Kurtz | jkurtz@hawleytroxell.com |
| Julia D. Kyte | jkyte@djplaw.com |
| David Henry Leigh | dleigh@rqn.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Robert J. Maynes | mayneslaw@hotmail.com |
| Alex P. McLaughlin | apm@givenspursley.com |
| Chad Moody | chad@angstman.com |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Janine P. Reynard | jpr@magicvalleylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Brent Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

    /s/ Chad R. Moody
Chad R. Moody