Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd. Suite 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
        chad@angstman.com

*Attorneys for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 18-01044-JDP |
| SAFE HAVEN HEALTH CARE, INC., | Chapter 11 |
| Debtor. | |

## SECOND APPLICATION FOR ALLOWANCE OF
## INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC

Walter Denekas, Chief Executive Officer of Sawtooth Forensics, LLC ("the Firm"), applies to the Court for allowance of fees and costs pursuant to 11 U.S.C. § 331, for services. Applicant respectfully states and represents to the Court that:

1.     On December 7, 2018, the Court entered an Order granting Debtor's Application to Employ Sawtooth Forensics, LLC (Document No. 129).

2.     Applicant is the managing member of Sawtooth Forensics, LLC, and makes this second application for allowance of compensation for professional services rendered, and for

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 1

reimbursement for actual necessary costs and expenses incurred since the commencement of the filing.

3.      The Applicant is a professional person and qualified to act in his advisory and consulting capacity for the Debtor in Possession.   The Applicant's qualifications, training, certifications, and experience demonstrates his skill and experience with clients in the context of a bankruptcy case.  See 11 U.S.C. § 330(a)(3).  The Applicant's qualifications are set forth in its Supplement to Application for Allowance of Interim Fees and Costs For Sawtooth Forensics, LLC (Document No. 214), which is incorporated here by reference.

4.      All services for which compensation is requested by Applicant were performed for and on behalf of said Debtor in Possession, and not on behalf of any committee, creditor or other person.  Applicant was the only person involved in the services for which compensation is requested and is specifically identified on the attached **Exhibit A** and incorporated here by reference.

5.      Payment of the fees and costs should be made pursuant to the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC as Exhibit "A" filed on January 11, 2019, (Document No.180).[1]

6.      Applicant has rendered extensive and vital services to the Debtor in Possession in the manner described on the attached Exhibit A, which is incorporated here by this reference.

---

[1]      The Debtor in Possession previously submitted an Application to Employ Sawtooth Forensics, LLC on October 2, 2018, (Doc. No. 75), this Court held a hearing on the application at which the Applicant's role was clarified and certain payment provisions contained in the contract between the Debtor in Possession and the Applicant were modified.  The Court entered an Order Granting the Applicant's employment effective October 2, 2018 (Doc. 129).  The Debtor in Possession filed its Supplement to Application to Employ Sawtooth Forensics, LLC attaching a revised Contract of Employment which reflected the clarifications and modified payment terms discussed at the hearing.

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 2

7.      The Applicant notes that, at the time of the Applicant's employment, the former chief financial officer ("CFO") had recently resigned.  The CFO was the only person who knew how to use Debtor-in-Possession's specialized and niche accounting system beyond limited clerical functions.  Consequently, to assist the Debtor in Possession in its financial management and its reporting requirements, the Applicant set up an interim accounting system to assist the Debtor in Possession in tracking its finances and required reporting.  In addition to setting up and maintaining an interim accounting system for reporting purposes, the Applicant analyzed financial data, advised on cash management, and assisted in the plan of reorganization, including defining creditor classes, assessing the potential recovery, and acted as an advisor to management for purposes of the bankruptcy process and operations.

8.      From January 1, 2019 to May 31, 2019, the Firm continues preparing Monthly Operating Reports to be submitted to the US Bankruptcy Trustee and assisting as needed, with financial and operational consultation as identified in the invoices attached in Exhibit A.

9.      Because of said services rendered by the Applicant, the Debtor in Possession was able to prepare Monthly Operating Reports, conduct and develop internal and external financial analysis of business operations, planning budgets for ongoing business operations, respond to various financial and reporting inquiries, asset sale transactions, and various motions filed and proposed negotiations in the case.  The Applicant's services have been critical in enabling the Debtor in Possession to analyze and develop its plan of reorganization, including communicating and collaborating with creditors and counsel on an ongoing basis. The Debtor's operations continue to be ongoing.

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 3

Matter: 12741-001

10.     The Applicant continues to utilize a timekeeping system called WorkTime that tracks time based on computer usage at 5-second intervals.  Time for non-computer activities, such as meetings, travel, phone calls, etc. is entered manually.  Each entry is coded for start and stop times, the client, the application, and the document worked on.

11.     The rate of compensation of Applicant was detailed in the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC, as Exhibit "A", (Docket No. 180).

12.     Such rates are reasonable and appropriate compensation for the services rendered to the Debtor in Possession.  In the Applicant's experience when performing similar services on behalf of Carl Marks Advisors for its clients, Carl Marks Advisors charges its clients a daily rate between $1,800 and $2,500 per day for the Applicant's time.  (*See* Document No. 214).  By comparison, the Debtor in Possession is being billed a net rate of $75.00 per hour.

13.     The Debtor seeks approval for the total compensation of the Firm in the amount of $28,575.00. Attached in Exhibit A are detailed statements in support of this application describing the services performed and the dates service was provided.

14.     The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

15.     Further, the Applicant sustained and incurred expenses and costs of $154.55 described and itemized in the statements attached hereto as Exhibit A, in connection with applicant's function and activities as attorney for the Debtor.

