Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
       chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 18-01044-JDP |
|---|---|
| SAFE HAVEN HEALTH CARE, INC., | Chapter 11 |
| Debtor. | |

**STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION**

**FOR COMPENSATION**

The Debtor in Possession, Safe Haven Health Care, Inc., by and through its counsel of record, ANGSTMAN JOHNSON, Walt Denekas, managing member of applicant, Sawtooth Forensics, LLC ("Sawtooth Forensics"), and the United States Trustee, by and through its counsel of record, Peter Kuhn, having met and conferred on the pending Second Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Doc. No. 324 – the "Second Fee Application"), agree and stipulate as follows:

1.      Under the Second Fee Application, Sawtooth Forensics requested compensation in the total amount of $28,729.55 ("Requested Compensation"), which included $28,575.00 for time and services rendered to the Debtor in Possession and $154.55 for reimbursement for expenses.

STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION – PAGE 1
Matter: 12741-001

2. Included in the time sheets attached as Exhibit A to the Second Fee Application were 4.2 hours[1] attributable to defending its first Application for Allowance of Interim Fees and Cost for Sawtooth Forensics, LLC (Doc. No. 193), and Supplement to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC, (Doc. No. 214) (collectively referred to as the "First Fee Application").

3. Calculated at Sawtooth Forensics' discounted hourly rate of $75.00 per hour, the total fees requested attributed to Sawtooth Forensics' defense of the First Fee Application were $315.00.

4. During discussions between the United States Trustee and Sawtooth Forensics concerning the Second Fee Application, counsel for the United State Trustee indicated that the time attributable to Sawtooth's defense of its First Fee Application was objectionable and should not be billed to or compensated by the Debtor's bankruptcy estate. Sawtooth Forensics agreed to write off the 4.2 hours and reduce its requested compensation by the $315.00.

5. Pursuant to this Stipulation, the parties agree that the compensation requested in Sawtooth Forensics' Second Fee Application for time and services rendered to the Debtor be reduced to $28,260.00 and that, including the requested reimbursable expenses incurred by Sawtooth Forensics of $154.55, the total allowance requested under the Second Fee Application be for the total allowance amount of $28,414.55.

*Signatures on next page*

---

[1] The 4.2 hours reflects the sum total of the following time entries included in Exhibit A to the Second Fee Application (Doc. No. 324): (1) 1.1 hours on February 10, 2019 (Doc. p.17), (2) 1.6 hours on February 25, 2019 (Doc. p.21), and (3) 1.5 hours on March 7, 2019 (Doc. p.23).

STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION – PAGE 2
Matter: 12741-001

DATED this  24th  day of July, 2019.

                                  /s/ Walt Denekas
WALT DENEKAS,
Consultant/ Applicant
Managing Member, Sawtooth Forensics, LLC

DATED this  24th  day of July, 2019.

                                  /s/ Peter Kuhn
PETER J. KUHN,
Attorney for Acting United States Trustee

DATED this  24th  day of July, 2019.        Approved by:

                                  /s/ Scott Burpee
SCOTT BURPEE
For Debtor in Possession
President, Safe Haven Care Inc.

STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION – PAGE 3
Matter: 12741-001

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2019, I filed the foregoing STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

R Fred Cooper on behalf of Creditor Hands of Hope Home Health and Hospice
rfclaw@ida.net, rfredcooperlaw@gmail.com

Gregory L Crockett on behalf of Creditor Bank of Idaho
gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

William M Humphries on behalf of Creditor Internal Revenue Service
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

William M Humphries on behalf of Creditor U.S. Small Business Administration
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

John J Janis on behalf of Creditor Betty Grant
johnjanis@aol.com

John F Kurtz, Jr on behalf of Creditor Idaho Associates, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Omega Healthcare Investors, Inc.
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

John F Kurtz, Jr on behalf of Creditor Pocatello Idaho Property, LLC
jkurtz@hawleytroxell.com, tnmiller@hawleytroxell.com

David Henry Leigh on behalf of Creditor ZB, N.A.
dleigh@rqn.com, dburton@rqn.com;docket@rqn.com

Robert J Maynes on behalf of Creditor Citizens Community Bank
mayneslaw@hotmail.com,
rosie.mayneslaw@gmail.com;maynestaggartecf@gmail.com;maynestaggart@gmail.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Randall A Peterman on behalf of Creditor ZB, N.A.
rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com

STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION – PAGE 4
Matter: 12741-001

Janine Patrice Reynard on behalf of Creditor Rebecca Taylor
jpr@magicvalleylaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Idaho Associates, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Omega Healthcare Investors, Inc.
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Pocatello Idaho Property, LLC
bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

      Any others as listed on the Court's ECF Notice.

      I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

      None

                             /s/ Chad Moody
                             Chad R. Moody

STIPULATION REGARDING SAWTOOTH FORENSICS' SECOND APPLICATION FOR COMPENSATION – PAGE 5
Matter: 12741-001