UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SAFE HAVEN HEALTH CARE, INC., | ) | Case No.: 18-01044-JDP |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |
| | ) | |

**ORDER APPROVING SECOND APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC**

THIS MATTER came before the court for a hearing on Second Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Docket 324 – the "Second Application"), on July 25, 2019 (the "Hearing"). Prior to the Hearing, a Stipulation Regarding Sawtooth Forensics' Second Application for Compensation, executed by Sawtooth Forensics and the United States Trustee, and approved by the Debtor, was filed noting an agreement whereby Sawtooth Forensics reduced the amount of fees sought under the Second Application by $315.00 (Docket No. 355 – "Stipulation"). The Court having reviewed the Stipulation, Second Application with its full itemization of fees and costs, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Second Application is approved subject to the terms set forth in the Stipulation. Sawtooth Forensics, LLC is granted a payment for fees in the amount of $28,260.00, and costs in the amount of $154.55, for a total payment in the amount of $28,414.55. The Debtor is authorized to pay the approved fees and costs as outlined in any approved cash collateral budget. Approval of this amount does not constitute final approval of the hourly rates described in the Application or final approval of

counsel's fees and costs requested. The Court's approval of this application is made pursuant to 11 U.S.C. § 331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with the Court's consideration of counsel's final fee application in this case.

// end of text //

Dated: August 1, 2019



_____

Honorable Jim D. Pappas

United States Bankruptcy Judge

Order submitted by:

Chad R. Moody, Attorney for the Debtor

Approved as to form by:

/s/ Laurie A. Cayton (approved by e-mail) _____
Laurie A. Cayton
Attorney the United States Trustee