IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**SAFE HAVEN HEALTH CARE, INC.,**<br><br>Debtor. | **Bankruptcy Case No. 18-01044-JDP**<br>(Chapter 11)<br>Judge Jim D. Pappas |

**ORDER GRANTING PATIENT CARE OMBUDSMAN'S THIRD INTERIM FEE APPLICATION**

This matter comes before this Court on Julia D. Kyte's, the duly appointed Patient Care Ombudsman ("Ombudsman"), Third Interim Fee Application, presently set for September 30, 2019, at 10:00 a.m. This Court having considered: the Patient Care Ombudsman's Notice of Third Interim Fee Application of the Patient Care Ombudsman and Notice of Opportunity for Hearing (D.E. 359), where the Notice indicated that this Court may, if there were no objections to the granting of the requested relief by August 19, 2019 (where no objections were received), may grant the relief without further notice or hearing; being duly advised, and with good cause appearing therefore; it is hereby:

ORDERED that the Third Interim Fee Application of the Patient Care Ombudsman is GRANTED, and the Patient Care Ombudsman's fees will be paid promptly by the Debtor upon entry of this Order in the amount of $7,450.00 in fees and $3,181.28 in costs, for a total amount of $10,631.28, as compensation and reimbursement for the Compensation Period.

// end of text //

SLC_4251281.1

DATED: August 27, 2019



Jim D. Pappas
U.S. Bankruptcy Court Judge

Order submitted by: Julia D. Kyte, attorney and Patient Care Ombudsman

**APPROVED AS TO FORM:**

UNITED STATES TRUSTEE

/s/ Peter J. Kuhn (via e-mail permission 08/21/19)
Peter J. Kuhn, on behalf of the U.S. Trustee

DEBTOR

/s/ Matthew T. Christensen (via e-mail permission 08/21/19)
Matthew T. Christensen
Chad R. Moody, attorneys for the Debtor

SLC_4251281.1