Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd. Suite 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
       chad@angstman.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SAFE HAVEN HEALTH CARE, INC.,<br><br>Debtor. | Case No. 18-01044-JDP<br><br>Chapter 11 |

### THIRD APPLICATION FOR ALLOWANCE OF

### INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC

Walter Denekas, Chief Executive Officer of Sawtooth Forensics, LLC ("the Firm"), applies to the Court for allowance of fees and costs pursuant to 11 U.S.C. § 331, for services.

Applicant respectfully states and represents to the Court that:

1. On December 7, 2018, the Court entered an Order granting Debtor's Application to Employ Sawtooth Forensics, LLC (Document No. 129).

2. Applicant is the managing member of Sawtooth Forensics, LLC, and makes this third application for allowance of compensation for professional services rendered, and for

reimbursement for actual necessary costs and expenses incurred since the commencement of the filing.

3. The Applicant is a professional person and qualified to act in his advisory and consulting capacity for the Debtor in Possession. The Applicant's qualifications, training, certifications, and experience demonstrates his skill and experience with clients in the context of a bankruptcy case. See 11 U.S.C. § 330(a)(3). The Applicant's qualifications are set forth in its Supplement to Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC (Document No. 214), which is incorporated here by reference.

4. All services for which compensation is requested by Applicant were performed for and on behalf of said Debtor in Possession, and not on behalf of any committee, creditor or other person. Applicant was the only person involved in the services for which compensation is requested and is specifically identified on the attached **Exhibit A** and incorporated here by reference.

5. Payment of the fees and costs should be made pursuant to the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC as Exhibit "A" filed on January 11, 2019, (Document No.180).

6. Applicant has rendered extensive and vital services to the Debtor in Possession in the manner described on the attached Exhibit A, which is incorporated here by this reference.

7. The Firm continues preparing Monthly Operating Reports to be submitted to the US Bankruptcy Trustee and assisting as needed, with financial and operational consultation as identified in the invoices attached in Exhibit A.

8. Because of said services rendered by the Applicant, the Debtor in Possession was able to prepare Monthly Operating Reports, conduct and develop internal and external financial

THIRD APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR
SAWTOOTH FORENSICS, LLC – PAGE 2

Matter: 12741-001

analysis of business operations, respond to various financial and reporting inquiries, and potential asset sale transactions. The Applicant's services have been critical in enabling the Debtor in Possession to analyze and develop its plan of reorganization, including communicating and collaborating with creditors and counsel on an as needed basis. The Debtor's operations continue to be ongoing.

9. The Applicant continues to utilize a timekeeping system called WorkTime that tracks time based on computer usage at 5-second intervals. Time for non-computer activities, such as meetings, travel, phone calls, etc. is entered manually. Each entry is coded for start and stop times, the client, the application, and the document worked on.

10. The rate of compensation of Applicant was detailed in the Contract of Employment attached to the Supplement to Application to Employ Sawtooth Forensics, LLC, as Exhibit "A", (Docket No. 180).

11. The Debtor seeks approval for the total compensation of the Firm in the amount of $9,300.34. Attached in Exhibit A are detailed statements in support of this application describing the services performed and the dates service was provided.

12. Applicant sustained and incurred expenses and costs of $172.84 described and itemized in the statements attached hereto as Exhibit A, in connection with applicant's function and activities as attorney for the Debtor.

13. Since the Order Approving Application for Allowance of Interim Fees and Costs, Applicant has received $46,672.50 in compensation from the Debtor towards its expenses and costs.

14. The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

The Debtor in Possession has reviewed this application and approved the application and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $9,127.50 for time and services rendered on Debtor in Possession's behalf, and 172.84 for reimbursement of expenses incurred by Applicant for a total of $9,300.34 as part of the expenses and costs of the representation of the Debtor in Possession in the above-named bankruptcy case.

DATED this 22nd day of November, 2019.

/s/ Walt Denekas
WALT DENEKAS,
Consultant/ Applicant Managing Member,
Sawtooth Forensics, LLC

DATED this 22nd day of November, 2019.    Approved By:

/s/ Scott Burpee
SCOTT BURPEE
For Debtor In Possession
President, Safe Haven Care Inc.,

## ACCOMMODATION FILING

This document is being filed by Chad R. Moody as an accommodation to Sawtooth Forensics, LLC and/or Walt Denekas, which are not registered to file electronically with the United States Bankruptcy Court for the District of Idaho.

DATED this 5th day of December, 2019.

