Peter J. Kuhn (USB 3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for the Acting United States Trustee, Gregory M. Garvin

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| In re: | Case No. 18-01044-JDP |
|---|---|
| SAFE HAVEN HEALTH CARE, INC., | Chapter 11 |
| Debtor. | |

**ACTING UNITED STATES TRUSTEE'S RESPONSE TO THIRD APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR SAWTOOTH FORENSICS, LLC**
**(Docket No. 436)**

   Gregory M. Garvin, the Acting United States Trustee ("United States Trustee"), does not object to approval of the Third Application for Allowance of Interim Fees and Costs for Sawtooth Forensics, LLC. The United States Trustee does not intend to appear at the hearing on this matter, if so scheduled.

Date:  January 3, 2020            GREGORY M. GARVIN
                                  Acting United States Trustee
                            Region 18

                                  By: /s/ Peter J. Kuhn
                                  PETER J. KUHN
                                  Attorney for the Acting United States Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 3, 2020, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

- Leighton Aiken    laiken@fbfk.law, jstapleton@fbfk.law
- Matthew Todd Christensen    mtc@angstman.com, mtcecf@gmail.com, govai@angstman.com, megan@angstman.com, abbie@angstman.com, ecf@angstman.com, atty_christensen@bluestylus.com, christensenmr81164@notify.bestcase.com
- R Fred Cooper    rfclaw@ida.net, rfredcooperlaw@gmail.com
- Gregory L Crockett    gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com
- William M Humphries    bill.humphries@usdoj.gov, jessica.black@usdoj.gov
- John J Janis    johnjanis@aol.com
- Amber K. Kauffman    amber.kauffman@tax.idaho.gov, Becky.Ihli@tax.idaho.gov
- Peter J Kuhn    peter.j.kuhn@usdoj.gov
- John F Kurtz    jkurtz@hawleytroxell.com, lhanks@hawleytroxell.com
- Julia D Kyte    jkyte@djplaw.com
- David Henry Leigh    dleigh@rqn.com, swilliams@rqn.com, docket@rqn.com
- Jed W. Manwaring    jmanwaring@evanskeane.com, valerie@evanskeane.com
- Robert J Maynes    mayneslaw@hotmail.com, rosie.mayneslaw@gmail.com, maynestaggartecf@gmail.com, maynestaggart@gmail.com
- Alex P McLaughlin    apm@givenspursley.com, jrt@givenspursley.com, kad@givenspursley.com, tmh@givenspursley.com
- Chad Moody    chad@angstman.com, govai@angstman.com, megan@angstman.com, caroline@angstman.com, ecf@angstman.com
- David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov
- Randall A Peterman    rap@givenspursley.com, kad@givenspursley.com, wandawhite@givenspursley.com
- Brian J Porter    brian@hwmlawfirm.com, judianne@ecf.courtdrive.com
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com, bjh@idlawfirm.com
- Louis Vaughn Spiker    lvs@magicvalleylaw.com
- Steven L Taggart    staggart@maynestaggart.com, rparson@maynestaggart.com, maynestaggartecf@gmail.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Brent Russel Wilson    bwilson@hawleytroxell.com, dsorg@hawleytroxell.com

   AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage paid, on the following:.

Jay Christensen
Remax Country Real Estate
812 E Clark St
Pocatello, ID 83201

Matthew Christensen
Angstman Johnson & Associates, PLLC
3649 N. Lakeharbor Lane
Boise, ID 83703

Equity Partners HG LLC
16 N Washington Street
Suite 102
Easton, MD 21601-3196

Sawtooth Forensics, LLC
1770 Laurelwood Dr
Hailey, ID 83333

               /s/ Lindsey Huston
               LINDSEY HUSTON