JULIA D. KYTE (Bar No. 13113)
**DURHAM JONES & PINEGAR**
111 South Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, UT 84110
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
Email: jkyte@djplaw.com
*Patient Care Ombudsman*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| In re: | **Bankruptcy Case No. 18-01044-JDP** |
|---|---|
| **SAFE HAVEN HEALTH CARE, INC.,** | (Chapter 11) |
|  | Judge Jim D. Pappas |
| Debtor. |  |

### FIFTH AND FINAL FEE APPLICATION OF THE PATIENT CARE OMBUDSMAN WITH REQUEST FOR DISCHARGE OF THE PATIENT CARE OMBUDSMAN

TO THE HONORABLE JIM D. PAPPAS, UNITED STATES BANKRUPTCY JUDGE:

The applicant Julia D. Kyte, Patient Care Ombudsman (the "Ombudsman") regarding the above-referenced Debtor, Safe Haven Health Care, Inc., respectfully represents as follows:

### SUMMARY OF APPLICATION

1. Name of Applicant: Julia D. Kyte.

2. Applicant Authorized to Provide Professional Services to the Court as Patient Care Ombudsman for: Debtor, Safe Haven Health Care, Inc.

3. Petition Date: August 10, 2018.

4. Date of Entry of Order Authorizing Appointment: September 13, 2018.

5. Effective Date of Order Authorizing Employment: September 13, 2018.

SLC_4986273.1

6. Period for Which Compensation and Reimbursement are Sought (the "Fifth and Final Compensation Period"): December 12, 2019 – April 13, 2020.

7. Amount of Compensation Sought as Actual, Reasonable and Necessary: During the Fifth and Final Compensation Period, the Patient Care Ombudsman has provided services for which she is now presenting the invoice to the Debtor that amount to a total of $2,200.00. That invoice or Statement of Account is attached hereto as Exhibit A.

8. Amount of Expenses Sought as Actual, Reasonable and Necessary: $4,631.00.

9. Interim or Final Application: This is the Fifth and Final application for compensation.

10. Prior fee applications: Four Prior Interim applications.

11. Fees previously allowed and paid from the estate: $31,490.00 in fees and $12,218.59 in costs, for a total amount of $43,708.59.

12. Fees paid from any other source: None.

13. Amount of retainer: None.

14. Names of professionals and paraprofessionals who billed time: Julia D. Kyte.

15. Hourly rate: $200.00. This is a reduced rate as Ombudsman's standard hourly rate as an attorney in her private practice was $300.00 at the time of assignment and is $335 currently, however, to ensure undersigned would be able to complete the necessary actions in this case between the facilities, this Ombudsman reduced her hourly rate accordingly. A CV has previously been provided to this Court.

## JURISDICTION AND VENUE

16. The Court has jurisdiction to determine this Application under 28 U.S.C. §§157 and 1334.

17. The Application is a core proceeding under 28 U.S.C. §157(b)(2)(A), (N) and (O).

18. Venue is proper under 28 U.S.C. §§1408 and 1409.

19. The relief sought herein is appropriate in accordance with the provisions of U.S.C. §§330, 331, and 503(b)(2), and Bankruptcy Rule 2016.

SLC_4986273.1

## SUMMARY OF EMPLOYMENT

20. The above-captioned Debtor petitioned the Court for relief under the provisions of Chapter 11 of the United States Bankruptcy Code on August 10, 2018.

21. On September 13, 2018, the Court entered its Order Directing The United States Trustee To Appoint A Patient Care Ombudsman.

22. On October 3, 2018, the Attorneys for the United States Trustee filed a Notice of Appointment of Patient Care Ombudsman.

23. All services for which compensation is sought are summarized in Exhibit A. All such services were performed for the Court and not for any other party to this matter.

24. The Ombudsman has received no payment and no promises of payment from anyone for services rendered or to be rendered herein.

25. The Ombudsman has not made any agreement with the Debtor or anyone else for compensation or reimbursement relating to the above-captioned case.

26. The Ombudsman's billing rate for services performed for the Court is $200.00 per hour. This is not undersigned's standard hourly rate as addressed above.

