# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**SAFE HAVEN HEALTH CARE, INC.,**<br><br>Debtor. | Case No. 18-01044-JDP<br>Chapter 7 |

### ORDER APPROVING APPLICATION FOR ALLOWANCE OF ADMINSTRATIVE EXPENSES AND FEES FOR SAWTOOTH FORENSICS LLC
(docket no. 497)

The Application for Allowance of Administrative Expenses and Fees for Sawtooth Forensics, LLC (Doc. No. 497 – the "Application") having come before the Court; the Court having reviewed the Application and the full itemization of fees and costs, no objections to the Application having been filed, and good cause appearing therefore;

IT IS HEREBY ORDERED that Sawtooth Forensics LLC is granted fees and costs in the amount of $10,275.00 for work performed for the Debtor in its Chapter 11 case prior to conversion to Chapter 7.

Due to the conversion of this case to one proceeding under Chapter 7 of the Bankruptcy Code, said fees and reimbursement shall be paid pursuant to the terms of 11 U.S.C. §726, with Sawtooth Forensics LLC having a chapter 11 administrative expense claim under 11 U.S.C. §503(b), which shall be paid according to the provisions of 11 U.S.C. §§507 and 726. //end of text//

DATED: July 10, 2020



_____
Jim D. Pappas
U.S. Bankruptcy Judge

Order submitted by:
*/s/ Alexandra Caval*
Attorney for Sawtooth Forensics LLC

Approved as to form & content:
*/s/ Jason Naess (signature authorized via e-mail)*
Attorney for the Chapter 7 Trustee