Rhett M. Miller, ISB No. 11163
PARSONS, LOVELAND,
SHIRLEY & LINDSTROM, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rhett@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146

*Attorneys for Gary L. Rainsdon, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SAFE HAVEN HEALTHCARE, INC.,<br><br>Debtor. | Case No. 18-01044-JDP<br><br>Chapter 7 |

**STATUS UPDATE ON BANK OF IDAHO'S MOTION FOR AN ORDER REQUIRING PAYMENT OF BANK OF IDAHO'S ADMINISTRATIVE CLAIM AND JOHNSON MAY'S REQUEST FOR ORDER ALLOWING ADMINISTRATIVE EXPENSES AND FEES FOR COUNSEL AND DIRECTING TRUSTEE TO MAKE PAYMENT**

COMES NOW, Gary L. Rainsdon ("Trustee"), the chapter 7 trustee above captioned bankruptcy case, by and through counsel, Parsons, Loveland, Shirley & Lindstrom, LLP and as requested, hereby apprises the Court of his discussions regarding the Bank of Idaho's Motion for an Order Requiring Payment of Bank of Idaho's Administrative Expense Claim (Dkt. No. 603) and Johnson May's Request for Order Allowing Administrative Expenses and Fees for Counsel and Directing Trustee to Make Payment (Dkt. No. 623), which were heard by this Court on Tuesday, October 19 (Dkt. No. 629) as follows:

**CURRENT STATUS OF MOTIONS AND NEGOTIATIONS**

The Trustee has engaged in negotiations and discussions with the Bank of Idaho, Johnson May and numerous other administrative claimants. The Trustee anticipates that an agreement for

a conservative interim distribution is imminent. If finalized, such agreement will likely involve the Trustee filing a motion for a conservative interim payment followed by withdrawal of the motions of Bank of Idaho and Johnson May. At this point, the parties are working to confirm the amount of the claim of the United States Trustee (Claim #106). Once such amount is confirmed, the Trustee anticipates the parties will stipulate to the amount of an interim distribution, at which time the Trustee will file a motion for interim distribution, and the movants will withdraw their pending motions.

If such a stipulation has not materialized by November 16, 2022, the Trustee will apprise the Court of the stalemate.

DATED this 2nd day of November, 2022.

PARSONS, LOVELAND, SHIRLEY, & LINDSTROM, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller
Counsel for Gary L. Rainsdon, Trustee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2022, a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Leighton Aiken on behalf of Creditor Idaho Associates, LLC
laiken@fbfk.law, eglenn@fbfk.law

Leighton Aiken on behalf of Creditor Pocatello Idaho Property, LLC
laiken@fbfk.law, eglenn@fbfk.law

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval on behalf of Other Professional Sawtooth Forensics, LLC
alex@cavallawoffice.com, R71985@notify.bestcase.com

    Matthew T. Christensen on behalf of Counter-Claimant Safe Haven Health Care, Inc.
    mtc@johnsonmaylaw.com,
mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

    Matthew T. Christensen on behalf of Debtor Safe Haven Health Care, Inc.
    mtc@johnsonmaylaw.com,
mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

    Matthew T. Christensen on behalf of Defendant Safe Haven Health Care, Inc.
    mtc@johnsonmaylaw.com,
mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

    Matthew T. Christensen on behalf of Interested Party Angstman Johnson
    mtc@johnsonmaylaw.com,
mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

    R Fred Cooper on behalf of Creditor Hands of Hope Home Health and Hospice
    rfclaw@ida.net, rfredcooperlaw@gmail.com

    William Reed Cotten on behalf of Debtor Scott Franklin Burpee
    wrc@idlawfirm.com,
bcl@idlawfirm.com;bjh@idlawfirm.com;cottenwr98259@notify.bestcase.com

    Gregory L Crockett on behalf of Creditor Bank of Idaho
    gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

    Robert A Faucher on behalf of Defendant Holland & Hart LLP
    rfaucher@hollandhart.com,
boiseintaketeam@hollandhart.com;spturner@hollandhart.com

    David W. Gadd on behalf of Creditor Rebecca Taylor
    dwg@magicvalleylaw.com, jfb@magicvalleylaw.com

    Daniel C Green on behalf of Defendant Yellowstone Capital, LLC
    dan@racineolson.com, mcl@racinelaw.net

    William M Humphries on behalf of Creditor Internal Revenue Service
    bill.humphries@usdoj.gov, jessica.black@usdoj.gov

**STATUS UPDATE ON MOTIONS FOR INTERIM DISTRIBUTION**      - 3

William M Humphries on behalf of Creditor U.S. Small Business Administration
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

John J Janis on behalf of Creditor Betty Grant
johnjanis@aol.com

Jay A Kohler on behalf of Creditor Jan M Eastman
paralegal@kohlerlawif.com, jaykohler@live.com