The Debtor in Possession has reviewed this application and approved the application and amounts requested.

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 4

Matter: 12741-001

WHEREFORE, the Applicant prays that an allowance be made in the sum of $28,575.00 for time and services rendered on Debtor in Possession's behalf, and $154.55 as and for reimbursement for expenses incurred by Applicant for a total of $28,729.55 as part of the costs and expenses of the representation of the Debtor in Possession in the above-named bankruptcy case.

DATED this __17__ day of June, 2019.

WALT DENEKAS, Consultant/ Applicant
Managing Member, Sawtooth Forensics, LLC

DATED this _19_ day of June, 2019.

Approved By:

/s/

SCOTT BURPEE
For Debtor In Possession
President, Safe Haven Care Inc.,

## NOTICE OF INTENT TO PRESENT EVIDENCE

Pursuant to Local Bankr. R. 9014.1, the Applicant provides notice that he intends to present evidence at the hearing on this Application.

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 5

## <u>ACCOMODATION FILING</u>

This document is being filed by Chad R. Moody as an accommodation to Sawtooth Forensics, LLC and/or Walt Denekas, which are not registered to file electronically with the United States Bankruptcy Court for the District of Idaho.


DATED this 18th day of June, 2019.


                         /s/ Chad Moody
                         CHAD R. MOODY


SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 6

Matter: 12741-001

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of June, 2019, I filed the foregoing SECOND APPLICATION FOR ALLOWANCE OF INTERIM F E E S A N D C O S T S F O R SAWTOOTH FORENSICS, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

R Fred Cooper on behalf of Creditor Hands of Hope Home Health and Hospice
rfclaw@ida.net, rfredcooperlaw@gmail.com

Gregory L Crockett on behalf of Creditor Bank of Idaho
gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

William M Humphries on behalf of Creditor Internal Revenue Service
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

William M Humphries on behalf of Creditor U.S. Small Business Administration
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

John J Janis on behalf of Creditor Betty Grant
johnjanis@aol.com

John F Kurtz, Jr on behalf of Creditor Idaho Associates, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Omega Healthcare Investors, Inc.
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Pocatello Idaho Property, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com
David Henry Leigh on behalf of Creditor ZB, N.A.
dleigh@rqn.com, dburton@rqn.com;docket@rqn.com

Robert J Maynes on behalf of Creditor Citizens Community Bank
mayneslaw@hotmail.com,
rosie.mayneslaw@gmail.com;maynestaggartecf@gmail.com;maynestaggart@gmail.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Randall A Peterman on behalf of Creditor ZB, N.A.
rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 7

Janine Patrice Reynard on behalf of Creditor Rebecca Taylor
jpr@magicvalleylaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Idaho Associates, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Omega Healthcare Investors, Inc.
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Pocatello Idaho Property, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

      Any others as listed on the Court's ECF Notice.

      I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

      See Attached Mailing Matrix

                    /s/ Chad Moody
                    Chad R. Moody

SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 8

Matter: 12741-001

AACO A-1 HEALTH CARE SERVICE
PO BOX 75111
SEATTLE, WA 9812

AAMCO MEDICAL, LLC
9847 S 500 W STE 200
SANDY, UT 84070-2576

BLAINE COUNTY
219 FIRST AVENUE SOUTH
SUITE 102
HAILEY, ID 83333

COLONIAL FUNDING NETWORK
120 WEST 45TH
NEW YORK, NY 10036

COLONIAL FUNDING NETWORK, INC.
As servicing provider for
EVOLUTION CAPITAL
120 W 45TH STREET 6TH FLOOR
NEW YORK, NY 10036

HANSEN HUNTER AND CO.
8930 SW GEMINI DRIVE
BEAVERTON, OR 97008

HOLLLAND AND HART
800 W MAIN STREET #1750
BOISE, ID 83702

IDAHO DEPT OF HEALTH AND WELFARE
CENTRAL REVENUE UNIT
PO BOX 83720
BOISE, ID 83720-0036

INDEPENDENCE REHAB
5314 RIVER RUN DR, STE. 140
PROVO, UT 84604

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19107-3460

MCKESSON MEDICAL-SURGICAL
Atten: Stephanie Hampton
4345 SOUTHPOINT BLVD
JACKSONVILLE, FL 32216

MEDSOURCE INCORPORATED
10520 SOUTH 700 EAST
SUITE 210
SANDY, UT 84070

NORIDIAN HEALTHCARE SOLUTION
PO BOX 6722
FARGO, ND 58108-6722

~~OMEGA HEALTHCARE INVESTORS~~
~~200 INTERNATIONAL CIRCLE~~
~~SUITE 300~~
~~HUNT VALLEY, MD 21030-1331~~
(Served Via ECF)

OMEGA MENTAL HEALTH
5985 W STATE STREET
BOISE, IDAHO 83703

PARKER PUBLIC AFFAIRS
599 W BANNOCK STREET
BOISE, IDAHO 83702

SAGE HEALTH CARE PLLC
413 N ALLUMBAUGH ST, STE. 101
BOISE, ID 83704

STATE OF IDAHO MEDICAID
PO BOX 83720
BOISE, ID 83720-0009

STRATEGIES 360 INC
1505 WESTLAKE AVENUE NORTH
SUITE 1000
SEATTLE, WA 98109

~~US SMALL BUSINESSS ADMIN~~
~~1651 ALVIN RICKEN DRIVE~~
~~POCATELLO, ID 83201~~
(Served Via ECF)