                                                /s/ Chad Moody
                                              CHAD R. MOODY

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of December, 2019 I filed the foregoing THIRD APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Leighton Aiken | laiken@fbfk.law |
| R. Fred Cooper | rfclaw@ida.net |
| Gregory L. Crockett | gregcrockett@hopkinsroden.com |
| William M. Humphries | bill.humphries@usdoj.gov |
| John J. Janis | johnjanis@aol.com |
| John F Kurtz | jkurtz@hawleytroxell.com |
| Amber K. Kauffman | amber.kauffman@tax.idaho.gov |
| Peter J. Kuhn | peter.j.kuhn@usdoj.gov |
| John F. Kurtz | jkurtz@hawleytroxell.com |
| Julia D. Kyte | jkyte@djplaw.com |
| David Henry Leigh | dleigh@rqn.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Robert J. Maynes | mayneslaw@hotmail.com |
| Alex P. McLaughlin | apm@givenspursley.com |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Brian J. Porter | brian@hwmlawfirm.com |
| Brent T. Robinson | btr@idlawfirm.com |
| Louis V. Spiker | lvs@magicvalleylaw.com |
| Steven L. Taggart | staggart@maynestaggart.com |
| Brent Russel Wilson | bwilson@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

See Attached Mailing Matrix

      /s/ Chad Moody
      Chad R. Moody

THIRD APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC – PAGE 6

Matter: 12741-001

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested:
    $49,057.50
Fees Previously Awarded:
    $46,672.50
Fees Paid:
    $46,672.50
Expenses Prev. Requested:
    $895.50
Expenses Prev. Awarded:
    $895.50

Retainer Paid: $0

NAME OF APPLICANT:
*Walter Denekas/Sawtooth Forensics, LLC*

ROLE IN CASE: *Financial Consultant*

CURRENT APPLICATION:

Fees Requested:    $ 9,127.50
Expenses Requested:  $ 172.84
**Total Requested:    $ 9,300.34**

| Name of Professional | Current Application | Hourly Rate | Total for Application |
|---|---|---|---|
| Walter Denekas | 121.7 hours (Jun 2019 thru Oct 2019) | $150.00 | $18,255.00 minus 50% local business discount for a total of: $9,127.50 |
| Walter Denekas | Travel to Court Hearing: July 25, 2019 298 Miles | $0.58 | $172.84 (Costs) |

Total Fees:    $ 9,127.50
Total Costs:   $ 172.84
**TOTAL:    $ 9,300.34**

**Attached:** Invoices for June 2019 thru October 2019

| INVOICES | Fees | 50% Discount | Hours |
|---|---|---|---|
| Jun 1-30 | 3,180.00 | 1,590.00 | 21.2 |
| Jul 1-31 | 4,530.00 | 5,347.50 | 30.2 |
| Aug 1-31 | 5,310.00 | 2655.00 | 35.4 |
| Sep 1-28 | 2,685.00 | 1,342.50 | 17.9 |
| Oct 1-31 | 2,550.00 | 1,275.00 | 17.00 |

A♦J; Matter: 12741-001



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/16/2019 | 155 |

**BILL TO**

Safe Haven Health Care Inc.
620 N. 6th Street
Bellevue, ID 83313

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/31/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy consulting per attached time sheet<br>June 1-30, 2019 | 21.2 | 150.00 | 3,180.00 |
| Local business discount | | | -1,590.00 |

| | |
|---|---|
| Subtotal | 1,590.00 |
| 0% Tax | |
| **Total** | **1,590.00** |



**CLIENT TIME SHEET**

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 4-Jun-18 | 2:59 PM | 3:26 PM | | Transfer MOR template & update for May | 0.5 |
| 19-Jun-18 | 10:14 AM | 1:44 PM | | May MOR: Accounts payable schedules | 3.5 |
| | 2:03 PM | 7:42 PM | | May MOR:  UST-2C bank acct info<br>May MOR:  UST-2D Accts. Rec.<br>May MOR:  UST-2B Revenue | 5.7 |
| 20-Jun-18 | 12:29 PM | 10:04 PM | | May MOR:  UST-2C, detailed receipts<br>May MOR:  UST-2D, Accts. Payable<br>May MOR:  UST-2B, Payroll & P/R taxes<br>May MOR:  UST-2D. Related party transactions | 9.6 |
| 21-Jun-18 | 12:30 PM | 2:20 PM | | May MOR UST-2C, Cash receipt detail<br>May MOR, Assemble combined report | 1.9 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 21.2 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 21.2 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/16/2019 | 156 |