27. The Ombudsman is aware of other administrative expense claims that may have been earned by the Trustee and the Debtor's attorneys.

## GENERAL SUMMARY OF LEGAL SERVICES

During the Compensation Period, the Ombudsman rendered professional services to the Court in her capacity as Patient Care Ombudsman, which services are summarized as follows:

<u>Answer Questions of Parties that had received notices, E-mail and Speak with Debtor's Counsel, Monitor the Key Filings of the Debtor, and address Inquiry from the United States Trustee's Office about measures taken in light of the Coronavirus</u>

Responded to questions from parties that had received notices and directed them to Debtor's counsel, exchanged e-mails with Debtor's counsel regarding the final sale. Also, this Ombudsman reviewed the various pleadings related to the sale, or issues attached, and continually confirmed status with the Debtor's counsel. This Ombudsman also was contacted by Mr. Newman

SLC_4986273.1

from the United States Trustee's Office on March 9th and 10th, about whether Debtor had put in place measures to protect patients in light of the Coronavirus, at which time, Cascadia's counsel and Debtor's counsel confirmed that Cascadia had taken over operations at that point and the patients would be cared for. Mr. Newman confirmed that no further response to his office was required. This Ombudsman's recommendation related to approval as to Cascadia as the buyer for the Bellevue facilities has remained the same, and at this time Cascadia has moved forward with operations, where no further activity is required by this Ombudsman on this matter. As a result, this Ombudsman is filing the instant Fifth and Final Fee Application.

## SUMMARY OF COMPENSATION SOUGHT BY THE OMBUDSMAN

Attached hereto as Exhibit A is the invoice or Statement of Account addressing the monthly fees, which identify the services rendered and expenses incurred.

WHEREFORE, the Ombudsman respectfully requests entry of an Order approving the Fifth and Final Fee Application of Patient Care Ombudsman and for relief as follows:

1. Allowing the Ombudsman's fees and costs as described herein, in the amount of $2,200.00 in fees and $4,631.00 in costs, for a total amount of $6,831.00, as compensation and reimbursement for the Compensation Period; and,

2. Ordering that the Ombudsman's fees and costs be allowed as a Chapter 11 administrative expense under 11 U.S.C. §§330, 331, and 503(b)(2), and that all allowed fees and costs be paid to the Ombudsman from the Debtor's estate upon entry of the Order.

3. Ordering that the Ombudsman, an officer of the Court, be discharged upon entry of the Order.

DATED this 14th day of April, 2020.

SLC_4986273.1

**DURHAM JONES & PINEGAR**

By:     /s/ Julia D. Kyte
      JULIA D. KYTE
      *Patient Care Ombudsman*

SLC_4986273.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14th, 2020, I caused the foregoing document to be transmitted and served, via Electronic Filing on: Counsel for the United States Trustee's Office, Debtor's Counsel, as well as via Electronic Mail on Debtor, and via e-mail on Cascadia's counsel to provide to all current Patients via a conspicuous posting at all of the health care facilities that are the subject of the Fifth and Final Report of the Patient Care Ombudsman. I further certify that on April 15, 2020, the foregoing document will also be transmitted and served, via U.S. Mail, on: the approved mailing matrix for Creditors included on the list filed under Rule 1007(d); and the confidential mailing matrix for prior patients provided by the Debtor's attorneys, as updated by the Debtor's attorneys.

DATED this 14th day of April, 2020.

By:     /s/ Julia D. Kyte
        JULIA D. KYTE

SLC_4986273.1

# EXHIBIT A

**DURHAM JONES & PINEGAR**

Durham, Jones & Pinegar, P.C.
111 South Main, Suite 2400
Salt Lake City, Utah 84111
801.415.3000
801.415.3500 Fax
WWW.DJPLAW.COM
E.I.N. # 87-0399832

**Remittance Address:**
PO Box 4050
Salt Lake City, Utah 84110

April 13, 2020
Invoice #: 717071

U.S. Trustee's Office
David W. Newman & Brett R. Cahoon
720 Park Blvd., Ste. 220
David.W.Newman@usdoj.gov
Brett.R.Cahoon@usdoj.gov
Boise, ID  83712