Peter J Kuhn on behalf of U.S. Trustee US Trustee
peter.j.kuhn@usdoj.gov

John F Kurtz, Jr on behalf of Creditor Idaho Associates, LLC
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

John F Kurtz, Jr on behalf of Creditor Omega Healthcare Investors, Inc.
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

John F Kurtz, Jr on behalf of Creditor Pocatello Idaho Property, LLC
jfk@kurtzlawllc.com, tnd@kurtzlawllc.com

Julia D Kyte
jkyte@djplaw.com

David Henry Leigh on behalf of Creditor ZB, N.A.
dleigh@rqn.com, docket@rqn.com;asanchez@rqn.com

Jed W. Manwaring on behalf of Counter-Defendant Colonial Funding Network, Inc.
jmanwaring@evanskeane.com, valerie@evanskeane.com

Jed W. Manwaring on behalf of Creditor Colonial Funding Network, Inc.
jmanwaring@evanskeane.com, valerie@evanskeane.com

Jed W. Manwaring on behalf of Creditor IPFS Corporation
jmanwaring@evanskeane.com, valerie@evanskeane.com

Jed W. Manwaring on behalf of Plaintiff Colonial Funding Network, Inc.
jmanwaring@evanskeane.com, valerie@evanskeane.com

Alex P McLaughlin on behalf of Creditor ZB, N.A.
apm@givenspursley.com, jrt@givenspursley.com;kad@givenspursley.com;tmh@givenspursley.com

James K Miersma on behalf of Creditor Ally Bank, dba Ally Financial

**STATUS UPDATE ON MOTIONS FOR INTERIM DISTRIBUTION** - 4

    bknotice@mccarthyholthus.com,
jmiersma@ecf.inforuptcy.com;jmiersma@ecf.courtdrive.com

    Rhett Michael Miller on behalf of Plaintiff Gary Rainsdon
    rhett@pmt.org

    Rhett Michael Miller on behalf of Trustee Gary L Rainsdon
    rhett@pmt.org

    Chad Moody on behalf of Accountant Douglas, Sheets, and Stremcha CPA, LLC
    crm@johnsonmaylaw.com,
acs@johnsonmaylaw.com;cjc@johnsonmaylaw.com;mar@johnsonmaylaw.com;ecf@johnsonmaylaw.com

    Chad Moody on behalf of Debtor Safe Haven Health Care, Inc.
    crm@johnsonmaylaw.com,
acs@johnsonmaylaw.com;cjc@johnsonmaylaw.com;mar@johnsonmaylaw.com;ecf@johnsonmaylaw.com

    Chad Moody on behalf of Interested Party Angstman Johnson
    crm@johnsonmaylaw.com,
acs@johnsonmaylaw.com;cjc@johnsonmaylaw.com;mar@johnsonmaylaw.com;ecf@johnsonmaylaw.com

    David Wayne Newman on behalf of U.S. Trustee US Trustee
    david.w.newman@usdoj.gov, ustp.region18.bs.ecf@usdoj.gov

    Randall A Peterman on behalf of Creditor ZB, N.A.
    rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com

    Brian J Porter on behalf of Creditor Kubota Credit Corporation
    brian@hwmlawfirm.com, judianne@ecf.courtdrive.com

    Gary L Rainsdon
    trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

    Gary L Rainsdon on behalf of Auctioneer U.S. Auctions LLC
    trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

    Gary L Rainsdon on behalf of Trustee Gary L Rainsdon
    trustee@filertel.com, id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com

    Brent T Robinson on behalf of Debtor Scott Franklin Burpee
    btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com

    Brent T Robinson on behalf of Interested Party Scott F Burpee

**STATUS UPDATE ON MOTIONS FOR INTERIM DISTRIBUTION**    - 5

btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com

Brent T Robinson on behalf of Interested Party Scott F. Burpee
btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com

Lewis Nishioka Stoddard on behalf of Creditor Kubota Credit Corporation
lewis@hwmlawfirm.com, judianne@ecf.courtdrive.com;jessica@hwmlawfirm.com

Steven L Taggart on behalf of Creditor Citizens Community Bank
staggart@olsentaggart.com, rparson@olsentaggart.com;Taggartoffice01@gmail.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor AACO-A1 Health Services, Inc.
bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Idaho Associates, LLC
bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Omega Healthcare Investors, Inc.
bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

Brent Russel Wilson on behalf of Creditor Pocatello Idaho Property, LLC
bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

Any other CM/ECF registered recipients not reflected herein.

DATED this 2nd day of November, 2022.

                                PARSONS, LOVELAND, SHIRLEY & LINDSTROM, LLP

                                */s/ Rhett M. Miller*

                                Rhett M. Miller
                                Counsel for Gary L. Rainsdon, Trustee