ALLIANCE LAUNDRY SERVICES
PO BOX 990
RIPON, WI 54971

BANK OF IDAHO
399 N. CAPITAL AVENUE
IDAHO FALLS, ID 83402

BUSINESS MERCHANT FUNDING
680 CENTRAL AVE
CEDARHURST, NY 11516

CASH CAPITAL GROUP
C/O NORTHWEST REGISTERED AGENT
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NEW YORK 12207

CCF LEASING CO
198 LOCUST ST S
TWIN FALLS, ID 83301

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

EASTERN IDAHO DEVELOPMENT
1651 ALVIN RICKEN DRIVE
POCATELLO, ID 83201

EMPIRE FUNDING
323 SUNNY ISLES BLVD, STE. 501
SUNNY ISLES BCH, FL 33160-4675

FUNDROCK, LLC
1080 MCDONALD AVE
BROOKLYN, NY 11218

IDAHO ASSOCIATES, LLC
303 W MADISON STREET
SUITE 2400
CHICAGO, IL 60606

KUBOTA CREDIT CORPORATION
1000 KUBOTA DRIVE
GRAPEVINE, TX 76051

PLUSLUX, LLC
461 DOUGHTY BLVD
INWOOD, NY 11096

POCATELLO IDAHO PROPERTY
303 WEST MADISON STREET
SUITE 2400
CHICAGO, IL 60606

ZIONS FIRST NATIONAL BANK
253 SOUTH MAIN STREET
POCATELLO, ID 83204

YELLOWSTONE CAPITAL
1 EVERTRUST PLAZA, 14TH FLOOR
JERSEY CITY, NEW JERSEY  07302

ZIONS BANK
1235 S UTAH AVE
IDAHO FALLS, ID 83402



SAWTOOTH
FORENSICS, LLC

PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/18/2019 | 141R |

| BILL TO |
|---------|
| Safe Haven Health Care<br>610 No. 6th Street<br>Bellevue, ID 83313 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/1/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy consulting per Time Sheet | 57.7 | 150.00 | 8,655.00 |
| Jan. 1-15, 2019 | | | 0.00 |
| Local vendor discount 50% | | | -4,327.50 |

| | | |
|---|---|---|
| Subtotal | | 4,327.50 |
| 0% Tax | | |

**EXHIBIT A**

| **Total** | | 4,327.50 |



# CLIENT TIME SHEET

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|---|------------------------|----------------------------------|
| 1-Jan-19 | 10:53 PM | 11:41 PM | | List of data requirements for Dec. MOR | 0.9 |
| 2-Jan-19 | 5:19 PM | 6:52 PM | | Online: PointClickCare reports | 1.6 |
| 3-Jan-19 | 12:43 PM | 1:09 PM | | Disclosure Statement | 0.5 |
| | 1:09 PM | 1:23 PM | | Summary of Boise sale transaction for Dec/Jan MOR & Disclosure Statement | 0.3 |
| 4-Jan-19 | 2:43 PM | 3:10 PM | | Update claims workbook | 0.5 |
| 6-Jan-19 | 1:33 PM | 1:45 PM | | Download QuickBooks Pro to review feasibility of conversion to QB | 0.2 |
| | 1:45 PM | 2:25 PM | | Create abridged version of bankruptcy petition for quick reference | 0.7 |
| | 3:37 PM | 4:03 PM | | PointClickCare reports | 0.5 |
| 7-Jan-19 | 11:16 AM | 12:27 PM | | Update Dec. MOR forms for Nov-Dec changes | 1.2 |
| | 12:55 PM | 4:15 PM | | Revised cash collateral budget | 3.4 |
| | 4:15 PM | 4:55 PM | | Call w/ Otander re. QB | 0.7 |
| | 1:37 PM | 4:55 PM | | UST bank forms, supplemental forms, reconciliations, and bank statements for Dec. MOR | 3.3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 13.8 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 13.8 |