**BILL TO**

Safe haven Health Care, Inc.
620 N. 6th Street
Bellevue, ID 83313

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/31/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy consulting per attached time sheet July 01-31, 2019 | 30.2 | 150.00 | 4,530.00 |
| 50% Local business discount | | | -2,265.00 |
| Business mileage, 7/25 Bankruptcy hearing, Boise 298 miles @ $0.58 | 298 | 0.58 | 172.84 |

| | | Subtotal | 2,437.84 |
|---|---|---|---|
| | | 0% Tax | |
| | | **Total** | 2,437.84 |



**CLIENT TIME SHEET**

**Client:**

**Advisor:** Walt Denekas

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 3-Jul-18 | 8:52 AM | 9:40 AM | | Conf. call w/ Zions Bank re. Bellevue House | 0.8 |
| | 11:35 AM | 11:55 AM | | Follow-up call with Scott & attorneys re. above | 0.4 |
| 8-Jul-18 | 4:40 PM | 5:22 PM | | Call w/ Scott re. info. for MOR | 0.7 |
| 10-Jul-18 | 11:55 AM | 12:59 PM | | Multiple phone calls requesting info for June MOR | 1.1 |
| 22-Jul-18 | 12:34 PM | 12:52 PM | | Review filings sent by attorneys | 0.3 |
| 23-Jul-18 | 10:51 AM | 12:13 PM | | Phone call w/ Citizens Bank att'y re. patient transition options | 1.4 |
| | 12:13 PM | 2:05 PM | | June MOR: UST-2D, Accts. Payable detail | 1.9 |
| | 2:17 PM | 5:30 PM | | June MOR: UST-2B, Revenue<br>June MOE: UST-2D, Related party transactions<br>June MOR: UST-2D, Accounts Receivable<br>June MOR: UST-2D, Accounts Payable | 3.3 |
| 24-Jul-18 | 10:29 AM | 11:36 AM | | June MOR: UST-2D, Updates to Accts. Pay schedules | 1.2 |
| 25-Jul-18 | 6:25 AM | 10:00 AM | | Travel to BR hearing, Boise | 3.6 |
| | 10:00 AM | 11:05 AM | | BR Hearing, Boise | 1.1 |
| | 2:15 PM | 5:09 PM | | Travel from BR hearing, Boise | 2.9 |
| 29-Jul-18 | 10:47 AM | 8:51 PM | | June MOR: UST-2B, Payroll & P/R taxes<br>June MOR: UST-2C, Bank Accts<br>June MOR: UST-2C, Cash receipt detail<br>June MOR: UST-2B, Revenue<br>June MOR: Assemble combined report | 10.1 |
| 30-Jul-18 | 10:30 AM | 11:51 AM | | June MOR: Review & make minor corrections | 1.4 |
| | | | | **TOTAL HOURS, THIS PAGE** | 30.2 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 30.2 |



PO Box 4953  
Hailey, ID 83333  
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/28/2019 | 157 |

### BILL TO

Safe Haven Health Care  
Bell Mountain Village  
Bellevue, ID

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/13/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankrupty consulting per attached time sheet  August 1-31, 2019 | 35.4 | 150.00 | 5,310.00 |
| 50% Local business discount | | | -2,655.00 |

| | | |
|---|---|---|
| Subtotal | | 2,655.00 |
| 0% Tax | | |
| **Total** | | 2,655.00 |