### Invoice Summary

Client #:   56614   U.S. Trustee's Office
Matter #:   1       U.S. Trustee/Safe Haven Bankruptcy

For professional services rendered and costs advanced through April 13, 2020:

| | |
|---|---|
| Total Fees | $ 2,200.00 |
| Total Expenses | $ 4,631.00 |
| **Total of This Invoice** | **$ 6,831.00** |

*Interest accrues at 1.5% per month on balance not paid after 30 days.*

## Terms: Total Balance Due Upon Receipt

Durham Jones & Pinegar, P.C.

Client #:   56614      U.S. Trustee's Office
Matter #:   1          U.S. Trustee/Safe Haven Bankruptcy
Invoice #:  717071

**Detail of Professional Fees**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 12/16/19 | JDK | Telephone call to Judge Pappas' clerk to set hearing date for Notice of Hearing on Fourth Interim Fee Application | .10 | 20.00 |
| 12/23/19 | JDK | Review and respond to Judge Pappas' clerk regarding: hearing date and providing negative notice | .10 | 20.00 |
| 12/23/19 | JDK | Prepare Notice of Hearing and file it | 1.10 | 220.00 |
| 1/03/20 | JDK | Review and respond to e-mail from company addressing that they keep receiving notices but do not believe that Safe Haven was a customer and would like to be removed from the mailing list; correct Exhibit A to Fee Application based on Peter Kuhn's e-mail noting travel time not reduced | .30 | 60.00 |
| 1/05/20 | JDK | Pursuant to Peter Kuhn's e-mail, prepare Amended Fourth Interim Fee Application and Notice regarding: same to file with the bankruptcy court | .50 | 100.00 |
| 1/06/20 | JDK | Telephone call to and from Judge Pappas' clerk, revise the Amended Fee Application and Notice based on her response and file with the Court' e-mail to opposing counsel and others as standard procedure; review the e-mails of Citizens Counsel and Cascadia's response regarding the timing of the closure of the sale | .50 | 100.00 |
| 1/20/20 | JDK | Review and respond to telephone call from Greg Anderson with Silver Creek hotel in Bellevue, ID regarding: outstanding amount owed in bankruptcy | .20 | 40.00 |
| 1/21/20 | JDK | Telephone with Greg Anderson, owner of Silver Creek Hotel, and gave him contact information for Debtor's counsel regarding: outstanding invoice for his hotel | .20 | 40.00 |
| 1/27/20 | JDK | Prepare proposed Order on Amended Fourth Interim Fee Application and e-mail to counsel for Debtor and U.S. Trustee's office on approval as to form | .40 | 80.00 |
| 1/28/20 | JDK | Receive e-mails from Mr. Kuhn and Debtor's counsel approving proposed Order and granting permission to affix electronic signatures; formalize proposed Order and submit to clerk of the court | .30 | 60.00 |
| 1/29/20 | JDK | Review e-mail from Clerk of the Court and file Statement of no objection; respond to Clerk of the Court to confirm it has been done | .20 | 40.00 |
| 1/30/20 | JDK | Review e-mail from Matthew Christensen regarding: sale of the Bellevue Facilities; review proposed order, prepare one redline edit, and e-mail back to Matthew for review; review Matthew's response, provide approval, and review responsive attorneys from other attorneys with their proposed edits | .50 | 100.00 |
| 1/31/20 | JDK | Review and respond to Debtor's counsel's e-mail giving final approval; review Order approving sale submitted to the Court | .20 | 40.00 |
| 3/09/20 | JDK | Review David Newman's e-mail and e-mail the Debtor, Debtor's counsel, and new owner's counsel regarding: coronavirus preparations and asking for a formal response; | .60 | 120.00 |

Durham Jones & Pinegar, P.C.