**SAWTOOTH**
**FORENSICS, LLC**

# CLIENT TIME SHEET

**Client: Safe Haven Health Care**

**Advisor: Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 8-Jan-19 | 12:01 PM | 5:42 PM | | Assemble bank statements & categorize bank transactions for Dec MOR | 5.7 |
| 9-Jan-19 | 2:57 PM | 8:08 PM | | Download & categorize bank transactions from Jan-Aug for preparing F/S for CIM for facility sales | 5.2 |
| | 8:08 PM | 10:50 PM | | Merge downloads w/ QB & PCC versions | 2.7 |
| 10-Jan-19 | 11:56 AM | 11:02 PM | | Reconstruct 2018 Financial statements | 11.1 |
| 11-Jan-19 | 8:17 AM | 10:56 AM | | Accounting for Boise sales; business & B&B JV & updating cash collateral budget for revised Boise sale proceeds | 2.7 |
| | 3:44 PM | 4:15 PM | | Payroll accounting for Dec. MOR | 0.6 |
| 14-Jan-19 | 10:02 AM | 12:19 PM | | Time interspersed between:   A/R aging analysis for Dec. MOR   Foreclosure issue w/ Citiznes   Reconcile A/R roll-forward | 2.3 |
| | 12:59 PM | 4:24 PM | | Prepare debt schedules, creditor class schedules for Plan of Reorganization and Disclosure Statements | 3.5 |
| 15-Jan-19 | 8:15 AM | 9:30 AM | | Resolve unmatched transfers between bank accounts. Resolve uncategorized payees for Dec MOR. | 1.3 |
| | 9:30 AM | 6:14 PM | | Continue creditor schedules for Plan of Reorg & Disclosure Stmt. Review claims for potential bases for disputes. | 8.8 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 43.9 |
| | | | | **CARRY-FORWARD** | 13.8 |
| | | | | **TOTAL HOURS** | 57.7 |



# Invoice

PO Box 4953
Hailey, ID 83333
(208) 481-2358

| DATE | INVOICE # |
|------|-----------|
| 3/19/2019 | 142 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>610 N. 6th Street<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/1/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy Advisory Services per Time Sheet<br>Jan. 16- 31, 2019<br>50% Local Vendor discount | 49.8 | 150.00 | 7,470.00<br>0.00<br>-3,735.00 |

|  | Subtotal | 3,735.00 |
|--|----------|----------|
|  | 0% Tax | |
|  | **Total** | 3,735.00 |



# CLIENT TIME SHEET

**Client:  Safe haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 16-Jan-19 | 2:37 PM | 2:47 PM | | Download bank statements for Dec MOR | 0.2 |
| | 2:47 PM | 5:19 PM | | Meeting w/ Scott re. Plan of Reorganization | 2.6 |
| | 7:19 PM | 7:37 PM | | Accounting for Dec. MOR | 0.3 |
| 17-Jan-19 | 10:55 AM | 12:04 PM | | Acctg. For Dec. MOR | 1.2 |
| | 2:50 PM | 9:51 PM | | Reconstruct full-year 2018 financial statements | 7.1 |
| 21-Jan-19 | 10:32 AM | 6:43 PM | | Dec. MOR:  A/P analysis, prelim. F/S | 8.2 |
| 23-Jan-19 | 10:28 AM | 8:11 PM | | UST Dec MOR & related activity:  cross-checking, Quicken reports, etc. | 9.8 |
| 24-Jan-19 | 10:13 AM | 3:44 PM | | Dec. UST MOR:  A/R, UST report forms | 5.6 |
| | 4:01 PM | 5:02 PM | | Dec MOR | 1.1 |
| | 5:15 PM | 6:12 PM | | Narrative to Plan of Reorganization | 1.0 |
| 25-Jan-19 | 10:55 AM | 2:50 PM | | Interspersed:  Narrative to Plan of Reorg  Multiple calls to/from S. Burpee and Idaho Mtn. Express re. threat of foreclosure | 4.0 |
| 27-Jan-19 | 12:10 PM | 1:28 PM | | Supplemental schedules for Dec MOR:  bank acct detail, reconciliation reports, etc. | 1.3 |
| 28-Jan-19 | 10:50 AM | 12:46 PM | | Updated claims for Disclosure Stmt & Plan of Reorg. | 2.0 |
| | 12:59 PM | 2:45 PM | | Wrap-up activities related to Dec MOR:  final Quicken reports, save files, convert Excel files to permanent PDFs | 1.8 |
| 29-Jan-19 | 12:07 PM | 1:10 PM | | Research re. Omega/Wendell sale agreement | 1.1 |
| 31-Jan-19 | 1:27 PM | 3:52 PM | | Narrative to Plan of Reorg & Disclosure stmt | 2.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 49.8 |
| | | | | **TOTAL HOURS** | 49.8 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/20/2019 | 143 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>610 N. 6th Street<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/1/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy Advisory Services per Time Sheet | 71.3 | 150.00 | 10,695.00 |
| Feb. 1- 15, 2019 | | | 0.00 |
| 50% Local Vendor Discount | | | -5,347.50 |

| | Subtotal | 5,347.50 |
|--|----------|----------|
| | 0% Tax | |
| | **Total** | 5,347.50 |



# CLIENT TIME SHEET

**Client: Safe Haven Health Care**

**Advisor: Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 1-Feb-19 | 1:07 PM | 3:25 PM | | Review documents sent by attornies | 2.3 |
| 4-Feb-19 | 9:36 AM | 10:36 AM | | Download and categorize bank transactions for Jan MOR | 1.0 |
| | 11:38 AM | 6:08 PM | | Update Quicken for Jan MOR:<br>  Reconcile unmatched transfers<br>  Categorize transactions w/ missing info. | 6.5 |
| 5-Feb-19 | 10:44 AM | 11:13 AM | | Review documents related to R. Taylor claim | 0.5 |
| | 11:13 AM | 3:36 PM | | Update A/P for liability double-up | 4.4 |
| 5-Feb-19 | 5:31 PM | 5:52 PM | | Review claims to be disputed | 0.4 |
| 6-Feb-19 | 12:27 PM | 1:03 PM | | Additional claims review for Plan of Reorganization | 0.7 |
| | 4:15 PM | 5:43 PM | | Review & edit Compromise & Release Agreement | 1.5 |
| 7-Feb-19 | 9:00 AM | 12:07 PM | | Jan MOR: Payroll, A/R & A/P info from PCC | 3.2 |
| | 12:28 PM | 12:48 PM | | Review motions sent by attorneys | 0.4 |
| | 12:48 PM | 2:07 PM | | Review new IRS claim | 1.4 |
| | 2:07 PM | 2:22 PM | | Accoounting for Jan MOR | 0.3 |
| 7-Feb-19 | 2:52 PM | 6:27 PM | | Jan. A/R, P/R and A/P analyses for Jan MOR | 3.6 |
| | 8:28 PM | 9:59 PM | | Format analysis reports for improved readability | 1.6 |
| 8-Feb-19 | 11:57 AM | 12:18 PM | | A/R, revenue, collections reconciliation for Jan MOR | 0.4 |
| | 1:02 PM | 2:38 PM | | Prelim F/S for Jan MOR | 1.6 |
| 10-Feb-19 | 10:10 PM | 11:16 PM | | Reply to Objection to ST Forensics fee application | 1.1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 30.9 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 30.9 |



# CLIENT TIME SHEET

**Client: Safe Haven Health Care**

**Advisor: Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|---|------------------------|------|
| 11-Feb-19 | 9:56 AM | 5:31 PM | | Plan of Reorganization | 7.6 |
| | 6:12 PM | 8:38 PM | | Update claims schedules for Plan of Reorg | 2.5 |
| 12-Feb-19 | 2:10 PM | 3:48 PM | | A/P analysis for Jan MOR | 1.7 |
| | 3:48 PM | 5:15 PM | | Drafting Plan of Reorg & Disclosure stmt | 1.5 |
| 12-Feb-19 | 11:24 AM | 12:02 PM | | Conf. call w/ S. Burpee & M. Christiansen re. Plan of Reorg | 0.7 |
| 13-Feb-19 | 10:12 AM | 12:55 PM | | Update claims shedules for Plan of Reorg & edit for claims to be disputed or for wrong amounts | 2.8 |
| | 5:11 PM | 5:58 PM | | Claims schedules for Plan of Reorg | 0.8 |
| | 11:55 PM | 1:59 AM | | Update A/P for doubled-up liabilities | 2.1 |
| 14-Feb-19 | 9:44 AM | 11:23 AM | | Disclosure Statement | 1.7 |
| | 11:23 AM | 1:12 PM | | Updated A/P analysis for doubled-up transactions | 1.9 |
| | 1:36 PM | 12:03 AM | | Roll-forward effects of duplicate A/P liabilities to correct A/P from Petition Date through Dec. 2018 | 10.5 |
| 15-Feb-19 | 9:49 AM | 10:45 AM | | General accounting req'd for Jan MOR | 1.0 |
| | 10:45 AM | 2:39 PM | | Reconcile Quicken cash deposits to PCC reports | 3.9 |
| | 2:39 PM | 4:19 PM | | Quicken F/S req'd for revised Dec MOR | 1.7 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 40.4 |
| | | | | **CARRY-FORWARD** | 30.9 |
| | | | | **TOTAL HOURS** | 71.3 |



# SAWTOOTH
## FORENSICS, LLC

PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/21/2019 | 144 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>610 N. 6th Street<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/1/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy Advisory Services per Time Sheet | 90.7 | 150.00 | 13,605.00 |
| February 16 - 28, 2019 | | | 0.00 |
| L50% ocal Vendor Discount | | | -6,802.50 |
| RT, Hailey to Boise for BK hearing 2/27 281mi@$.55 | | | 154.55 |

| | Subtotal | 6,957.05 |
|--|----------|----------|
| | 0% Tax | |
| | **Total** | 6,957.05 |



# CLIENT TIME SHEET

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 16-Feb-19 | 10:11 PM | 11:40 PM | | Add new bank accounts to Quicken and UST forms | 1.5 |
| 17-Feb-19 | 12:30 AM | 1:49 AM | | Add check functions to A/P roll-forward workbooks | 1.4 |
| | 10:07 AM | 3:09 PM | | Revised Dec. MOR, incl. correcting interim periods | 5.1 |
| | 7:27 PM | 9:26 PM | | Draft Notes to Revised MOR | 2.0 |
| 18-Feb-19 | 12:09 AM | 1:58 AM | | Add'l work on Revised Dec MOR, esp. A/P analyses | 1.9 |
| | 10:46 AM | 2:28 PM | | New analysis for P/R tax accruals, payments & liability roll-forward | 3.7 |
| 19-Feb-19 | 1:40 PM | 3:00 PM | | Update claims workbook for settlements & Boise sale | 1.4 |
| 20-Feb-19 | 3:02 AM | 3:15 AM | | Complete UST forms for Revised MOR | 0.3 |
| | 3:15 AM | 4:23 AM | | Notes to Revised MOR | 1.2 |
| | 8:59 AM | 10:24 AM | | Assemble Revised MOR with updated supplemental sched's | 1.5 |
| | 11:35 AM | 1:10 PM | | Acct'g req'd for Jan MOR | 1.6 |
| 21-Feb-19 | 9:30 AM | 1:36 PM | | Jan MOR, incl. req'd analyses, preliminary F/S and balance sheet acct analyses, owner transactions, etc. | 4.1 |
| | 1:36 PM | 2:53 PM | | Updated to claims workbook | 1.3 |
| | 2:53 PM | 7:32 PM | | Resume work on Jan MOR | 4.7 |
| 22-Feb-19 | 4:52 AM | 5:10 AM | | Updates to P/R and P/R tax roll-forward analyses | 0.3 |
| | 10:34 AM | 3:00 PM | | [Continuation of above after break] | 4.5 |
| 23-Feb-19 | 12:21 PM | 2:22 PM | | Acct'g for Jan MOR | 2.1 |
| | 2:22 PM | 4:11 PM | | P/R, update tax payment detail from EFTPS forms | 1.9 |
| | 6:40 PM | 10:34 PM | | Update Quicken to manage payments for pre-pretition claims, adding add'l pre-petition liability accounts | 3.9 |
| 24-Feb-19 | 12:32 AM | 1:08 AM | | Review documents sent 2/23 from attorneys | 0.6 |
| | 12:55 PM | 5:42 PM | | January MOR.  Complete forms, write Jan. MOR narrative | 4.8 |
| | 6:18 PM | 11:20 PM | | [Continuation of above after break] | 5.1 |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 54.9 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 54.9 |



## CLIENT TIME SHEET

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 25-Feb-19 | 9:26 AM | 1:53 PM | | Updates to Jan MOR post review | 4.5 |
| | 1:53 PM | 3:29 PM | | Write narrative to Supplement to Sawtooth Forensics payment application | 1.6 |
| | | | | | |
| 25-Feb-19 | 4:25 PM | 4:43 PM | | Revisions to Jan MOR narrative | 0.3 |
| 26-Feb-19 | 9:47 AM | 12:48 PM | | Assemble final Jan MOR w/ all supplementary schedules | 3.1 |
| | 1:36 PM | 2:48 PM | | Update Jan MOR forms for Feb changes (head start on Feb) | 1.2 |
| | 4:29 PM | 6:46 PM | | Follow-up on Jan MOR; read-only versions of final schedules | 2.3 |
| 27-Feb-19 | 12:07 AM | 12:50 AM | | See if Quicken can generate a cash basis income stmt without export [Ans:  It can't without slight modification using Excel.] | 0.8 |
| | 9:00 AM | 12:00 PM | | Travel to Boise for BK hearing | 3.0 |
| | 12:00 PM | 1:30 PM | | Meetings w/ att'y re. docket items | 1.5 |
| | 1:30 PM | 3:00 PM | | BK hearing | 1.5 |
| | 3:00 PM | 3:30 PM | | Meeting w/ att'y re. docket items Meetings w/ Citizens & SBA re. Court's order | 0.6 |
| | 3:30 PM | 6:15 PM | | Travel:  Boise to Hailey | 2.8 |
| | 6:39 PM | 10:42 PM | | Add cash basis income statement to Jan MOR | 4.1 |
| 28-Feb-19 | 9:10 AM | 11:53 AM | | Review and update Jan MOR for att'y comments Add cash basis I/S per att'y request | 2.8 |
| | 2:13 PM | 5:28 PM | | Jan. MOR | 3.3 |
| | 6:03 PM | 7:31 PM | | Review documents sent by atty's | 1.5 |
| | 7:31 PM | 8:23 PM | | Review and redact MOR schedules for possible HIPAA data | 0.9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 35.8 |
| | | | | **CARRY-FORWARD** | 54.9 |
| | | | | **TOTAL HOURS** | 90.7 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/25/2019 | 146 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>610 N. 6th St<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/3/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankrupty advisory consulting<br>March. 01-15, 2019<br>50% Local Vendor Discount | 32.9 | 150.00 | 4,935.00<br>0.00<br>-2,467.50 |
| | Subtotal | | 2,467.50 |
| | 0% Tax | | |
| | **Total** | | 2,467.50 |



# CLIENT TIME SHEET

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 1-Mar-19 | 11:41 AM | 1:30 PM | | Jan MOR, notes & supplemental schedules | 1.8 |
| 3-Mar-19 | 5:45 PM | 7:59 PM | | Acct'g for Jan MOR; cross-check reports | 2.2 |
| | 8:18 PM | 8:41 PM | | [Continuation of above after break] | 0.4 |
| 4-Mar-19 | 11:34 AM | 12:16 PM | | Download & classify Feb month end transactions | 0.7 |
| | 5:38 PM | 6:12 PM | | Update pre-petition A/P activity | 0.6 |
| | 6:12 PM | 6:25 PM | | Download & classify Feb transactions | 0.2 |
| 5-Mar-19 | 11:03 AM | 1:04 PM | | Update A/P analysis (post-petition) for Feb MOR | 2.0 |
| | 4:56 PM | 5:21 PM | | Update Feb MOR UST forms for changes since Jan (add & delete bank accounts; update formulas) | 0.4 |
| 7-Mar-19 | 9:25 AM | 10:27 AM | | PCC reports needed for Feb MOR | 1.0 |
| | 1:15 PM | 1:47 PM | | Review UST comments to SF Forensics time sheets & reply | 0.5 |
| | 3:11 PM | 4:10 PM | | [Continuation of above after break] | 1.0 |
| 11-Mar-19 | 5:36 PM | 6:28 PM | | Draft supplemental notes to WorkTime and Analysis Programs | 0.9 |
| 12-Mar-19 | 10:38 AM | 12:13 PM | | A/R roll-forward, revenue, collections, adj'ts reconciliation | 1.6 |
| | 12:35 PM | 1:11 PM | | A/P analysis for Feb MOR | 0.6 |
| | 4:02 PM | 11:10 PM | | Feb MOR to meet 3/15 deadline requested by att'ys | 7.1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 21.0 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 21.0 |



# CLIENT TIME SHEET

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 13-Mar-19 | 11:13 AM | 11:44 AM | | Monor update to P/R tax roll-forward for Feb MOR | 0.5 |
| | 12:01 PM | 1:29 PM | | Feb MOR wrap-up: final Quicken reports, annotate & save Excel analyses | 1.5 |
| | 3:17 PM | 9:27 PM | | Supplemental schedules for Feb MOR:  reconciliation reports, bank transaction detail, print-outs of A/P analysis | 6.2 |
| | 9:27 PM | 10:11 PM | | Narrative to Feb MOR | 0.7 |
| 14-Mar-19 | 10:08 AM | 11:22 AM | | Final MOR; assemble into document for att'y review | 1.2 |
| | 10:14 AM | 10:24 AM | | Phone call w/ S. Burpee re. Feb MOR | 0.2 |
| | 10:24 AM | 11:22 AM | | Resequence Feb MOR and bookmark sections | 1.0 |
| 15-Mar-19 | 12:35 PM | 1:12 PM | | Final printout (PDF format) of Feb MOR | 0.6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 11.9 |
| | | | | **CARRY-FORWARD** | 21.0 |
| | | | | **TOTAL HOURS** | 32.9 |



**SAWTOOTH FORENSICS, LLC**

PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2019 | 148 |

| BILL TO |
|---------|
| Safe Haven Health Care
610 N. 6th Street
Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/23/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy Advisory Services
Mar. 16-31, 2019
50% Local Vendor Discount | 15.1 | 150.00 | 2,265.00
0.00
-1,132.50 |

| | | Subtotal | 1,132.50 |
|---|---|----------|----------|
| | | 0% Tax | |
| | | **Total** | 1,132.50 |



# CLIENT TIME SHEET

**Client:   Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 18-Mar-19 | 8:30 AM | 9:22 AM | | Feb. MOR:  Assemble final package for att'y review | 0.9 |
| | 9:22 AM | 9:24 AM | | Call w/ Liz Otander re. 2018 F/S | 0.1 |
| | 9:24 AM | 10:21 AM | | Feb:  MOR:  Assemble final package. | 1.0 |
| 20-Mar-19 | 9:51 AM | 10:53 AM | | Review docs sent by atty's re. objections to disclosure stmt | 1.1 |
| | 9:52 AM | 11:23 AM | | Weekly update call with atty's | 1.6 |
| 21-Mar-19 | 2:33 PM | 5:05 PM | | Prepare reply to UST's comments re. Jan/Feb MOR | 2.6 |
| 22-Mar-19 | 12:01 PM | 4:42 PM | | Prepare Feb. deposit detail per UST request.  (Not easy.  Must be done facility by facilty, tied out to bank records, and redacted for HIPAA compliance.) | 4.7 |
| 25-Mar-19 | 10:49 AM | 11:59 AM | | Review status of 2018 F/S in PCC | 1.2 |
| 26-Mar-19 | 11:24 AM | 1:17 PM | | Prepare reconciliation report between patient payments and total cash receipts for UST. | 1.9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 15.1 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 15.1 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/20/2019 | 149 |

| BILL TO |
|---------|
| Safe Have Health Care<br>620 N. 6th Street<br>Bellevue, ID 83313 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/5/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy financial consulting<br>April 1-15, 2019 | 9.9 | 150.00 | 1,485.00 |
| Local vender discount, 50% | | | -742.50 |

| | | |
|---|---|---|
| Subtotal | | 742.50 |
| 0% Tax | | |
| **Total** | | 742.50 |



# SAWTOOTH FORENSICS, LLC

## CLIENT TIME SHEET

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 2-Apr-19 | 3:52 PM | 4:35 PM | | Conf. call w/ attorneys' | 0.8 |
| | 8:29 PM | 9:41 PM | | Supplement to Jan/Feb MOR per UST request | 1.2 |
| 3-Apr-19 | 5:08 PM | 8:45 PM | | Download bank transactions and categorize payee & purpose | 3.7 |
| 5-Apr-19 | 11:46 AM | 3:03 PM | | Download, format & cross-check source data for A/R, revenue & collection schedules | 3.3 |
| 9-Apr-19 | 10:31 AM | 11:04 AM | | Prepare substitute bank statement for B of I.  (Bank unable to provided since updating web site.) | 0.6 |
| 10-Apr-19 | 3:31 PM | 3:49 PM | | Review checklist for data required for March MOR | 0.3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 9.9 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 9.9 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2019 | 150 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>620 N. 6th Street<br>Bellevue, ID 83313 |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/16/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy consulting- April 16-30, 2019<br>Primarily preparation of March Monthly Operating Report | 29.6 | 150.00 | 4,440.00 |
| Local vendor discount, 50% | | | -2,220.00 |
| | | Subtotal | 2,220.00 |
| | | 0% Tax | |
| | | **Total** | 2,220.00 |



# CLIENT TIME SHEET

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 16-Apr-19 | 1:27 PM | 6:05 PM | | March MOR - A/P analysis & inter-bank transfer reconciliation | 4.7 |
| 17-Apr-19 | 9:42 AM | 2:05 PM | | March MOR - Revenue, cash receipts & A/R; format UST transaction reports per HPPAA privacy regulations | 4.4 |
| | 2:24 PM | 3:54 PM | | March MOR - Payroll; resolve unclassified transactions | 1.5 |
| | 4:07 PM | 11:25 PM | | March MOR - [Interspersed activities] Pre- and post-petition A/R analysis; analyses for UST bank forms & accompanying schedules; prepare reconcilation between transaction sub-schedules and total receipts & disbursements on MOR | 7.3 |
| 18-Apr-19 | 3:30 PM | 11:38 PM | | March MOR - Assemble, cross-check and correct all schedules & analyses required for MOR | 8.2 |
| 19-Apr-19 | 12:21 PM | 3:49 PM | | March MOR - Prepare consolidated MOR & sub-schedules | 3.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 29.6 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 29.6 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/25/2019 | 151 |

| BILL TO |
|---------|
| Safe Haven Health Care<br>Belle Mountain Village<br>Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/9/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Bankruptcy advisory services, May 1-15, 2019 per attached time sheet.<br>50% Local business discount | 21.8 | 150.00 | 3,270.00<br>-1,635.00 |

| | |
|---|---|
| Subtotal | 1,635.00 |
| 0% Tax | |
| **Total** | 1,635.00 |


SAWTOOTH
FORENSICS, LLC

**CLIENT TIME SHEET**

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|------|------|-------|---|------------------------|------------------------------------|
| 1-May-19 | 11:48 AM | 12:58 PM | | Review newest filings | 1.2 |
| 2-May-19 | 1:51 PM | 3:12 PM | | Conf. call w/ Zions Bank re. Bellevue House | 1.4 |
| 8-May-19 | 4:16 PM | 4:53 PM | | April MOR:  Reconcile inter-account transfers | 0.7 |
| 11-May-19 | 3:57 PM | 7:45 PM | | April MOR:  Download PCC transactions and reports; run reports for error checking and data editing. | 3.8 |
| 12-May-19 | 11:57 PM | 12:23 AM | | April MOR:  Subsidiary schedules (eg., owner transactions) | 0.5 |
| 13-May-19 | 12:20 PM | 4:17 PM | | April MOR:  A/R-Billing-Collections roll-forward; accounts payable analysis, payroll tax analysis,reports for UST Bank Forms UST-2C, related continuation sheets, detailed receipts and disbursement schedules redacted for HPPAA compliance. | 4.0 |
| | 4:29 PM | 5:28 PM | | April MOR:  Payroll & payroll taxes | 1.0 |
| | 5:39 PM | 7:05 PM | | April MOR:  A/R subschedules, bank reconciliation reports, update uncategorized transactions | 1.5 |
| | 7:56 PM | 12:07 AM | | April MOR:  Begin populating UST Forms UST-2, UST-2A, UST-2B, and supplementary schedules. | 4.2 |
| 14-May-19 | 12:48 PM | 4:14 PM | | April MOR:  Create cash basis income statement.  Update all analyses and UST forms for adjustments identified when error-checking April MOR.<br>Create combined report with bookmarks for all supporting schedules. | 3.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **TOTAL HOURS, THIS PAGE** | 21.8 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 21.8 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2019 | 152 |

| BILL TO |
|---|
| Safe Haven Health Care
Bell Mountain Village
Bellevue, ID |

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/16/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy advisory consulting, May 15-31, 2019, per attached time sheet'
Local company discount | 2.2 | 150.00 | 330.00
-165.00 |
| | Subtotal | | 165.00 |
| | 0% Tax | | |
| | **Total** | | 165.00 |



# CLIENT TIME SHEET

**Client:  Safe Haven Health Care**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 20-May-19 | 1:32 PM | 1:51 PM | | Download updates to bank transactions | 0.4 |
| 22-May-19 | 12:51 PM | 1:12 PM | | Set up Bill Pay for new vendor and process initial payment | 0.4 |
| 25-May-19 | 2:59 PM | 3:45 PM | | Look up some information requested regarding the April MOR | 0.8 |
| 28-May-19 | 12:12 PM | 12:43 PM | | Phone call re. Wendell, Colonial and Citizens bank issues | 0.6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 2.2 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 2.2 |