**CLIENT TIME SHEET**

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 2-Aug-18 | 1:04 PM | 4:56 PM | | July MOR:  Update bank records | 3.9 |
| 6-Aug-18 | 1:01 PM | 1:24 PM | | Review filings sent by att'ys | 0.4 |
| 7-Aug-18 | 2:42 PM | 6:14 PM | | July MOR:  Download bank transactions & stmts<br>Reconcile inter-account transfers | 3.6 |
| 14-Aug-18 | 11:08 AM | 6:06 PM | | July MOR:  Identify unclassified transactions<br>Payroll & P/R tax accruals<br>Subsidiary schedules to go with MOR | 7.0 |
| 15-Aug-18 | 3:51 PM | 6:31 PM | | July MOR: Accts payable analysis | 2.7 |
| 16-Aug-18 | 10:15 AM | 4:12 PM | | July MOR:  Preliminary financial statements | 6.0 |
| 21-Aug-18 | 4:23 PM | 4:49 PM | | July MOR:  Revisions to A/P analysis required because of error in month-end A/P cutoff | 0.5 |
| 23-Aug-18 | 4:38 PM | 5:06 PM | | Review filings sent by atty's | 0.5 |
| 27-Aug-18 | 11:31 AM | 12:38 PM | | July MOR:  Revisions to A/P | 1.2 |
| 28-Aug-18 | 10:20 AM | 2:57 PM | | July MOR:  Updated financial stmts<br>Final formating | 4.7 |
| | 3:16 PM | 4:06 PM | | July MOR: continuation of above | 0.9 |
| 29-Aug-18 | 1:55 AM | 2:34 AM | | E-mails regarding August A/P cut-off procedures | 0.7 |
| | 11:53 AM | 1:57 PM | | July MOR:  Updates for July A/P cut-off problem | 2.1 |
| 30-Aug-18 | 12:25 PM | 1:34 PM | | July MOR:  Revised detail transaction subsidiary reports | 1.2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 35.4 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 35.4 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/28/2019 | 158 |

**BILL TO**

Safe Haven Health Care
Bell Mountain Village
Bellevue, ID

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/13/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy consulting per attached time sheet  September 1-28 | 17.9 | 150.00 | 2,685.00 |
| 50% Local business discount | | | -1,342.50 |

| | Subtotal | 1,342.50 |
|---|---|---|
| | 0% Tax | |
| | **Total** | **1,342.50** |



# CLIENT TIME SHEET

**Client:**

**Advisor:  Walt Denekas**

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 5-Sep-18 | 11:06 AM | 1:32 PM | | Aug MOR: Accts. payable analysis | 2.5 |
| | 2:08 PM | 3:59 PM | | Aug MOR:  Download bank transactions<br>Resolve inter-account transfers | 1.9 |
| 6-Sep-18 | 3:11 PM | 3:54 PM | | Aug MOR:  Identify uncategorized transactions | 0.8 |
| 16-Sep-18 | 10:23 AM | 12:09 PM | | Aug MOR:  Reconcile bank acct discrepancies<br>Aug. P/R and P/R taxes | 1.8 |
| | 1:44 PM | 8:08 PM | | Aug. MOR:  Accts payable analysis<br>Payroll tax roll-forward and reconciliation<br>Accts. rec. aging; Pre-petition A/R calculation<br>Cash disbursements subsidiary schedule<br>UST Schedules C (Bank forms)<br>Cash receipts subsidiary schedule | 6.4 |
| 17-Sep-18 | 12:41 PM | 5:07 PM | | Aug MOR:  Preliminary financial statements<br>Finalize UST report schedules | 4.5 |
| | | | | | |
| | | | | *Note:  The August MOR was much faster than usual due to the special accounts payable cut-off procedures implemented last month.* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL HOURS, THIS PAGE** | 17.9 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 17.9 |



PO Box 4953
Hailey, ID 83333
(208) 481-2358

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/1/2019 | 159 |

**BILL TO**

Safe Haven Health Care

| DUE DATE | P.O. NUMBER |
|---|---|
| 11/16/2019 | |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bankruptcy advisory services<br>October 1-31, 2019<br>50% Local business discount | 17 | 150.00 | 2,550.00<br>0.00<br>-1,275.00 |

Subtotal    1,275.00
0% Tax

**Total**    1,275.00



**Client:**

**Advisor:  Walt Denekas**

# CLIENT TIME SHEET

| DATE | FROM | UNTIL | | DESCRIPTION OF SERVICE | TIME SPENT (1/10 hr. increments) |
|---|---|---|---|---|---|
| 14-Oct-18 | 2:36 PM | 6:20 PM | | Sept. MOR:  Download bank stmts & transactions and update payees for A/P checks not identified in downloads | 3.8 |
| 16-Oct-18 | 10:50 AM | 6:41 PM | | MOR: A/P analysis; payroll transactions;bank acct. reconciliations; inter-account transfer reconciliation; revenue & collection transactions; identify uncategorized transactions for review | 7.9 |
| 17-Oct-18 | 10:57 AM | 4:12 PM | | MOR:  Preliminary financial statements; generate reconciliation reports & other supplemental reports for UST-2D | 5.3 |
| | | | | **TOTAL HOURS, THIS PAGE** | 17.0 |
| | | | | **CARRY-FORWARD** | XXXXXXX |
| | | | | **TOTAL HOURS** | 17.0 |