Client #:   56614    U.S. Trustee's Office
Matter #:   1        U.S. Trustee/Safe Haven Bankruptcy
Invoice #:  717071

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | review response from Steve LaForte and subsequent e-mail exchanges between Mr. Newman and others | | |
| 3/31/20 | JDK | Review notices from Debtor's counsel about hearing and motion to convert to chapter 7 bankruptcy | .20 | 40.00 |
| 4/01/20 | JDK | E-mail to Debtor's counsel regarding clarification on reasons for request to convert from Chapter 11 to Chapter 7 bankruptcy and calendar telephonic hearing on April 14th | .20 | 40.00 |
| 4/08/20 | JDK | Review Bank of Idaho's Objection Pleading to the Safe Haven's Motion to Convert to Chapter 7 Bankruptcy | .20 | 40.00 |
| 4/08/20 | JDK | E-mail to Debtor's counsel asking for further information on the conversion | .10 | 20.00 |
| 4/09/20 | JDK | E-mail to Judge Pappas' clerk seeking permission to not attend the telephonic hearing next week and move forward with preparing my final fee application and request for discharge in the case | .20 | 40.00 |
| 4/09/20 | JDK | Review and respond to Debtor's counsel's e-mail indicating his belief that I did not need to attend the hearing next week and could submit a final fee application | .10 | 20.00 |
| 4/09/20 | JDK | Review and respond to second e-mail from Judge Pappas' clerk indicating she has forwarded on the communication about my inquiry regarding the hearing next week | .20 | 40.00 |
| 4/09/20 | JDK | Receive the Court Clerk's e-mail confirming that I don't need to attend the telephonic hearing and respond about filing a final report early next week | .10 | 20.00 |
| 4/10/20 | JDK | Prepare Fifth and Final Fee Application for Patient Care Ombudsman with Request for Discharge | 2.00 | 400.00 |
| 4/13/20 | JDK | E-mail exchange with Judge Pappas' clerk regarding: hearing for final fee application; prepare Notice of Hearing on Fifth and Final Fee Application; prepare proposed Order for Fifth and Final Fee Application | 2.40 | 480.00 |
| 4/13/20 | JDK | Request for invoice from December 12 through present date to reduce all travel entries in half and to attach as Exhibit A to the Fifth and Final Fee Application for the Patient Care Ombudsman | .10 | 20.00 |

Total Fees:   $ 2,200.00

**Detail of Client Expenses**

| Date | Description | Amount |
|---|---|---|
| | Copy Charge* | 3,321.30 |
| | Postage* | 1,309.10 |
| 3/31/20 | Pacer Online Research | .60 |

Total Expenses:   $ 4,631.00

SALT LAKE CITY | LEHI | OGDEN | ST. GEORGE

Page | 3

**DURHAM JONES & PINEGAR**

Durham, Jones & Pinegar, P.C.
111 South Main, Suite 2400
Salt Lake City, Utah 84111
801.415.3000
801.415.3500 Fax
WWW.DJPLAW.COM
E.I.N. # 87-0399832

REMITTANCE ADDRESS:
PO Box 4050
Salt Lake City, Utah 84110

April 13, 2020

U.S. Trustee's Office
David W. Newman & Brett R. Cahoon
720 Park Blvd., Ste. 220
David.W.Newman@usdoj.gov
Brett.R.Cahoon@usdoj.gov
Boise, ID  83712

### Remittance Advice
*To insure proper credit to your account, please return this remittance if paying by check.*

Client #:         56614        U.S. Trustee's Office
Matter #:             1        U.S. Trustee/Safe Haven Bankruptcy
Invoice #:       717071
Billing Attorney:            JDK

**Current Invoice**                    **$ 6,831.00**

*Terms: Total Balance Is Due Upon Receipt*

**To Pay By Check:**
Please remit check payment to:       Durham Jones & Pinegar
                                     PO Box 4050
                                     Salt Lake City, UT  84110

**To Pay By ACH, Credit or Debit Card:**
Payments may be made by ACH, credit or debit cards online at www.djplaw.com/bill.pay

*Please note that payments made by credit card are subject to a surcharge fee of 1.99%, which will be assessed at the time of your payment transaction.*

If you prefer that invoices be sent to you by e-mail, please provide your e-mail address below: